Debtor Name: **Independent Adoption Center**
United States Bankruptcy Court for the Northern District of California
Case number (if known): A

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross Revenue from business**

☐ None

| | | | | | Sources of Revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | |
| 1.1 | From | January 1, 2017 | To | January 31, 2017 | ☑ Operating a business<br>☐ Other | $94,255.90 |
| 1.2 | From | January 2016 | To | December 2016 | ☑ Operating a business<br>☐ Other | $4,496,861.96 |
| 1.3 | From | January 2015 | To | December 2015 | ☑ Operating a business<br>☐ Other | $5,239,510.35 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| Description of sources of revenue | Gross Revenue (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.1 | Please See Attached SOFA 3 Exhibit. | | | ☐ Secured Debt<br>☐ Unsecured Loan Payments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | **Insider's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.1 | Please See Attached SOFA 4 Exhibit. | | | |
| | **Relationship to debtor** | | | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

[X] None

| **Creditor's name and address** | **Description of the property** | **Date** | **Value of property** |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

[X] None

| **Creditor's name and address** | **Description of the action creditor took** | **Date action was taken** | **Amount** |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[X] None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[X] None

| Custodian's name and address | Description of the property | Value |
|---|---|---|

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

[X] None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

In re  Independent Adoption Center                                                    Case No.   A

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

[X] None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments of Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

[ ] None

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Law Offices of Martha J. Simon<br>22 Battery St., Suite 888<br>San Francisco, CA 94111<br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | 11/30/2016 | $18,405.00 |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

[X] None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

In re  Independent Adoption Center                                        Case No.  A

## 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? Address. | Description of property transferred or payments received or debts paid in exchange. | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Michael Sturm<br>Asst Deputy Director of Purchasing and Pricing<br>Indiana Department of Child Services<br>402 W Washington St W392<br>Indianapolis, IN 46204<br>**Relationship to debtor** | Indiana client files | 2/3/17 | |

| | Who received transfer? Address. | Description of property transferred or payments received or debts paid in exchange. | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2 | Texas files were sent to clients during the week of 2/1/17<br>**Relationship to debtor** | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|

## Part 8: Health Care Bankruptcies

In re  Independent Adoption Center                                           Case No.   A

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No  Go to Part 9.
☐ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  | Location where patient records are maintained | How are records kept?<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No
☑ Yes. State the nature of the information collected and retained.   Social Security Number, Date of Birth, Health Records & Marriage Certificate.

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No  Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☑ No. Go to Part 10.
   ☐ Yes. Fill in below:

   **Name of plan**                                    **Employer identification number of plan**
                                                       EIN:

   Has the plan been terminated?
   ☐ No
   ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

In re  Independent Adoption Center                                                     Case No.   A

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

[X] None

| **Financial institution name and address** | **Last 4 digits of account number** | **Type of account** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|
| | | [ ] Checking<br>[ ] Savings<br>[ ] Money Market<br>[ ] Brokerage<br>[ ] Other | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[X] None

| **Depository institution name and address** | **Names of anyone with access to it. Address** | **Description of contents** | **Does debtor still have it?** |
|---|---|---|---|
| | | | [ ] No<br>[ ] Yes |

In re  Independent Adoption Center                                                     Case No.   A

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | A-1 Personal Storage Durant 2<br>10104 Durant Road<br>Raleigh, NC 27614 | Niketa Frazier<br><br>Certain Texas files are in possession of Amber Burfeind, Branch Manager.<br><br>Indiana personnel files are in possession of Kathy Wilkerson, Branch Manager | Office Furniture | ☐ No<br>☑ Yes |

TO ASSIST STATE AGENCIES, CERTAIN FILES HAVE BEEN MOVED OFFSITE. CUSTODY OF SAID FILES WILL BE IN ACCORDANCE WITH BANKRUPTCY RULES UPON FILING OF THE CASE.

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

In re  Independent Adoption Center                                      Case No.   A

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| **Case title** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

In re  Independent Adoption Center                                                              Case No.   A

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[X] None

| **Business name and address** | **Describe the nature of the business** | **Employer identification number. Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

[ ] None

| **Name and address** | **Dates of service** |
|---|---|
| 26a.1  Regan Coryell<br>2300 Clayton Road<br>Concord, CA 94520 | |

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

[ ] None

| **Name and address** | **Dates of service** |
|---|---|
| 26b.1  Rubian Moss, CPA<br>1901 Olympic Blvd., Suite 200<br>Walnut Creek, CA 94596 | |

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

[ ] None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1  Regan Coryell<br>2300 Clayton Road<br>Concord, CA 94520 | |

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

[X] None

**Name and address**

In re  Independent Adoption Center                                             Case No.  A

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes.  Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Name and address of the person who has possession of inventory records

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Greg Kuhl | 2300 Clayton Road Concord, CA 94520 | President | |
| 28.2 | Christine Zweling | 2300 Clayton Road Concord, CA 94520 | Secretary | |
| 28.3 | Dan Ward | 2300 Clayton Road Concord, CA 94520 | Audit Committee | |
| 28.4 | Alex Kaplan | 2300 Clayton Road Concord, CA 94520 | Treasurer | |
| 28.5 | Susan Sparling | 2300 Clayton Road Concord, CA 94520 | Vice President | |
| 28.6 | Nancy Worrell | 2300 Clayton Road Concord, CA 94520 | | |
| 28.7 | William Kinnane | 2300 Clayton Road Concord, CA 94520 | | |

In re  Independent Adoption Center                                                                                    Case No.   A

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| | **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|---|
| 29.1 | Ann Wrixon | 2300 Clayton Road Concord, CA 94520 | Executive Director | 9/1/06-3/15/16 |
| 29.2 | Melissa Rementeria | 2300 Clayton Road Concord, CA 94520 | Board Member | Term Unknown |
| 29.3 | Camille King | 2300 Clayton Road Concord, CA 94520 | Board Treasurer | Term Unknown |
| 29.4 | Saran Pomianowski | 2300 Clayton Road Concord, CA 94520 | Board Member | Term Unknown |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing this value** |
|---|---|---|---|---|
| 30.1 | Please See Attached SOFA 4 Exhibit. | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

| | **Name of the parent corporation** | **Employer identification number of the parent corporation** |
|---|---|---|
| 31.1 | Independent Adoption Center | 94-2867221 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| **Name of the pension fund** | **Employer identification number of the pension fund** |
|---|---|

In re  Independent Adoption Center                                    Case No.   A

## Part 14: Signature and Declaration

**WARNING**  Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.    2/3/2017
                MM / DD / YYYY

/s/ Gregory Kuhl                                         Printed name   Gregory Kuhl
Signature of individual signing on behalf of the debtor

Position or relationship to the debtor     President, Board of Directors

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?**

☐ No
☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

# EXHIBIT 3

# PAYMENTS TO CREDITORS

Independent Adoption Center, Inc
SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case

| NAME | ADDRESS1 | ADDRESS2 | DATES | TOTAL AMOUNT | REASONS FOR PAYMENT |
|---|---|---|---|---|---|
| 5555 WEST LOOP SOUTH, LTD | 5555 WEST LOOP S., SUITE 100 | BELLAIRE, TX 77401 | 11/17/2016 | $ 2,473.46 | HOUSTON RENT, NOVEMBER |
| 5555 WEST LOOP SOUTH, LTD | 5555 WEST LOOP S., SUITE 100 | BELLAIRE, TX 77401 | 11/30/2016 | $ 2,805.26 | HOUSTON RENT, DECEMBER |
| 5555 WEST LOOP SOUTH, LTD | 5555 WEST LOOP S., SUITE 100 | BELLAIRE, TX 77401 | 01/05/2017 | $ 2,473.46 | HOUSTON RENT, JANUARY |
| 5555 WEST LOOP SOUTH, LTD TOTAL: | | | | $ 7,752.18 | |
| AMERICAN EXPRESS - CORPORATE | BOX 0001 | LOS ANGELES, CA 90096-0001 | 11/09/2016 | $ 82,726.89 | CREDIT CARD PAYMENT |
| AMERICAN EXPRESS - CORPORATE | BOX 0001 | LOS ANGELES, CA 90096-0001 | 01/03/2017 | $ 106,133.24 | CREDIT CARD PAYMENT |
| AMERICAN EXPRESS - CORPORATE TOTAL: | | | | $ 188,860.13 | |
| BYRON OFFICE SPACE SOLUTIONS LLC | 4801 GLENWOOD AVE. | RALEIGH, NC 27612 | 11/30/2016 | $ 3,397.22 | NORTH CAROLINA RENT, DECEMBER |
| BYRON OFFICE SPACE SOLUTIONS LLC | 4801 GLENWOOD AVE. | RALEIGH, NC 27612 | 12/13/2016 | $ 3,369.96 | NORTH CAROLINA RENT, NOVEMBER |
| BYRON OFFICE SPACE SOLUTIONS LLC TOTAL: | | | | $ 6,767.18 | |
| CALIFORNIACHOICE BENEFIT ADMINISTRATORS | PO BOX 7088 | ORANGE, CA 92863-7088 | 11/17/2016 | $ 14,366.66 | MEDICAL INSURANCE PREMIUM, DECEMBER |
| CALIFORNIACHOICE BENEFIT ADMINISTRATORS | PO BOX 7088 | ORANGE, CA 92863-7088 | 01/05/2017 | $ 15,021.52 | MEDICAL INSURANCE PREMIUM, JANUARY |
| CALIFORNIACHOICE BENEFIT ADMINISTRATORS | PO BOX 7088 | ORANGE, CA 92863-7088 | 01/25/2017 | $ 14,672.59 | MEDICAL INSURANCE PREMIUM, FEBRUARY |
| CALIFORNIACHOICE BENEFIT ADMINISTRATORS TOT | | | | $ 44,060.77 | |
| CONCORD CENTER INVESTORS, LLC | 260 CALIFORNIA STREET, SUITE 1100 | SAN FRANCISCO, CA 94111 | 11/01/2016 | $ 19,283.86 | CONCORD RENT, OCTOBER |
| CONCORD CENTER INVESTORS, LLC | 260 CALIFORNIA STREET, SUITE 1100 | SAN FRANCISCO, CA 94111 | 12/13/2016 | $ 9,885.38 | CONCORD RENT, HALF OF NOVEMBER RENT |
| CONCORD CENTER INVESTORS, LLC TOTAL: | | | | $ 29,169.24 | |
| ELAVON MERCHANT SERVICES | 7300 CHAPMAN HWY | KNOXVILLE, TN 37920 | 11/30/2016 | $ 4,770.82 | CREDIT CARD PROCESSING FEES |
| ELAVON MERCHANT SERVICES | 7300 CHAPMAN HWY | KNOXVILLE, TN 37920 | 12/31/2016 | $ 9,440.34 | CREDIT CARD PROCESSING FEES |
| ELAVON MERCHANT SERVICES | 7300 CHAPMAN HWY | KNOXVILLE, TN 37920 | 01/03/2017 | $ 6,874.65 | CREDIT CARD PROCESSING FEES |
| ELAVON MERCHANT SERVICES TOTAL: | | | | $ 21,085.81 | |
| IPFS CORPORATION | PO BOX 100391 | PASADENA, CA 91189-0391 | 11/09/2016 | $ 10,756.89 | BUSINESS LIABILITY INSURANCE PREMIUM |
| IPFS CORPORATION | PO BOX 100391 | PASADENA, CA 91189-0391 | 12/07/2016 | $ 10,756.89 | BUSINESS LIABILITY INSURANCE PREMIUM |
| IPFS CORPORATION | PO BOX 100391 | PASADENA, CA 91189-0391 | 01/11/2017 | $ 10,756.89 | BUSINESS LIABILITY INSURANCE PREMIUM |
| IPFS CORPORATION TOTAL: | | | | $ 32,270.67 | |
| L.A.T. INVESTMENTS | 5777 W CENTURY BLVD SUITE 950 | LOS ANGELES, CA 90045 | 11/30/2016 | $ 6,758.36 | LA RENT, NOVEMBER |
| L.A.T. INVESTMENTS | 5777 W CENTURY BLVD SUITE 950 | LOS ANGELES, CA 90045 | 12/13/2016 | $ 3,500.27 | LA RENT, HALF OF DECEMBER |
| L.A.T. INVESTMENTS TOTAL: | | | | $ 10,258.63 | |
| MARTHA J. SIMON | 22 BATTERY ST., SUITE 888 | SAN FRANCISCO, CA 94111 | 01/27/2017 | $ 18,405.00 | RETAINER FEE |
| MARTHA J. SIMON TOTAL: | | | | $ 18,405.00 | |
| MICHAEL KRONBERG | 1925 ADAM CLAYTON POWELL JR. BLVD., #3H | NEW YORK, NY 10026 | 11/30/2016 | $ 17,550.00 | CLIENT TERMINATION REFUND |
| MICHAEL KRONBERG TOTAL: | | | | $ 17,550.00 | |
| OFFICE TEAM-EAST | 12400 COLLECTIONS CENTER DR. | CHICAGO, IL 60693 | 11/01/2016 | $ 2,392.25 | TEMPORARY ADMINS FOR GA AND NC |
| OFFICE TEAM-EAST | 12400 COLLECTIONS CENTER DR. | CHICAGO, IL 60693 | 11/22/2016 | $ 3,563.89 | TEMPORARY ADMINS FOR GA AND NC |
| OFFICE TEAM-EAST | 12400 COLLECTIONS CENTER DR. | CHICAGO, IL 60693 | 12/13/2016 | $ 3,753.76 | TEMPORARY ADMINS FOR GA AND NC |
| OFFICE TEAM-EAST | 12400 COLLECTIONS CENTER DR. | CHICAGO, IL 60693 | 12/15/2016 | $ 950.25 | TEMPORARY ADMINS FOR GA AND NC |
| OFFICE TEAM-EAST TOTAL: | | | | $ 10,660.15 | |
| SELIG ENTERPRISES | 1100 SPRING ST. NW SUITE 550 | ATLANTA, GA 30309-2848 | 11/30/2016 | $ 3,675.24 | GA RENT, NOVEMBER |
| SELIG ENTERPRISES | 1100 SPRING ST. NW SUITE 550 | ATLANTA, GA 30309-2848 | 12/13/2016 | $ 3,694.23 | GE RENT, DECEMBER |
| SELIG ENTERPRISES TOTAL: | | | | $ 7,369.47 | |
| SOHO OFFICE SUITES, LLC | 116 W. 23RD STREET 5TH FLOOR | NEW YORK, NY 10011 | 11/30/2016 | $ 6,660.32 | NY RENT, NOVEMBER |
| SOHO OFFICE SUITES, LLC | 116 W. 23RD STREET 5TH FLOOR | NEW YORK, NY 10011 | 12/13/2016 | $ 6,856.76 | NY RENT, DECEMBER |
| SOHO OFFICE SUITES, LLC TOTAL: | | | | $ 13,517.08 | |
| SUN LIFE FINANCIAL | PO BOX 843300 | KANSAS CITY, MO 64184-3300 | 11/03/2016 | $ 2,879.80 | DENTAL/LIFE INSURANCE PREMIUM, NOVEMBER 2016 |
| SUN LIFE FINANCIAL | PO BOX 843300 | KANSAS CITY, MO 64184-3300 | 11/30/2016 | $ 2,955.07 | DENTAL/LIFE INSURANCE PREMIUM, DECEMBER 2016 |
| SUN LIFE FINANCIAL | PO BOX 843300 | KANSAS CITY, MO 64184-3300 | 01/05/2017 | $ 2,803.61 | DENTAL/LIFE INSURANCE PREMIUM, JANUARY 2017 |
| SUN LIFE FINANCIAL | PO BOX 843300 | KANSAS CITY, MO 64184-3300 | 01/25/2017 | $ 3,050.01 | DENTAL/LIFE INSURANCE PREMIUM, FEBRUARY 2017 |
| SUN LIFE FINANCIAL TOTAL: | | | | $ 11,688.49 | |
| THE BATTEN GROUP | 2520 SARDIS RD. N | CHARLOTTE, NC 28227 | 11/01/2016 | $ 10,500.00 | SEARCH FIRM LOOKING FOR NEW, PERMANENT EXECUTIVE DIRECTOR |
| THE BATTEN GROUP TOTAL: | | | | $ 10,500.00 | |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ 144.26 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ 74.69 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ 85.84 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ 34.30 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ 127.46 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/17/2017 | $ 9,292.85 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/20/2017 | $ 5,200.00 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ 6,000.00 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ 2,500.00 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ 133.06 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ 42.57 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/25/2017 | $ 56.17 | CREDIT CARD PAYMENTS |

| Vendor | Address | City/State/Zip | Date | | Amount | Description |
|---|---|---|---|---|---|---|
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ | 149.80 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ | 68.17 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ | 52.96 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ | 26.95 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 12/02/2016 | $ | 14.48 | CREDIT CARD PAYMENTS |
| UNION BANK VISA | PO BOX 650349 | DALLAS, TX 75265-0349 | 01/26/2017 | $ | 14.33 | CREDIT CARD PAYMENTS |
| UNION BANK VISA TOTAL: | | | | $ | 24,017.89 | |
| US BANK | PO BOX 790448 | ST. LOUIS, MO 63179-0448 | 11/01/2016 | $ | 4,648.89 | COPIER LEASE PAYMENTS |
| US BANK | PO BOX 790448 | ST. LOUIS, MO 63179-0448 | 11/03/2016 | $ | 1,366.82 | COPIER LEASE PAYMENTS |
| US BANK | PO BOX 790448 | ST. LOUIS, MO 63179-0448 | 11/22/2016 | $ | 303.74 | COPIER LEASE PAYMENTS |
| US BANK | PO BOX 790448 | ST. LOUIS, MO 63179-0448 | 12/13/2016 | $ | 4,069.12 | COPIER LEASE PAYMENTS |
| US BANK TOTAL: | | | | $ | 10,388.57 | |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 11/17/2016 | $ | 100.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 11/17/2016 | $ | 2,450.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 11/30/2016 | $ | 2,450.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 11/30/2016 | $ | 100.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 12/15/2016 | $ | 2,637.25 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 12/15/2016 | $ | 100.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 12/30/2016 | $ | 100.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 12/30/2016 | $ | 2,625.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 01/13/2017 | $ | 2,639.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 01/13/2017 | $ | 100.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 01/31/2017 | $ | 2,667.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC | PO BOX 301104 | DALLAS, TX 75303-1104 | 01/31/2017 | $ | 100.00 | EMPLOYEE 403B CONTRIBUTIONS. THESE ARE A PASS THROUGH. THERE IS NO EMPLOYER CONTRIBUTION. |
| VALIC TOTAL: | | | | $ | 16,068.25 | |
| GRAND TOTAL: | | | | $ | 480,389.51 | |

# STATEMENT OF FINANCIAL AFFAIRS

# EXHIBIT 4

# PAYMENTS TO INSIDERS

Independent Adoption Center, Inc
SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| NAME | ADDRESS1 | ADDRESS2 | DATES | TOTAL AMOUNT | | REASONS FOR PAYMENT | RELATIONSHIP TO DEBTOR |
|---|---|---|---|---|---|---|---|
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 1/5/2016 | $ | 21.85 | DECEMBER MILEAGE | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 1/15/2016 | $ | 4,551.31 | SALARIES & WAGES | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 1/29/2016 | $ | 4,551.31 | SALARIES & WAGES | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 2/12/2016 | $ | 4,551.31 | SALARIES & WAGES | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 2/29/2016 | $ | 4,551.31 | SALARIES & WAGES | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 3/1/2016 | $ | 44.04 | JANUARY MILEAGE | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 3/15/2016 | $ | 4,551.31 | SALARIES & WAGES | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 3/15/2016 | $ | 10,181.00 | VACATION PAYOUT | ASSISTANT EXECUTIVE DIRECTOR |
| KATHLEEN SILBER TOTAL: | | | | $ | 33,003.44 | | |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 03/31/2016 | $ | 4,387.50 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 04/15/2016 | $ | 8,831.25 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 04/29/2016 | $ | 10,462.50 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 05/13/2016 | $ | 8,043.75 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 05/31/2016 | $ | 9,225.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 06/15/2016 | $ | 7,087.50 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 06/30/2016 | $ | 10,350.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 07/15/2016 | $ | 8,550.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 07/29/2016 | $ | 9,112.50 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 08/15/2016 | $ | 12,093.75 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 08/31/2016 | $ | 13,218.75 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 09/15/2016 | $ | 9,000.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 09/30/2016 | $ | 9,900.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 10/14/2016 | $ | 9,843.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 10/31/2016 | $ | 11,475.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 11/15/2016 | $ | 8,212.50 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 11/30/2016 | $ | 12,431.25 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 12/15/2016 | $ | 12,487.50 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 12/30/2016 | $ | 6,018.75 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES | 2300 CLAYTON ROAD | CONCORD, CA 94520 | OWED | $ | 1,125.00 | SALARIES & WAGES | INTERIM EXECUTIVE DIRECTOR |
| MARCIA HODGES TOTAL: | | | | $ | 181,855.50 | | |
| ANN WRIXON | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 1/15/2016 | $ | 6,250.00 | SALARIES & WAGES | FORMER EXECUTIVE DIRECTOR |
| ANN WRIXON | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 1/29/2016 | $ | 6,250.00 | SALARIES & WAGES | FORMER EXECUTIVE DIRECTOR |
| ANN WRIXON | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 2/12/2016 | $ | 6,250.00 | SALARIES & WAGES | FORMER EXECUTIVE DIRECTOR |
| ANN WRIXON | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 2/29/2016 | $ | 6,250.00 | SALARIES & WAGES | FORMER EXECUTIVE DIRECTOR |
| ANN WRIXON | 2300 CLAYTON ROAD | CONCORD, CA 94520 | 3/15/2016 | $ | 6,250.00 | SALARIES & WAGES | FORMER EXECUTIVE DIRECTOR |
| ANN WRIXON TOTAL: | | | | $ | 31,250.00 | | |
| GRAND TOTAL: | | | | $ | 246,108.94 | | |

Case: 17-40327    Doc# 2    Filed: 02/03/17    Entered: 02/03/17 20:23:43    Page 18 of 18