1    Martha J. Simon (State Bar No. 98251)
LAW OFFICES OF MARTHA J. SIMON
2    22 Battery Street, Suite 888
San Francisco, California 94111
3    Telephone: (415) 434-1888
Facsimile: (415) 434-1880
4    mjs@mjsimonlaw.com

5    Attorneys for Debtor
Independent Adoption Center

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 17-40327 |
| | Chapter 7 |
| Independent Adoption Center, | |
| | DECLARATION IN SUPPORT OF MOTION TO FILE REDACTED CREDITOR MATRIX |
| Debtor | |

      I, Gregory Kuhl, am President of the Board of Directors of the Debtor Independent Adoption Center ("IAC") and I make this Declaration in support of IAC's motion for an Order allowing it to file a redacted creditor matrix. As to the following facts, I know them to be true of my own personal knowledge or I have gained knowledge of them from business records maintained in the ordinary course of business by IAC, its agents and employees.

1.       On February 3, 2017, Debtor filed a voluntary petition with the Court under chapter 7 of the Bankruptcy Code.

2.       IAC closed its offices effective January 31, 2017.

3.       For over 34 years, IAC helped build families with over 4000 successful adoptions. The climate of adoption has changed radically in recent years, and societal changes have created an environment where there are fewer potential birth parents than at any other point in IAC's history. Simultaneously, due to changing demographics and the closure of international adoption programs, there are more hopeful adoptive parents seeking to adopt domestically than in any other time in recent history. IAC worked tirelessly to adapt to this changing environment, but its efforts were ultimately unsuccessful and we could not sustain the

agency any longer.

4. Earlier this week, IAC notified families and birthmothers who were currently working with IAC and provided them with potential referrals to assist with their adoption journeys.

5. Many of IAC's clients are understandably upset over the closure. There has been a considerable amount of email traffic, Facebook groups, and media coverage about IAC's closure. Much of this attention has been negative.

6. IAC employees have been contacted by disgruntled clients. As a consequence, many IAC employees are concerned with their personal safety. Employees have received threatening phone calls and emails and some IAC clients and media have determined their private cell phone numbers, email and personal addresses, and have appeared at their homes.

7, In order to protect the safety of IAC's former employees, who are also creditors, it is essential that employees' addresses be redacted from the creditor matrix, and not visible to the public.

I declare under penalty of perjury that the foregoing is true and correct and if called to testify I could and would competently testify thereto. Executed on February 3, 2017 at Burlingame, California.

/s/ Gregory Kuhl
Gregory Kuhl
President, Board of Directors
Independent Adoption Center