| Debtor Name | **Independent Adoption Center** |
|---|---|

**United States Bankruptcy Court for the Northern District of California**

Case number (if known): **A**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

|  | **All cash of cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $700.00 |
| 2.1 | See Attached Exhibit | |
| 3. | **Checking, savings, money market, or financial brokerage accounts** | |
|  | Name of institution (bank or brokerage firm)          T ype of account          Last 4 digits of account number | |
| 3.1 | See Attached Exhibit | $56,312.45 |
| 4. | **Other cash equivalents** | |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$57,012.45**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

Current value of debtor's interest

Case 17-40327   Doc# 1   Filed 02/03/17   Entered 02/03/17 22:48:24   Page 1 of 204

Debtor  Independent Adoption Center                          Case Number (if known) A

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1    See Attached Exhibit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2**
    Add lines 7 through 8.  Copy the total to line 81.

| | |
|---|---|

| Part 3: | Accounts Receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____  -  _____  =
                               face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:     _____  -  _____  =
                               face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                              **Valuation method      Current value of
                                              used for current value   debtor's interest**

14. **Mutual funds of publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|

**Part 5:**      **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No.

   ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Case 17-40327  Doc 1  Filed 02/03/17  Entered 02/03/17 22:43:24  Page 3 of 205
204

☐ No.

☐ Yes.  Book Value $ _____  Valuation Method _____  Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

|  | **General description** | **Net book value of debtor's interest** | **Valution method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 28. | **Crops - either planted of harvested** | | | |
| 29. | **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                                                    

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

Case 17-40327 Doc# 1 Filed 02/03/17 Entered 02/03/17 22:43:24 Page 4 of 5
204

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.  Book Value $ _____  Valuation Method _____  Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1    See Attached Exhibit | | | Unknown |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    See Attached Exhibit | | | Unknown |
| **42. Collectibles** | | | |

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or

Case 17-40327  Doc# 1  Filed 02/08/17  Entered 02/08/17 12:43:24  Page 5 of 205
204

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No.
    ☑ Yes.

    44.1

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

|  | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories**<br>Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

Case 17-40327  Doc 1  Filed 02/03/17  Entered 02/03/17 12:43:24  Page 6 of 205

204

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No.

    ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No.

    ☐ Yes.

**Part 9:**        **Real property**

54.  **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

  55.1   See Attached Exhibit                                                                 Unknown

56.  **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No.

    ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No.

    ☐ Yes.

Debtor  Independent Adoption Center                                    Case Number (if known) A

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 61.1  See Attached Exhibit | | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1  See Schedule G | | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 11:**        **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

     _____  -  _____  =

     Total face amount            Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Nature of claim**

     **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off**

     **Nature of claim**

     **Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
     Examples: Season tickets, country club membership

Case: 17-40327    Doc# 12    Filed: 02/21/17    Entered: 02/21/17 22:03:24    Page 10 of 204

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$57,012.45** | |
| 81. **Deposits and prepayments.**  *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.**  *Copy line 12, Part 3.* | | |
| 83. **Investments.**  *Copy line 17, Part 4.* | | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | | |
| 88. **Real Property.**  *Copy line 56, Part 9.* | | |
| 89. **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | |
| 90. **All other assets.**  *Copy line 78, Part 11.* | | |
| 91. **Total.**  Add lines 80 through 90 for each column.  91a. | **$57,012.45**  **+** 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92........................................................... | | **$57,012.45** |

Case 17-40033     Doc# 15     Filed 02/05/17     Entered 02/05/17 20:43:34     Page 110 of 204

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 1, QUESTION 2

CASH ON HAND

**Independent Adoption Center, Inc**
**AB-2: Cash on hand**

| Store # | Store Name | Cost Value | Description |
|---|---|---|---|
| 11990 | Concord | $ 200.00 | Petty Cash |
| 11991 | Georgia | $ 100.00 | Petty Cash |
| 11992 | North Carolina | $ 100.00 | Petty Cash |
| 11994 | Los Angeles | $ 100.00 | Petty Cash |
| 11995 | Florida | $ 100.00 | Petty Cash |
| | **Total** | **$ 600.00** | |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

### PART 1, QUESTION 3

### CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

**Independent Adoption Center, Inc**
**AB-3: Checking, savings, money market, or financial brokerage**

| Office | Bank Name | ACCT Type | ACCT# | Balance as of 1/31/17 |
|---|---|---|---|---|
| Concord (Agency Services) | Union Bank | Checking | 5389 | $433.48 |
| Concord (Extra acct) | First Community Bank | Checking | 0987 | $401.64 |
| Concord (Extra acct) | Summit Bank | Checking | 7378 | $1,125.60 |
| Concord (Flexible Spending) | Summit Bank | Checking | 8638 | $7,401.41 |
| Concord (Main) | Union Bank | Checking | 3254 | $41,324.11 |
| Florida | Wells Fargo | Checking | 5162 | $1,429.38 |
| Georgia | Wells Fargo | Checking | 1648 | $9.69 |
| Indiana | Fifth Third Bank | Checking | 5973 | $994.39 |
| Indiana | Fifth Third Bank | Savings | 5981 | $100.00 |
| Los Angeles | Wells Fargo | Checking | 4678 | $1,187.36 |
| New York | Chase | Checking | 1560 | $1,526.52 |
| North Carolina | BB&T | Checking | 2663 | $24.17 |
| Texas | Wells Fargo | Checking | 7043 | $354.70 |
| **Total:** | | | | **$56,312.45** |

SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 2, QUESTION 7

DEPOSITS, INCLUDING SECURITY DEPOSITS AND
UTILITY DEPOSITS

**Independent Adoption Center**
**AB-7: Deposits, including security deposits and utility deposits**

| Date | Name | Memo/Description | Amount |
|------|------|------------------|--------|
| 12/31/2010 | | Prior Period security deposits improperly recorded | $ 2,040.45 |
| 07/01/2011 | Selig Enterprises | Selig Enterprises (GA) | $ 2,801.00 |
| 01/01/2012 | 5555 West Loop South, LTD | 5555 West Loop South | $ 1,866.38 |
| 03/12/2012 | Concord Center Investors, LLC | Concord CTR Investors | $21,910.50 |
| 05/16/2012 | San Francisco Women's Centers | The Women's Building (SF) | $   120.00 |
| 10/08/2012 | Blaire Corporation | CT Business Ctrs | $ 1,100.00 |
| 12/17/2012 | On Point Executive Center | On Point Executive Ctr (FL) | $ 1,000.00 |
| 06/18/2013 | St. Wilfred's | St. Wilfred's OC support group | $    50.00 |
| 10/09/2013 | On Point Executive Center | On Point Executive Ctr (FL, 2nd suite) | $   500.00 |
| 10/22/2013 | Soho Office Suites, LLC | Select Office Suites deposit | $ 4,950.00 |
| 06/30/2014 | L.A.T. Investments | LA office Space | $ 4,865.55 |
| 03/12/2015 | On Point Executive Center | Tampa (Office #8) | $ 1,100.00 |
| 09/28/2015 | Byron Office Space Solutions LLC | Temp. NC Office deposit (one month + 2 Key Fobs) | $   994.00 |
| 12/03/2015 | Byron Office Space Solutions LLC | North Carolina office | $ 2,374.00 |
| 03/01/2016 | Soho Office Suites, LLC | NY office License Retainer (additional space) | $ 1,250.00 |
| 05/11/2016 | Meridian Business Centers | New Dallas office | $   535.00 |
| | | **Total:** | **$47,456.88** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 39

## OFFICE FURNITURE

**Independent Adoption Center**
**AB-39: Office furniture**

| | Quantity by Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Type | Concord | LA | Houston/Dallas | Indianapolis | Florida | Georgia | North Carolina (some in storage) | NY | Connecticut |
| Accent/Lobby Chairs | 30 | 2 | 3 | 9 | 3 | 2 | 1 | | |
| Book Shelves | 27 | 2 | 4 | 4 | (in rent) | 7 | 3 | 2 | 1 |
| Conference Chairs | 57 | 30 | 20 | 32 | 0 | 51 | 30 | 0 | 0 |
| Couches | 8 | 1 | 1 | 2 | 2 | 1 | 1 | (in rent) | (in rent) |
| Credenzas | 2 | | | 4 | | 2 | | | |
| Desks | 25 | 9 | 5 | 5 | (in rent) | 6 | 7 | (in rent) | (in rent) |
| Filing Cabinets | 164 | 9 | 10 | 26 | 4 | 21 | 12 | 9 | 1 |
| Folding Tables | 8 | 2 | 2 | 4 | 0 | 15 | 6 | 0 | 0 |
| Kitchen Table With 4 Chairs | X | | | | | | | | |
| Office Chairs | 23 | 9 | 8 | 5 | 3 | 11 | 7 | (in rent) | (in rent) |
| Storage Cabinets | 5 | 2 | 4 | 2 | 1 | 1 | 1 | 1 | (in rent) |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 7, QUESTION 41

OFFICE EQUIPMENT, INCLUDING ALL COMPUTER
EQUIPMENT AND COMMUNICATION SYSTEMS
EQUIPMENT AND SOFTWARE

**Independent Adoption Center**
**AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Equipment | Concord | LA | Houston/ Dallas | Indianapolis | Florida | Georgia | North Carolina (some in storage) | NY | Connecticut |
|---|---|---|---|---|---|---|---|---|---|
| Computers (all 5 yrs old +) | 24 | 5 | 5 | 5 | 3 | 7 | 7 | 3 | 2 |
| Copiers (all leased) | 2 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 |
| Microwaves | 2 | 2 | 1 | 1 | 0 | 1 | 1 | | |
| Monitors | 10 | 4 | 3 | 1 | 0 | 7 | 3 | 3 | 2 |
| Postage Meter (leased) | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | |
| Printers | 5 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 1 |
| Refrigerators - Lg. | 1 | 1 | 1 | | 0 | | 1 | 0 | 0 |
| Refrigerators - Small | 1 | 1 | | 2 | | 2 | 1 | 0 | 0 |
| Telephones | 25 | 10 | 8 | 6 | 3 | 7 | 6 | 4 | 1 |
| Television | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Video Security Camera | 1 | | | | | | | | |

**Independent Adoption Center, Inc**

**AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Date of Purchase | Purchased with…. | Amount | Description of item | Lifespan (in months) | Depreciation per month | Comments |
|---|---|---|---|---|---|---|
| 03/07/2007 | First Bankcard Visa (Ann) | $ 619.00 | Couch for PH | 84 | $ 7.37 | Still depreciating |
| 12/12/2008 | AMEX Corp | $ 2,489.00 | New Server for PH | 60 | $ 41.65 | Still depreciating |
| 1/5/2010 | AMEX Corp | $ 1,099.41 | MacBook for PH (Tomek) | 36 | $ 30.54 | |
| 1/15/2010 | AMEX Corp | $ 617.63 | Desk for LA (Grimm) | 84 | $ 7.35 | |
| 3/25/2010 | AMEX Corp | $ 1,107.41 | iMac for PH (Kathleen) | 36 | $ 30.76 | |
| 7/23/2010 | AMEX Corp | $ 933.24 | Dell E6500 laptop for PH | 36 | $ 25.92 | Gone as of 2014 |
| 7/27/2010 | AMEX Corp | $ 1,166.19 | Mac for LA (Lane) | 36 | $ 32.39 | |
| 8/20/2010 | AMEX Corp | $ 773.48 | Insignia HD TV for LA | 36 | $ 21.49 | Gone as of 6/2016 |
| 9/24/2010 | AMEX Corp | $ 1,129.22 | Mac Laptop for NC | 36 | $ 31.37 | |
| 11/8/2010 | FirstBankcard Visa | $ 1,011.11 | Vizio LCD TV for GA | 36 | $ 28.09 | |
| 12/20/2010 | AMEX Corp | $ 1,121.26 | Mac Laptop for TX | 36 | $ 31.15 | Gone as of 8/2015 |
| 12/20/2010 | AMEX Corp | $ 1,121.26 | Mac Laptop for TX | 36 | $ 31.15 | |
| 1/19/2011 | AMEX Corp | $ 1,710.11 | Mac Laptop for NC designer | 36 | $ 47.50 | |
| 1/29/2011 | First Bankcard Visa | $ 769.98 | LCD TV for IN | 36 | $ 21.39 | |
| 3/1/2011 | Amber Burfeind's personal card | $ 1,242.58 | Vizio LCD TV for TX | 36 | $ 34.52 | |
| 3/2/2011 | AMEX Corp | $ 994.03 | Mac Laptop for IN | 36 | $ 27.61 | |
| 3/9/2011 | AMEX Corp | $ 1,117.10 | iMac for J Lund PH | 36 | $ 31.03 | Gone as of 8/2015 |
| 3/9/2011 | AMEX Corp | $ 1,025.09 | Mac Laptop for N Emam PH | 36 | $ 28.47 | |
| 4/13/2011 | AMEX Corp | $ 1,121.26 | Imac for Tirlia PH | 36 | $ 31.15 | |
| 6/8/2011 | AMEX Corp | $ 1,923.86 | MacBook Pro for French GA | 36 | $ 53.44 | |
| 7/6/2011 | AMEX Corp | $ 1,106.38 | MacBook Pro for Houchens IN | 36 | $ 30.73 | |
| 8/12/2011 | AMEX Corp | $ 979.17 | MacBook Pro for McFadden LA | 36 | $ 27.20 | |
| 1/2/2012 | AMEX Corp | $ 1,011.65 | MacBook Pro for West PH | 36 | $ 28.10 | |
| 1/2/2012 | AMEX Corp | $ 1,011.64 | MacBook Pro for Wilkerson IN | 36 | $ 28.10 | |
| 1/11/2012 | AMEX Corp | $ 1,510.51 | MacBook Pro for Wrixon PH | 36 | $ 41.96 | |
| 1/18/2012 | AMEX Corp | $ 1,293.09 | MacBook Pro for Dostart PH | 36 | $ 35.92 | |
| 2/3/2012 | AMEX Corp | $ 1,089.42 | iMac for Chavira LA | 36 | $ 30.26 | |
| 7/15/2012 | check (alternative technologies) | $ 32,161.37 | New phone system with Alt. Tech. | 60 | $ 536.02 | |
| 7/15/2012 | check (sam clar) | $ 16,828.43 | filing cabinets for Concord | 60 | $ 280.47 | |
| 7/15/2012 | check (office depot) | $ 5,381.82 | desks for Concord | 60 | $ 89.70 | |
| 7/27/2012 | AMEX Corp | $ 1,039.29 | MacBook Pro for Schenker NY | 36 | $ 28.87 | |
| 8/29/2012 | AMEX Corp | $ 1,135.74 | iMac for Admins IN | 36 | $ 31.55 | replaces MacBook from 2007 |
| 9/20/2012 | AMEX Corp | $ 1,016.29 | MacBook Pro for Guylaine LA | 36 | $ 28.23 | old being kept for NY presentations |
| 9/20/2012 | AMEX Corp | $ 1,016.29 | MacBook Pro for Bliss LA | 36 | $ 28.23 | old being kept for LA presentations. Laptop STOLEN 11/28/15. |
| 10/17/2012 | AMEX Corp | $ 1,942.66 | MacBook Pro for Bardwell CD | 36 | $ 53.96 | |
| 12/5/2012 | AMEX Corp | $ 1,016.29 | MacBook Pro for Winter NY | 36 | $ 28.23 | |
| 12/8/2012 | AMEX Corp | $ 1,016.29 | MacBook Pro for Warscheflsky LA | 36 | $ 28.23 | replaces Apple Mini from 2007 (row 45) |
| 1/29/2013 | First Bankcard Visa | $ 2,593.98 | Fireproof Filing Cabinet for CT | 60 | $ 43.23 | |
| 3/18/2013 | AMEX Corp | $ 1,019.00 | MacBook Pro for Cloudsdale NC | 36 | $ 28.31 | replaces old macbook which is being kept for AIS (row 77) |
| 3/18/2013 | AMEX Corp | $ 1,019.00 | MacBook Pro for TX | 36 | $ 28.31 | |
| 3/6/2013 | Office Depot | $ 2,632.19 | Fireproof Filing Cabinet for GA | 60 | $ 43.87 | |
| 4/2/2013 | AMEX Corp | $ 1,736.01 | MacBook Pro for Weatherby CD | 36 | $ 48.22 | |
| 6/18/2013 | AMEX Corp | $ 1,113.71 | MacBook Pro for Weinberg NC | 36 | $ 30.94 | |
| 7/15/2013 | Visa | $ 670.00 | 10 New Chairs for IN | 60 | $ 11.17 | |
| 8/24/2013 | AMEX Corp | $ 1,091.91 | MacBook Pro for Brown FL | 36 | $ 30.33 | Died 4/2015. Replaced with MacBook on Row 73. |
| 8/30/2013 | AMEX Corp | $ 1,091.91 | MacBook Pro for Roth FL | 36 | $ 30.33 | Originally bought for J. Armellini in CD. Sent to Roth on 1/2/14. |
| 9/20/2013 | AMEX Corp | $ 1,091.91 | MacBook Pro for Stewart IN | 36 | $ 30.33 | replaces old macbook (Row 57) |
| 9/4/2013 | AMEX Corp | $ 766.49 | Video Projector for LA | 60 | $ 12.77 | |
| 11/1/2013 | AMEX Corp | $ 1,091.91 | MacBook Pro for Terry NC | 36 | $ 30.33 | getting laptop and no longer using Mini. Mini being kept. |

**Independent Adoption Center, Inc**

**AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Date of Purchase | Purchased with… | Amount | Description of item | Lifespan (in months) | Depreciation per month | Comments |
|---|---|---|---|---|---|---|
| 1/3/2014 | AMEX Corp | $ 1,068.93 | MacBook Pro for Fick GA | 36 | $ 29.69 | Replaces computer stolen on 12/16/13. Row 115 |
| 1/8/2014 | AMEX Corp | $ 1,105.91 | MacBook Pro for Hutchison NC | 36 | $ 30.72 | |
| 2/3/2014 | AMEX Corp | $ 975.81 | Sofas & Chairs for FL | 60 | $ 16.26 | |
| 6/3/2014 | AMEX Corp | $ 950.95 | Fireproof Filing Cabinet for GA | 60 | $ 15.85 | |
| 7/24/2014 | AMEX Corp | $ 869.00 | MacBook Pro for LA (Bant) | 36 | $ 24.14 | |
| 9/9/2014 | AMEX Corp | $ 1,670.61 | iMac for CD (Gratteri) | 36 | $ 46.41 | |
| 9/9/2014 | AMEX Corp | $ 1,256.29 | MacBook Pro for CD (Schwab) | 36 | $ 34.90 | |
| 11/14/2014 | AMEX Corp | $ 879.00 | MacBook Pro for NY (Wacholia) | 36 | $ 24.42 | |
| 12/5/2014 | AMEX Corp | $ 1,293.54 | Dell E6540 Laptop for CD (Coryell) | 36 | $ 35.93 | Computer Imploded on 2/27/15. Replaced. |
| 12/16/2014 | AMEX Corp | $ 446.50 | MacBook for GA | 36 | $ 12.40 | Replaces computer stolen on 12/13/14. Row 80 |
| 12/16/2014 | AMEX Corp | $ 869.00 | iMac for GA (Fagan) | 36 | $ 24.14 | Replaces computer stolen on 12/13/14. Row 107 |
| 12/16/2014 | AMEX Corp | $ 1,999.83 | iMac for GA (Jones) | 36 | $ 55.55 | Replaces computer stolen on 12/13/14. |
| 12/16/2014 | Visa | $ 1,001.95 | Security system for GA | 36 | $ 27.83 | |
| 1/8/2015 | Visa/gift cards | $ 904.27 | Couch for CD | 60 | $ 15.07 | Replaces broken couch. Row 5 |
| 1/28/2015 | AMEX Corp | $ 22,700.00 | 9 Fireproof Filing Cabinets for GA | 60 | $ 378.33 | |
| 2/25/2015 | AMEX Corp | $ 985.99 | Adobe CS6 software | 36 | $ 27.39 | |
| 2/27/2015 | AMEX Corp | $ 599.99 | Asus R510L AV Laptop for CD (Coryell) | 36 | $ 16.67 | Replaces broken computer. Row 62. |
| 3/13/2015 | AMEX Corp/Visa | $ 2,388.27 | Security system for TX | 36 | $ 66.34 | |
| 4/6/2015 | AMEX Corp | $ 832.00 | MacBook pro for FL (Perkins) | 36 | $ 23.11 | |
| 4/21/2015 | AMEX Corp | $ 910.57 | MacBook Pro for FL (Brown) | 36 | $ 25.29 | |
| 5/22/2015 | AMEX Corp | $ 649.00 | Canon EOS Camera for CD | 36 | $ 18.03 | |
| 5/22/2015 | AMEX Corp | $ 928.61 | MacBook Pro for De La Cruz (CD) | 36 | $ 25.79 | |
| 6/2/2015 | Visa | $ 599.18 | Couch/Chair for FL | 60 | $ 9.99 | |
| 6/30/2015 | AMEX Corp | $ 887.03 | MacBook Pro for GA (Andrews) | 36 | $ 24.64 | |
| 7/7/2015 | AMEX | $ 1,201.91 | iMac for LA (Smith) | 36 | $ 33.39 | |
| 7/15/2015 | AMEX | $ 759.00 | MacBook Pro for TX (Sims) | 36 | $ 21.08 | |
| 7/17/2015 | Visa | $ 439.95 | Desk for CD (Tirlia) | 60 | $ 7.33 | |
| 7/27/2015 | AMEX | $ 959.00 | MacBook Pro for TX (Burfeind) | 36 | $ 26.64 | Replaces Macbook from Row 15. |
| 8/12/2015 | AMEX | $ 869.00 | iMac for CD (Diskin) | 36 | $ 24.14 | Replaces iMac from Row 21. |
| 9/10/2015 | AMEX | $ 779.00 | MacBook for IN (Thomas) | 36 | $ 21.64 | |
| 9/10/2015 | AMEX | $ 759.00 | MacBook for FL (Fisher) | 36 | $ 21.08 | |
| 9/10/2015 | AMEX | $ 759.00 | MacBook for GA (Matthews) | 36 | $ 21.08 | |
| 1/11/2016 | AMEX | $ 769.00 | MacBook for CD (Tirlia) | 36 | $ 21.36 | Replaces MacBook from Row 30. |
| **Total:** | | **$163,643.66** | | | | |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 9, QUESTION 55

ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR
LAND WHICH THE DEBTOR OWNS OR IN WHICH THE
DEBTOR HAS AN INTEREST

**Independent Adoption Center, Inc**
**AB-55: Any building, other improved real estate, or land which the**

| Office Leases | Description | Leasing Agency | Address |
|---|---|---|---|
| Houston | Office space | 5555 West Loop South | 5555 West Loop S., Suite 100, Houston, TX 77401 |
| Connecticut | Office space | Blaire Corporation | Six Landmark Square, Fourth Floor, Stamford, CT 06901 |
| North Carolina | Office space | Byron Office Space Solutions | 4801 Glenwood Ave., Raleigh, NC 27612 |
| Concord | Office space | Concord Center Investors | 260 California Street, Suite 1100, San Francisco, CA 94111 |
| LA | Office space | L.A.T. Investments | 5777 W Century Blvd, Suite 950, Los Angeles, CA 90045 |
| Dallas | Office space | Meridian Business Centers | 555 Republic Dr., Suite 200, Plano, TX 75074 |
| Tampa | Office space | On Point Executive Center | 3030 N. Rocky Point Dr. W Suite 150, Tampa, FL 33607 |
| Atlanta | Office space | Selig Enterprises | 1100 Spring St. NW Suite 550, Atlanta, GA 30309-2848 |
| NY | Office space | Soho Office Suites | 116 W. 23rd Street 5th Floor, New York, NY 10011 |
| IN | Office space | Southpoint Professional Center | PO Box 44127, Indianapolis, IN 46244 |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 61

INTERNET DOMAIN NAMES AND WEBSITES

**Independent Adoption Center**
**AB-61: Internet domain names and websites**

| DOMAIN | GOES TO | EXPIRES |
|---|---|---|
| adopcionabierta.com(MX) | AH | 11/15/2016 |
| adoptflorida.net | AH | 8/15/2017 |
| adoptingababy.org | ADOPTINGABABY.ORG-PURCHASED FROM DEBBIE WEEKS | |
| adoptionagencies.co | PARKED FOR FREE-PURCAHSED FROM DEBBIE WEEKS | 10/13/2016 |
| adoptionbirthmother.org(MX) | AH | 6/12/2017 |
| adoptionchatrooms.org(MX) | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 7/25/2018 |
| adoptioncounselors.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 6/12/2017 |
| adoptionexperts.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/QA ) | 6/4/2017 |
| adoptionfamilies.net | REDIRECTS TO ADOPTIONFAMILIES.ORG | 10/26/2016 |
| adoptionfamilies.org | SITE WE SPONSOR THAT ALLOWS USERS TO SEARCH ADOPTIVE FAMILIES | 6/12/2020 |
| adoptionfamilys.com | REDIRECTS TO ADOPTIONFAMILIES.ORG | 10/26/2016 |
| adoptionfamilys.net | REDIRECTS TO ADOPTIONFAMILIES.ORG | 10/26/2016 |
| adoptionfamilys.org | REDIRECTS TO ADOPTIONFAMILIES.ORG | 10/26/2016 |
| adoptionfl.org | AH | 8/15/2017 |
| adoptionforumsonline.com | IAC ADOPTION FORUMS | 7/25/2017 |
| adoptionhelp.co | PARKED FOR FREE-NS | 3/13/2017 |
| adoptionhelp.org | OUR MAIN IAC PAGE | 11/10/2024 |
| adoptionhistory.com | HTTP://WWW.ADOPTIONHELP.ORG/OPEN-ADOPTION/HISTORY | 6/4/2017 |
| adoptionhistory.org | | 6/4/2017 |
| adoptionimages.org(MX) | AH | 7/13/2018 |
| adoptionhelp.legal | | 3/13/2017 |
| adoptionlesgislation.org | AH | 6/4/2017 |
| adoptionopen.com | PURCHASED FROM DEBBIE WEEKS | |
| adoptionopen.org | PARKED FOR FREE/PURCHASED FROM DEBBIE WEEKS | 7/26/2017 |
| adoptmybaby.org | PARKED FOR FREE | 10/14/2016 |
| adoptionreading.org(MX) | AH | 6/4/2017 |
| adoptions.help | N/A | 3/13/2017 |
| adoptionsupportgroups.org(MX) | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 7/25/2018 |
| adoptiontoday.org(MX) | AH | 3/13/2017 |
| adopttampa.com | AH | 8/15/2017 |
| affordableadoption.org(MX) | AH | 1/24/2017 |
| birthfatherhelp.com(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/ ) | 1/31/2017 |
| birthfatherhelp.org(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/ ) | 1/31/2017 |
| birthmotherforums.com(MX) | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 7/25/2018 |
| birthmotherhelp.org(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/ ) | 1/31/2017 |
| birthmothersupportgroups.com(MX) | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 7/25/2018 |
| birthmothersupportgroups.org(MX) | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 7/25/2018 |
| blue.adoptionhelp.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | |
| fladoption.org | AH | 8/15/2017 |
| gayandlesbianadoption.org(MX) | AH/LGBTQ-ADOPTION | |
| gaylesbianadoption.com(MX) | AH/LGBTQ-ADOPTION | |
| gaylesbianadoption.org(MX) | AH/LGBTQ-ADOPTION | |
| iacadopt.com(MX) | AH | 1/8/2018 |
| iacadopt.net(MX) | AH | 1/8/2018 |
| iacadopt.org(MX) | AH | 1/8/2018 |
| iacadoption.com(MX) | AH | 1/8/2018 |
| iacadoption.net(MX) | AH | 1/8/2018 |
| iacadoption.org(MX) | AH | 1/8/2018 |
| iacarchives.com | ? | 6/18/2018 |
| iheartadoption.com(MX) | IHA | |
| iheartadoption.net(MX) | WEB SPACE ( /IHADEMO ) | |
| iheartadoption.org | MAIN IHA PAGE | 4/15/2021 |
| iheartadoption.tv(MX) | IHA (DEVELOPMENT SITE FOR NEW IHA) | 1/8/2018 |
| iheartadoptions.com(MX) | IHA | 12/21/2016 |
| iheartadoptions.net(MX) | IHA | 4/15/2017 |
| iheartadoptions.org(MX) | IHA | 4/15/2017 |
| independentadoption.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 11/24/2016 |
| independentadoptioncenter.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 9/27/2016 |
| independentadoptioncenter.net | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 4/8/2017 |
| independentadoptioncenter.net(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 9/27/2016 |
| independentadoptioncenter.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 9/27/2016 |
| lagayadoption.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 1/8/2018 |

**Independent Adoption Center**
**AB-61: Internet domain names and websites**

| DOMAIN | GOES TO | EXPIRES |
|---|---|---|
| lgbtadoptionla.com(MX) | AH | 1/8/2018 |
| lgbtadoptionny.com(MX) | AH | 1/8/2018 |
| licensedadoptionagency.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 9/19/2018 |
| losangeleshomestudy.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/HOMESTUDY ) | 8/24/2018 |
| mamabears.org | PURCHASED FROM DEBBIE WEEKS | 5/9/2017 |
| myadoptionletter.com | ADOPTION LETTER WEBSITE/LETTER TEMPLATES SITE | 3/24/2017 |
| nycadoption.com | AH | 3/25/2017 |
| nycadoption.net(MX) | AH | 3/26/2017 |
| nygayadoption.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | |
| openadoption.co | PARKED FOR FREE/PURCHASED FROM DEBBIE WEEKS | 9/1/2016 |
| openadoptagency.com(MX) | AH | 12/14/2016 |
| openadoptagency.org(MX) | AH | 12/14/2016 |
| openadoptionagency.com(MX) | AH | 2/11/2017 |
| openadoptionagency.org(MX) | AH | 2/11/2017 |
| openadoptionblog.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/BLOG ) | 10/12/2018 |
| openadoptioncenter.net(MX) | AH | 10/29/2016 |
| openadoptioncenter.org(MX) | AH | 10/29/2016 |
| openadoptionexperts.com(MX) | FORWARD ( HTTP://ADOPTIONEXPERTS.ORG/ ) | 6/4/2018 |
| openadoptionexperts.org(MX) | FORWARD ( HTTP://ADOPTIONEXPERTS.ORG/ ) | 6/4/2018 |
| openadoptionforums.com | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 9/17/2018 |
| openadoptionforums.org | FORWARD ( HTTP://ADOPTIONFORUMSONLINE.COM/ ) | 9/17/2018 |
| openadoptionhelp.com(MX) | IHA | |
| openadoptionhelp.org(MX) | IHA | |
| openadoptionstories.com(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/HEAR-OTHERS/READ-STORIES ) | 7/13/2018 |
| openadoptionstories.org(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/HEAR-OTHERS/READ-STORIES ) | 7/13/2018 |
| openadoptionvideos.com(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/HEAR-OTHERS/WATCH-VIDEOS ) | 7/13/2018 |
| openadoptionvideos.org(MX) | FORWARD ( HTTP://WWW.IHEARTADOPTION.ORG/HEAR-OTHERS/WATCH-VIDEOS ) | 7/13/2018 |
| pinkadoption.com | AH | 9/9/2017 |
| seekingtoadopt.org | PARKED FOR FREE-PURCAHSED FROM DEBBIE WEEKS | 11/8/2017 |
| theopenadoptionagency.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/ ) | 12/14/2016 |
| theopenadoptionagency.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/ ) | 12/14/2016 |
| theopenadoptioncenter.com(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/ ) | 10/29/2016 |
| theopenadoptioncenter.net(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG/ ) | 10/29/2016 |
| theopenadoptioncenter.org(MX) | FORWARD ( HTTP://WWW.ADOPTIONHELP.ORG ) | 10/29/2016 |
| whatisopenadoption.com(MX) | WEB SPACE ( /ADOPTION/FAQS ) | 9/21/2018 |
| youradoption.net(MX) | AH | 1/8/2018 |
| youradoption.org(MX) | AH | 1/8/2018 |

**Independent Adoption Center**
**AB-61: Internet domain names and websites**

| TRANSACTION DATE | DOMAIN NAME |
|---|---|
| | **GODADDY** |
| | ADOPTINGABABY.ORG |
| | ADOPTIONAGENCIES.CO |
| | ADOPTIONOPEN.ORG |
| | ADOPTMYBABY.ORG |
| | ADOPTMYBABY.ORG, ADOPTINGABABY.ORG |
| | IACADOPT.COM |
| | IACADOPT.COM, IACADOPTION.COM, LAGAYADOPTION.COM, LGBTADOPTIONLA.COM, LGBTADOPTIONNY.COM, NYGAYADOPTION.COM |
| | IACADOPT.NET |
| | IACADOPT.NET, IACADOPTION.NET, YOURADOPTION.NET |
| | IACADOPT.ORG |
| | IACADOPT.ORG, IACADOPTION.ORG, YOURADOPTION.ORG, ADOPTIONWORKSHOPS.ORG, ADOPTIONOPEN.ORG |
| | IACADOPTION.COM |
| | IACADOPTION.NET |
| | IACADOPTION.ORG |
| | IHEARTADOPTION.COM |
| | IHEARTADOPTION.NET |
| | IHEARTADOPTION.NET, IHEARTADOPTIONS.NET |
| | IHEARTADOPTION.ORG |
| | IHEARTADOPTION.TV |
| | IHEARTADOPTIONS.COM |
| | IHEARTADOPTIONS.NET |
| | IHEARTADOPTIONS.ORG |
| | IHEARTADOPTIONS.ORG, OPENADOPTIONEXPERTS.ORG |
| | LAGAYADOPTION.COM |
| | LGBTADOPTIONLA.COM |
| | LGBTADOPTIONNY.COM |
| | MYADOPTIONLETTER.COM |
| | MYADOPTIONLETTER.COM, IHEARTADOPTIONS.COM |
| | MYADOPTIONLETTER.COM, IHEARTADOPTIONS.COM, OPENADOPTIONEXPERTS.COM |
| | NYGAYADOPTION.COM |
| | OPENADOPTION.CO |
| | OPENADOPTIONEXPERTS.COM |
| | OPENADOPTIONEXPERTS.ORG |
| | OPENADOPTIONHELP.COM |
| | OPENADOPTIONHELP.ORG |
| | YOURADOPTION.NET |
| | YOURADOPTION.ORG |
| | **NETWORK SOLUTIONS** |
| 8/13/2016 | openadoptionblog.com |
| 5/24/2016 | adoptionreading.org |
| 5/24/2016 | adoptionbirthmother.org |
| 5/24/2016 | adoptioncounselors.org |

**Independent Adoption Center**
**AB-61: Internet domain names and websites**

| TRANSACTION DATE | DOMAIN NAME |
|---|---|
| 4/4/2016 | adoptionexperts.org |
| 4/4/2016 | adoptionhistory.com |
| 4/4/2016 | adoptionhistory.org |
| 4/4/2016 | adoptionlegislation.org |
| 4/4/2016 | adoptiontoday.org |
| 4/4/2016 | independentadoptioncenter.info |
| 1/13/2016 | adoptionhelp.co |
| 1/13/2016 | adoptions.help |
| 1/13/2016 | adoptionhelp.legal |
| 1/13/2016 | adoptionhelp.co |
| 1/13/2016 | adoptions.help |
| 1/13/2016 | adoptionhelp.legal |
| 10/19/2015 | affordableadoption.org |
| 10/19/2015 | birthfatherhelp.com |
| 10/19/2015 | birthfatherhelp.org |
| 10/19/2015 | theopenadoptionagency.com |
| 10/19/2015 | theopenadoptionagency.org |
| 4/3/2015 | adoptionhelp.org |
| 4/3/2015 | adoptionlegislation.org |
| 4/3/2015 | adoptionreading.org |
| 4/3/2015 | adoptionbirthmother.org |
| 4/3/2015 | adopcionabierta.com |
| 4/3/2015 | openadoptioncenter.net |
| 4/3/2015 | openadoptioncenter.org |
| 4/3/2015 | adoptionfamilies.net |
| 4/3/2015 | adoptionfamilys.com |
| 4/3/2015 | adoptionfamilys.net |
| 4/3/2015 | adoptionfamilys.org |
| 3/25/2015 | adoptionexperts.org |
| 3/25/2015 | adoptionhistory.com |
| 3/25/2015 | adoptionhistory.org |
| 3/25/2015 | adoptioncounselors.org |
| 3/25/2015 | adoptionfamilies.org |
| 3/25/2015 | adoptiontoday.org |
| 3/25/2015 | gayandlesbianadoption.org |
| 3/25/2015 | gaylesbianadoption.com |
| 3/25/2015 | gaylesbianadoption.org |
| 3/25/2015 | independentadoptioncenter.info |
| 3/25/2015 | independentadoptioncenter.net |
| 3/25/2015 | independentadoptioncenter.com |
| 3/25/2015 | independentadoptioncenter.org |
| 3/13/2015 | adoptionhelp.co |
| 3/13/2015 | adoptions.help |
| 3/13/2015 | adoptionhelp.legal |
| 3/13/2015 | adoptionhelp.co |

**Independent Adoption Center**
**AB-61: Internet domain names and websites**

| TRANSACTION DATE | DOMAIN NAME |
|---|---|
| 3/13/2015 | adoptions.help |
| 3/13/2015 | adoptionhelp.legal |
| 12/2/2014 | birthfatherhelp.com |
| 12/2/2014 | birthfatherhelp.org |
| 11/25/2014 | affordableadoption.org |
| 10/15/2014 | openadoptagency.com |
| 10/15/2014 | openadotagency.org |
| 10/15/2014 | theopenadoptionagency.com |
| 10/15/2014 | theopenadoptionagency.org |
| 9/25/2014 | independentadoption.com |
| 9/6/2014 | adopcionabierta.com |
| 8/30/2014 | theopenadoptioncenter.com |
| 8/30/2014 | theopenadoptioncenter.net |
| 8/30/2014 | theopenadoptioncenter.org |
| 8/27/2014 | adoptionfamilys.com |
| 8/27/2014 | adoptionfamilys.net |
| 8/27/2014 | adoptionfamilys.org |
| | **MISC.** |
| 7/16/2014 | adoptflorida.net |
| | adoptionfl.org |
| | adopttampa.com |
| | fladoption.org |
| 8/10/2014 | whoisguard protect one |
| 8/11/2014 | pinkadoption.com |
| 4/27/2015 | adoptflorida.net |
| | adoptionfl.org |
| | adoptionquotes.org |
| | adopttampa.com |
| | fladoption.org |
| | iacarchives.com |
| | pinkadoption.com |
| | whoisguard protect one |
| 7/16/2015 | whoisguard protect onex4 |
| 2/26/2016 | nycadoption.com |
| | nycadoption.net |
| 7/17/2016 | adoptflorida.net |
| | aodptionfl.org |
| | adopttampa.com |
| | fladoption.org |
| 8/10/2016 | pinkadoption.com |
| **Host Gator** | **Hosting of domain names** |
| 5/31/2015 | mamabears.org |
| | adoptiongababy.org |
| **Hostway (annually)** | **Hosting of domain names** |
| 4/23/2016 | adoptionopen.com |

**Independent Adoption Center**
**AB-61: Internet domain names and websites**

| TRANSACTION DATE | DOMAIN NAME |
|---|---|
| | adoptionquotes.org |
| | adoptionworkshops.org |
| 4/23/2015 | adoptionopen.com |
| | adoptionquotes.org |
| | adoptionworkshops.org |

| Debtor Name | **Independent Adoption Center** | | ☐ Check if this is an amended filing |
|---|---|---|---|

**United States Bankruptcy Court for the Northern District of California**

Case number (if known):

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

[X] No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**Creditor's name**

## NONE

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

**Date debt was incurred**

☐ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          1 of 1

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:04    Page 32 of 204

Debtor Name

| Debtor Name | **Independent Adoption Center** |
|---|---|

**United States Bankruptcy Court for the Northern District of California**

Case number (if known):

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

## Schedule E/F - Creditors Who Have Claims Unsecured Claims    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
AKI PARKER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$6,224.96**    Priority amount: **$6,224.96**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.2** Priority creditor's name and mailing address
AMBER BURFEIND
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$9,759.76**    Priority amount: **$9,759.76**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.3** Priority creditor's name and mailing address
AUDRA BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$5,196.21**    Priority amount: **$5,196.21**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.4** **Priority creditor's name and mailing address**
BRITTNEY PETERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:      $871.69      $871.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.5** **Priority creditor's name and mailing address**
CHELSEA OSEGUERA
ADDRESS REDACTED

As of the petition filing date, the claim is:      $2,826.34      $2,826.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.6** **Priority creditor's name and mailing address**
CHERYL BLEWITT
ADDRESS REDACTED

As of the petition filing date, the claim is:      $1,698.67      $1,698.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.7** **Priority creditor's name and mailing address**
CHRISTINE SCHIRS
ADDRESS REDACTED

As of the petition filing date, the claim is:      $555.36      $555.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 34 of 204

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.8** Priority creditor's name and mailing address
COLLEEN KITOWSKI
ADDRESS REDACTED

As of the petition filing date, the claim is:        $1,415.33        $1,415.33

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.9** Priority creditor's name and mailing address
DELANEY DISKIN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $3,058.36        $3,058.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.10** Priority creditor's name and mailing address
DIANA THYGESON
ADDRESS REDACTED

As of the petition filing date, the claim is:        $839.54        $839.54

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.11** Priority creditor's name and mailing address
ELIZABETH DEMLER
ADDRESS REDACTED

As of the petition filing date, the claim is:        $956.69        $956.69

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.12** Priority creditor's name and mailing address
ELIZABETH SCHLOSSER
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$969.77**    Priority amount: **$969.77**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

**2.13** Priority creditor's name and mailing address
GUYLAINE HUBBARD-BROSMER
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$9,091.23**    Priority amount: **$9,091.23**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

**2.14** Priority creditor's name and mailing address
HILARY BANT
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,674.82**    Priority amount: **$2,674.82**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

**2.15** Priority creditor's name and mailing address
JENNIFER BERG
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,227.70**    Priority amount: **$1,227.70**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:20:34    Page 36 of
205

| **Part 1:** | Additional Page |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.16** | **Priority creditor's name and mailing address**
JENNIFER BLISS
ADDRESS REDACTED

As of the petition filing date, the claim is:     $12,261.00     $12,261.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   )

---

**2.17** | **Priority creditor's name and mailing address**
KAREN TIRLIA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $10,538.88     $10,538.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   )

---

**2.18** | **Priority creditor's name and mailing address**
KATHRYN FOSTER
ADDRESS REDACTED

As of the petition filing date, the claim is:     $1,596.28     $1,596.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   )

---

**2.19** | **Priority creditor's name and mailing address**
KATHY WILKERSON
ADDRESS REDACTED

As of the petition filing date, the claim is:     $9,540.00     $9,540.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (   )

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.20** **Priority creditor's name and mailing address**
KATIE CHAVIRA
ADDRESS REDACTED

As of the petition filing date, the claim is:     $3,524.85     $3,524.85
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.21** **Priority creditor's name and mailing address**
KIM STEWART
ADDRESS REDACTED

As of the petition filing date, the claim is:     $8,060.40     $8,060.40
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.22** **Priority creditor's name and mailing address**
KRISTINE FRENCH
ADDRESS REDACTED

As of the petition filing date, the claim is:     $4,951.85     $4,951.85
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.23** **Priority creditor's name and mailing address**
LAURA ROETHE
ADDRESS REDACTED

As of the petition filing date, the claim is:     $539.40     $539.40
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 38 of
Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 38 of
204

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.24**   **Priority creditor's name and mailing address**
LYN DAWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $9,183.60      $9,183.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.25**   **Priority creditor's name and mailing address**
LYNN HASEGAWA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $5,035.80      $5,035.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.26**   **Priority creditor's name and mailing address**
MARCIA HODGES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $2,250.00      $2,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.27**   **Priority creditor's name and mailing address**
MATTHEW LANDON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $3,590.25      $3,590.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 39 of
Case: 17-40317   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 39 of
204

| | | Total claim | Priority amount |

**Debtor Name**   **Independent Adoption Center**        Case number (if known): **A**

**Part 1:**   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.28** Priority creditor's name and mailing address
MEGAN WARCHOLA
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,136.05** **$2,136.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.29** Priority creditor's name and mailing address
NIKETA FRAZIER
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,137.61** **$5,137.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.30** Priority creditor's name and mailing address
RACHAEL HENDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,221.34** **$2,221.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.31** Priority creditor's name and mailing address
RACHAEL LEONARD
ADDRESS REDACTED

As of the petition filing date, the claim is: **$999.19** **$999.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.32** Priority creditor's name and mailing address
REGAN CORYELL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$5,570.49** **$5,570.49**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.33** Priority creditor's name and mailing address
SARAH THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is: **$1,388.55** **$1,388.55**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.34** Priority creditor's name and mailing address
STACY PAYNE
ADDRESS REDACTED

As of the petition filing date, the claim is: **$974.84** **$974.84**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.35** Priority creditor's name and mailing address
STEPHANIE FERRELL
ADDRESS REDACTED

As of the petition filing date, the claim is: **$2,485.50** **$2,485.50**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE VACATION

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 41 of

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:23:34    Page 42 of
205

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.36**  **Priority creditor's name and mailing address**

TANYA THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,285.07**    Priority amount: **$1,285.07**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE VACATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<div align="right">

**Amount of claim**

</div>

**3.1**  **Nonpriority creditor's name and mailing address**

501(C) AGENCIES TRUST
P.O. BOX 49298
SAN JOSE, CA 95161

**As of the petition filing date, the claim is:**                $1,969.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
151279

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**

5555 WEST LOOP SOUTH, LTD
5555 WEST LOOP S., SUITE 100
BELLAIRE, TX 77401

**As of the petition filing date, the claim is:**                $69.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**

ABILITY ANSWERING (CD)
P.O. BOX 2288
BAKERSFIELD, CA 93303-2288

**As of the petition filing date, the claim is:**                $108.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
05-1-4638

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001

**As of the petition filing date, the claim is:**                $146,428.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
3782-979738-31007

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.5**

**Nonpriority creditor's name and mailing address**
ANDRES & MELISSA CONSOLI
2044 GILLESPIE ST.
SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
ANN HARRIS BENNETT, TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TX 77210-4622

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$154.25

**Date or dates debt was incurred**

**Last 4 digits of account number**
2-2163016

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**
ASSOCIATED SERVICES
1040 SHARY CT., SUITE C
CONCORD, CA 94518-4705

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$236.90

**Date or dates debt was incurred**

**Last 4 digits of account number**
305095

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**
AT&T - CONCORD
P.O. BOX 5025
CAROL STREAM, IL 60197-5025

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$613.46

**Date or dates debt was incurred**

**Last 4 digits of account number**
960 756-9353 555 8

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.9**

**Nonpriority creditor's name and mailing address**
AT&T - LA
P.O. BOX 5025
CAROL STREAM, IL 60197-5025

**Date or dates debt was incurred**

**Last 4 digits of account number**
310-215-3252

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$298.42

---

**3.10**

**Nonpriority creditor's name and mailing address**
AT&T - NC
P.O. BOX 105262
ATLANTA, GA 30348-5262

**Date or dates debt was incurred**

**Last 4 digits of account number**
919-676-6707

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$253.77

---

**3.11**

**Nonpriority creditor's name and mailing address**
AT&T - NC
P.O. BOX 105262
ATLANTA, GA 30348-5262

**Date or dates debt was incurred**

**Last 4 digits of account number**
919-789-0707

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$98.49

---

**3.12**

**Nonpriority creditor's name and mailing address**
AT&T MOBILITY-IN
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

**Date or dates debt was incurred**

**Last 4 digits of account number**
875374333

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$222.25

---

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:03:34   Page 45 of 205

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

                                                                   **Amount of claim**

---

**3.13**

**Nonpriority creditor's name and mailing address**
AT&T MOBILITY-TX
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
287236121878

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,093.32

---

**3.14**

**Nonpriority creditor's name and mailing address**
AT&T - IN
P.O. BOX 5080
CAROL STREAM, IL 60197-5080

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
317-887-2088

**Is the claim subject to offset?**
☑ No
☐ Yes

$199.45

---

**3.15**

**Nonpriority creditor's name and mailing address**
BLAIRE CORPORATION
SIX LANDMARK SQUARE, FOURTH FLOOR
STAMFORD, CT 06901

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,196.54

---

**3.16**

**Nonpriority creditor's name and mailing address**
BRANDON & MEGAN HEBDON
22701 SUNDANCE CREEK DR.
SANTA CLARITA, CA 91350

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,600.00

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.17**    **Nonpriority creditor's name and mailing address**

BYRON OFFICE SPACE SOLUTIONS LLC
4801 GLENWOOD AVE.
RALEIGH, NC 27612

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,352.86

---

**3.18**    **Nonpriority creditor's name and mailing address**

CAMBELL, COLIN AND AMY
1231 E. GRAND AVE., UNIT C
EL SEGUNDO, CA 90245

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE OR POST ADOPTION AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,515.00

---

**3.19**    **Nonpriority creditor's name and mailing address**

CETERA
2993 MOMENTUM PL.
CHICAGO, IL 60689-0600

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$360.00

---

**3.20**    **Nonpriority creditor's name and mailing address**

CGS LUTHERAN CHURCH
1550 MERIDIAN AVE.
SAN JOSE, CA 95125

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.21**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:            $145.95

COMCAST--CD
P.O. BOX 34744
SEATTLE, WA 98124-1744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                        Basis for the claim:

TRADE PAYABLE

**Last 4 digits of account number**                        Is the claim subject to offset?
8155400271206250
☑ No
☐ Yes

---

**3.22**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:            $411.36

COMCAST--GA
P.O. BOX 530098
ATLANTA, GA 30353-0098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                        Basis for the claim:

TRADE PAYABLE

**Last 4 digits of account number**                        Is the claim subject to offset?
8220 20 210 6158156
☑ No
☐ Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:            $49,426.90

CONCORD CENTER INVESTORS, LLC
260 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                        Basis for the claim:

TRADE PAYABLE

**Last 4 digits of account number**                        Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:            $1,657.50

CUNA MUTUAL RETIREMENT SOLUTIONS
P.O. BOX 1167
GREAT BEND, KS 67530-1167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                        Basis for the claim:

TRADE PAYABLE

**Last 4 digits of account number**                        Is the claim subject to offset?
TS09684
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.25**  **Nonpriority creditor's name and mailing address**

CYBERCOPY PRINTING
1631 CONTRA COSTA BLVD.
PLEASANT HILL, CA 94523

As of the petition filing date, the claim is:            $172.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

DANIEL WHITLEY & MICHAEL VASQUEZ
5 READING
SAN ANTONIO, TX 78257

As of the petition filing date, the claim is:            $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27**  **Nonpriority creditor's name and mailing address**

DIAZ, JOSHUA AND CRISTINA COSTANTINO
26 HAYWARD AVE. #109
SAN MATEO, CA 94401

As of the petition filing date, the claim is:            $8,740.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PRE OR POST ADOPTION AGREEMENT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**

EFAX CORPORATE
P.O. BOX 51873
LOS ANGELES, CA 90051-6173

As of the petition filing date, the claim is:            $494.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
49381

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,601.88
EVERBANK COMMERCIAL FINANCE
P.O. BOX 911608
DENVER, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
20217349

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.54
FED EX
P.O. BOX 7221
PASADENA, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
1209-0934-7

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,777.50
FLATT, THEODORE AND REBECCA
22812 SW MAIN ST.
SHERWOOD, OR 97140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PRE OR POST ADOPTION AGREEMENT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,301.50
HANSON BRIDGETT
425 MARKET ST. 26TH FLOOR
SAN FRANCISCO, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.33**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    $1,000.00

INDEPENDENT ADOPTION CENTER-GA
2060 E. EXCHANGE PLACE SUITE 140
TUCKER, GA 30084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

**3.34**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    $1,000.00

INDEPENDENT ADOPTION CENTER-LA
5777 W. CENTURY STE. 1450
LOS ANGELES, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

**3.35**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    $709.22

INDIANAPOLIS POWER AND LIGHT
P.O. BOX 110
INDIANAPOLIS, IN 46206-0110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
970552                    ☑ No
☐ Yes

**3.36**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    $1,778.50

JAKE HAMBURG & BRIAN WOLF
18620 FRANCE CIR.
ANCHORAGE, AK 99516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**                    Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.37** | **Nonpriority creditor's name and mailing address**
JAMES AND COURTNEY COLEMAN
25472 OVERLOOK DR
LOXLEY, AL 36551

As of the petition filing date, the claim is:                                    $14,619.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE OR POST ADOPTION AGREEMENT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**
JASON & ISABELLA GROTTE
615 PRECITA AVE.
SAN FRANCISCO, CA 94110

As of the petition filing date, the claim is:                                    $925.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
JASON HUNT & ALEJANDRO SUAREZ
12750 SW 19TH ST.
MIAMI, FL 33175

As of the petition filing date, the claim is:                                    $400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
JASON MIKS & TRENTON TRUITT
3986 47TH ST., APT. B31
SUNNYSIDE, NY 11104

As of the petition filing date, the claim is:                                    $400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">

**Amount of claim**

</div>

**3.41**    **Nonpriority creditor's name and mailing address**

JOSEPH BIGHAM & GWEN LEE
10637 CREEL CT.
ORLANDO, FL 32825

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.42**    **Nonpriority creditor's name and mailing address**

JUSTIN MORRIS & RACHEL ANDERSON MORRIS
6255 EVANSTON AVE.
INDIANAPOLIS, IN 46220

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $1,550.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.43**    **Nonpriority creditor's name and mailing address**

L.A.T. INVESTMENTS
5777 W CENTURY BLVD SUITE 950
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $10,576.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.44**    **Nonpriority creditor's name and mailing address**

LISA HOY.
1555 MESA VERDE E #5G
COSTA MESA, CA 92626

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.45**  **Nonpriority creditor's name and mailing address**

MAILFINANCE--CONCORD
DEPT. 3682 P.O. BOX 123682
DALLAS, TX 75312-3682

**As of the petition filing date, the claim is:**                    $963.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
00093367

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**

MAILFINANCE--GA
DEPT. 3682 P.O. BOX 123682
DALLAS, TX 75312-3682

**As of the petition filing date, the claim is:**                    $73.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
00093367

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47**  **Nonpriority creditor's name and mailing address**

MATTHEW BENDER & CO.
P.O. BOX 7247-0178
PHILADELPHIA, PA 19170-0178

**As of the petition filing date, the claim is:**                    $156.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
7175099001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**

MATTHEW IMAI
547 DE MAR DR.
SACRAMENTO, CA 95831

**As of the petition filing date, the claim is:**                    $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                     **Amount of claim**

**3.49**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $689.22

MERIDIAN BUSINESS CENTERS
555 REPUBLIC DR., SUITE 200
PLANO, TX 75074

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**      Basis for the claim:
     TRADE PAYABLE

**Last 4 digits of account number**      Is the claim subject to offset?
     ☑ No
     ☐ Yes

**3.50**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $2,581.36

NEOFUNDS BY NEOPOST--CONCORD
P.O. BOX 30193
TAMPA, FL 33630-3193

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**      Basis for the claim:
     TRADE PAYABLE

**Last 4 digits of account number**      Is the claim subject to offset?
7900044080080231
     ☑ No
     ☐ Yes

**3.51**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $1,174.08

NEOFUNDS BY NEOPOST--GA/TX
P.O. BOX 30193
TAMPA, FL 33630-3193

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**      Basis for the claim:
     TRADE PAYABLE

**Last 4 digits of account number**      Is the claim subject to offset?
7900044579123344
     ☑ No
     ☐ Yes

**3.52**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $271.42

NEOFUNDS BY NEOPOST--NC
P.O. BOX 30193
TAMPA, FL 33630-3193

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**      Basis for the claim:
     TRADE PAYABLE

**Last 4 digits of account number**      Is the claim subject to offset?
7900044034199590
     ☑ No
     ☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 55 of
Case: 17-40323  Doc# 12  Filed: 02/08/17  Entered: 02/08/17 22:03:34  Page 55 of
204

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------|

                                                                                            **Amount of claim**

**3.53** **Nonpriority creditor's name and mailing address**
NEOFUNDS BY NEOPOST--NY
P.O. BOX 30193
TAMPA, FL 33630-3193

As of the petition filing date, the claim is:                $169.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
7900044062979947

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
NEOPOST INC--NY
25880 NETWORK PL.
CHICAGO, IL 60673-1258

As of the petition filing date, the claim is:                $186.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
598555

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
NEOPOST INC.--TX
25880 NETWORK PL.
CHICAGO, IL 60673-1258

As of the petition filing date, the claim is:                $194.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
565610

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
OFFICE DEPOT CREDIT PLAN
P.O. BOX 78004
PHOENIX, AZ 85062-8004

As of the petition filing date, the claim is:                $6,140.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
6011566153107911

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.57** Nonpriority creditor's name and mailing address                          $8,507.66

OFFICE TEAM-EAST
12400 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address                          $2,622.80

ON POINT EXECUTIVE CENTER
3030 N. ROCKY POINT DR. W SUITE 150
TAMPA, FL 33607

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address                          $23,102.50

PERALTA, DYLAN AND WILLIAM
661 HAWK DR.
VACAVILLE, CA 95687

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PRE OR POST ADOPTION AGREEMENT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address                          $1,464.25

PHILADELPHIA INSURANCE COMPANIES
P.O. BOX 70251
PHILADELPHIA, PA 19176-0251

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
80104343

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

### 3.61 Nonpriority creditor's name and mailing address
PITNEY BOWES-LEASING (IN)
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

$442.98

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
0010203685

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.62 Nonpriority creditor's name and mailing address
PITNEY BOWES-LEASING (LA)
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

$593.93

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
0011559274

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.63 Nonpriority creditor's name and mailing address
PITNEY BOWES/PURCHASE POWER-IN
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

$2,208.01

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
8000900004466896

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.64 Nonpriority creditor's name and mailing address
PITNEY BOWES/PURCHASE POWER-LA
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

$2,537.72

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
8000900008202149

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|---|---|---|---|

RAJ & SALLY RANDERI
2504 ROCKINGHAM DR.
AUSTIN, TX 78704

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|---|---|---|---|

RICHARD MORGART & CHARLES NOBEL
139 WATSON MILL RD.
LANDENBERG, PA 19350

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.05 |
|---|---|---|---|

SAFEWAY INC.
P.O. BOX 840210
DALLAS, TX 75284-0210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
124171

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.50 |
|---|---|---|---|

SAN FRANCISCO WOMEN'S CENTERS
3543 18TH ST. #8
SAN FRANCISCO, CA 94110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>**3.69**</td>
<td>

**Nonpriority creditor's name and mailing address**
SELIG ENTERPRISES
1100 SPRING ST. NW SUITE 550
ATLANTA, GA 30309-2848

**Date or dates debt was incurred**

**Last 4 digits of account number**
</td>
<td>

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$4,063.65</td>
</tr>

<tr>
<td>**3.70**</td>
<td>

**Nonpriority creditor's name and mailing address**
SHEFALI SHAH
2525 ALIDA ST.
OAKLAND, CA 94602

**Date or dates debt was incurred**

**Last 4 digits of account number**
</td>
<td>

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$2,000.00</td>
</tr>

<tr>
<td>**3.71**</td>
<td>

**Nonpriority creditor's name and mailing address**
SIMCOX, ETHAN AND MARIA
34 PARKWOOD AVE.
BLACK MOUNTAIN, NC 28804

**Date or dates debt was incurred**

**Last 4 digits of account number**
</td>
<td>

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE OR POST ADOPTION AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$6,390.00</td>
</tr>

<tr>
<td>**3.72**</td>
<td>

**Nonpriority creditor's name and mailing address**
SMEDLEY-WARREN, JOHN AND JASON
4331 BARNES COVE DR
NASHVILLE, TN 37211

**Date or dates debt was incurred**

**Last 4 digits of account number**
</td>
<td>

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE OR POST ADOPTION AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$19,777.50</td>
</tr>
</table>

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.73**  **Nonpriority creditor's name and mailing address**

SOHO OFFICE SUITES, LLC
116 W. 23RD STREET 5TH FLOOR
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$6,513.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74**  **Nonpriority creditor's name and mailing address**

SOUTHPOINT PROFESSIONAL CENTER LLC
P.O. BOX 44127
INDIANAPOLIS, IN 46244

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$1,870.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75**  **Nonpriority creditor's name and mailing address**

STAPLES
 P.O. BOX 78004
PHOENIX, AZ 85062-8004

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$337.79

**Date or dates debt was incurred**

**Last 4 digits of account number**
7972797003250008

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76**  **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
DEPT LA P.O. BOX 83689
CHICAGO, IL 60696-3689

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$487.51

**Date or dates debt was incurred**

**Last 4 digits of account number**
LA1682664

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

**3.77**    **Nonpriority creditor's name and mailing address**

STERICYCLE COMMUNICATIONS SOLUTIONS
26604 NETWORK PL.
CHICAGO, IL 60673-1266

**Date or dates debt was incurred**

**Last 4 digits of account number**
9004809

**As of the petition filing date, the claim is:**    $755.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78**    **Nonpriority creditor's name and mailing address**

STEVEN & JENNIFER ALLISON
4250 BERKFORD CIRCLE, NE
ATLANTA, GA 30319

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79**    **Nonpriority creditor's name and mailing address**

SWANSON, BRENT AND LISA
1111 RUSTIC KNOLLS DR.
KATY, TX 77450

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $23,102.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE OR POST ADOPTION AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80**    **Nonpriority creditor's name and mailing address**

THE BATTEN GROUP
2520 SARDIS RD. N
CHARLOTTE, NC 28227

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $10,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 17-40327    Doc 12    Filed 02/08/17    Entered 02/08/17 20:23:34    Page 62 of 204

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.81**

**Nonpriority creditor's name and mailing address**
THE SWENSON GROUP, INC.--LEASING (GA)
P.O. BOX 660831
DALLAS, TX 75266-0831

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,440.58

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
015-0909797-000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.82**

**Nonpriority creditor's name and mailing address**
THE SWENSON GROUP, INC.--LEASING (LA)
P.O. BOX 660831
DALLAS, TX 75266-0831

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,868.62

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
015-0913796-000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83**

**Nonpriority creditor's name and mailing address**
TIME WARNER CABLE--LA
P.O. BOX 60074
CITY OF INDUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$458.99

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
8448300400636194

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84**

**Nonpriority creditor's name and mailing address**
UNION BANK VISAS
P.O. BOX 650349
DALLAS, TX 75265-034

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,198.72

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<div align="right">Amount of claim</div>

---

**3.85**

**Nonpriority creditor's name and mailing address**

US BANK--CONCORD
P.O. BOX 790448
ST. LOUIS, MO 63179-0448

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$7,260.40

**Date or dates debt was incurred**

**Last 4 digits of account number**
500-0374843-000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**

US BANK--NC
P.O. BOX 790448
ST. LOUIS, MO 63179-0448

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$939.41

**Date or dates debt was incurred**

**Last 4 digits of account number**
500-0347459-000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**

US BANK--TX
P.O. BOX 790448
ST. LOUIS, MO 63179-0448

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$983.35

**Date or dates debt was incurred**

**Last 4 digits of account number**
500-0479491-000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS-CA
P.O. BOX 660108
DALLAS, TX 75266-0108

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$1,920.71

**Date or dates debt was incurred**

**Last 4 digits of account number**
208317229

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **Independent Adoption Center**                    Case number (if known): **A**

Amount of claim

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $379.80 |

WAVE BROADBAND
P.O. BOX 35164
SEATTLE, WA 98124-5164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
8136 35 010 0182558

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor Name

**5a. Total claims from Part 1**                                                  $140,637.38

**5b. Total claims from Part 2**                                                  $509,267.17

**5c. Total claims of Parts 1 and 2**                                             $649,904.55
    Lines 5a + 5b = 5c

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES HOUSTON | 5555 WEST LOOP SOUTH 5555 WEST LOOP S., SUITE 100 HOUSTON, TX 77401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AARON COOKSTRA BRIAN COOKSTRA 4-75 48TH AVE. APT 3602 LONG ISLAND CITY, NY 11109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AARON EWERT REBECCA EWERT 2740 SOUTH HURT DRIVE MARTINSVILLE, IN 46151 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AARON PIKE STEVE SUKMAN 353 N. FLORES ST. LOS ANGELES, CA 90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AARON WARSHAW MAORI STANTON 198 FOREST AVE. GLEN RIDGE, NJ 07028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:03:34    Page 67 of
204

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AARON YANEZ<br>REBECCA YANEZ<br>17810 QUIET LOCH LANE<br>HOUSTON, TX 77084 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ABDULAZIM AGHIL<br>ESTHER AGHIL<br>4720 40TH ST. APT. 2H<br>SUNNYSIDE, NY 11104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ABELARDO RUBIANO<br>CHRIS RUBIANO<br>10612 CABBAGE TREE LOOP<br>ORLANDO, FL 32825 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ABIGAIL SEVERANCE<br>SARA SHORTT<br>3524 THE PASEO<br>LOS ANGELES, CA 90065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ABRAHAM JIMENEZ<br>PAMELA JIMENEZ<br>918 BEACH PARK BLVD. #60<br>FOSTER CITY, CA 94404 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ADAM CHRISTIAN<br>JASON DAILEY<br>16 MCCULLOUGH PIKE<br>CLARKSVILLE, IN 47129 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 68 of 204

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ADAM STEWART CLIFTON THOMAS 2874 BORLAND RD. HILLSBOROUGH, NC 27278 |
| | State the term remaining List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ADAM THOMPSON LISA THOMPSON 11353 AVENIDA DE LOS LOBOS UNIT E SAN DIEGO, CA 92127 |
| | State the term remaining List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ADIB ABRAHIM SHAUN JONES 9101 LA STRADA COURT DALLAS, TX 75220 |
| | State the term remaining List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ADRIAN ALVAREZ RICHARD JUST 1400 IRVING ST. NW APT. 321 WASHINGTON, DC 20010 |
| | State the term remaining List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AJ TURPEN FRIED INA TURPEN FRIED 23 CORTLAND AVENUE SAN FRANCISCO, CA 94110 |
| | State the term remaining List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALAN BLANCO SAMANTHA BLANCO 17 DIVISION PLACE BROOKLYN, NY 11222 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALAN DUKE<br>REBECCA BENNETT DUKE<br>4920 FLORISTAN AVE<br>LOS ANGELES, CA 90041 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALAN HOMAN<br>KAREN WONG<br>17714 BIRKEWOOD COURT<br>CANYON COUNTRY, CA 91387 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALEX DOBUZINSKIS<br>LORA DOBUZINSKIS<br>9230 WOODLEY AVE.<br>NORTH HILLS, CA 91343 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALEX LARA<br>STEPHEN PALMER<br>1020 N GARFIELD AVENUE<br>PASADENA, CA 91104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALEXANDER WEBER<br>KAREN PETERS<br>853 SHEVLIN DR.<br>EL CERRITO, CA 94530 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALEXANDRA PEISTER<br>21 BRANHAM ST NE<br>ATLANTA, GA 30317 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 70 of
204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALI AZIN<br>ASHLEY AZIN<br>298 CANDERA LANE<br>SAN MARCOS, CA 92069 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ALICIA LAUREN AULL<br>APRIL ULMER<br>7352 GILEAD ROAD<br>HUNTSVILLE, NC 28078 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>DESK TELEPHONES<br>ALL OFFICES | ALTERNATIVE TECHNOLOGIES<br>1050 HEINZ AVE.<br>BERKELEY, CA 94710 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AMITAVA BISWAS<br>MOUSUMI MANI BISWAS<br>117 BROADWAY ST.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDRE MALTAIS<br>KELLEY MALTAIS<br>1131 THE ALAMEDA<br>BERKELEY, CA 94707 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREA JOHNSTON<br>CATE LATCHFORD<br>381A CORBETT AVENUE<br>SAN FRANCISCO, CA 94114 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREA MCKEE<br>1235 S MILLHOUSEN RD<br>GREENSBURG, IN 47240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDRES CONSOLI<br>MELISSA CONSOLI<br>2044 GILLESPIE ST.<br>SANTA BARBARA, CA 93101 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW ARNDT<br>KIMBERLY ARNDT<br>6421 SHILOH RD.<br>TELL CITY, IN 47586 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW BAGNALL<br>NEAL PADTE<br>200 16TH ST. APT. 3B<br>BROOKLYN, NY 11215 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW BENNETT<br>DEAKIN BENNETT<br>5824 BRECONSHIRE DR.<br>FORT WAYNE, IN 46804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW CLAMANN<br>AMANDA ROSS<br>13205 WELLS FARGO TRAIL<br>AUSTIN, TX 78737 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:23:34   Page 72 of 204

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW GARCIA<br>TOMMY VENTERS<br>428 WEEPING CEDAR TRAIL<br>CHESAPEAKE, VA 23323 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW GAWDUN<br>BRYCE TONEY<br>1141 MANHATTAN AVE.<br>HERMOSA BEACH, CA 90254 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW JONES<br>KATE JONES<br>7262 BLACK CREEK RD<br>ELIZABETH, IN 47117 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW PALOMARES<br>OLIVER PALOMARES<br>1040 E OCEAN BLVD. #15<br>LONG BEACH, CA 90802 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW POSNER<br>WENDY SHERMAN<br>9859 BROOKRIDGE CT<br>MONTGOMERY VILLAGE, MD 20886 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW ROTHFUSS<br>ALLY ROTHFUSS<br>5117 TULIP CT.<br>LIVERMORE, CA 94551 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:23:34    Page 73 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW SCAIFE<br>KAREN SCAIFE<br>2220 DUNLIN LANE<br>RALEIGH, NC 27614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANDREW STUART<br>JOANNE STUART<br>3276 LOPES COURT<br>HAYWARD, CA 94541 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANGELITO MESINA JR<br>CHARLOWE MESINA<br>392 N. 16TH ST.<br>SAN JOSE, CA 95112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANGIE RODRIGUEZ<br>1205 DIX ST.<br>SAN MATEO, CA 94401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANN LONDON<br>CRISTY RIEHLE<br>827 O'FALLON AVE<br>DAYTON, KY 41074 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANNE KOREMAN<br>CAROLYN KREISEL<br>4348 SWAMP COLLEGE RD<br>TRUMANSBURG, NY 14886 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:44    Page 74 of
204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANNETTE GUTIERREZ<br>MELISSA GUTIERREZ<br>2934 OAK BRANCH RIDGE<br>NEW BRAUNFELS, TX 78130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANTHONY ARIEAS<br>ERIN ARIEAS<br>1308 7TH AVE.<br>SACRAMENTO, CA 95818 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANTHONY SINGHAVONG<br>EMMA TZENG<br>175 CASTRO STREET #2<br>SAN FRANCISCO, CA 94114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANTHONY WOLF<br>JENNIFER WOLF<br>389 LEE ROAD 201<br>SALEM, AL 36874 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANTONIS ANTONIOU<br>3091 CRESCENT ST. APT 1L<br>ASTORIA, NY 11102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANTONY GRASSO<br>MARGARET GRASSO<br>63 ESSENDON WAY<br>SAN JOSE, CA 95139 |
| | State the term remaining<br>List the contract number of any government contract | | |

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ANTONY JOHNSON KAREMJEET JOHNSON 2105 HENRY HART DR. BRENTWOOD, CA 94513 |
| | State the term remaining List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | APRIL HUGHES 281 RIVERWOOD CIRCLE MARTINEZ, CA 94553 |
| | State the term remaining List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ARBERT NAZARENO ERIC YEE 5220 FIORE TERRACE #M116 SAN DIEGO, CA 92122 |
| | State the term remaining List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ARNEL MENDOZA LISA KEDERIAN 3496 MAPLEWOOD AVE. LOS ANGELES, CA 90066 |
| | State the term remaining List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ARNOLD FELDMAN LILA RASEKH 1685 DOLORES STREET SAN FRANCISCO, CA 94110 |
| | State the term remaining List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ART TORRANCE HEIDI HARLEY 4401 E 7TH ST. TUCSON, AZ 85711 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ARTEMIO GAOIRAN, JR.<br>TAMMY GAOIRAN<br>8151 SCENIC TRAILS WAY<br>SACRAMENTO, CA 95829 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ARUNKUMAR CASUBA<br>CAROL THICKSTEN<br>4544 SHASTA CIRCLE<br>CYPRESS, CA 90630 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ASHLEY DIAS<br>MONIQUE DIAS<br>2794 SAND POINT CT.<br>SAN JOSE, CA 95148 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | AVI SMOLEN<br>JUSTIN SMOLEN<br>206 W 148TH ST. APT. 5R<br>NEW YORK, NY 10039 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BAILEY ABBOT<br>ARIA STEWART<br>86 CLARENDON AVE #1R<br>SOMERVILLE, MA 02144 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BEN DOSTAL<br>JARRETT MUNCY<br>10 MELFORD PLACE<br>AVONDALE ESTATES, GA 30002 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENEDICT FRANKLIN<br>DANIELLE CHAPMAN<br>400 CHAMBERS ST. APT. 22K<br>NEW YORK, NY 10282 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENJAMIN BENNETT<br>CAROLYN BENNETT<br>160 AINSLIE ST #1<br>BROOKLYN, NY 11211 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENJAMIN GARDNER<br>PAIGE GARDNER<br>668 TULARE STREET<br>PETALUMA, CA 94954 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENJAMIN HURVITZ<br>PONO KAHALE<br>11551 HARTSOOK ST<br>NORTH HOLLYWOOD, CA 91601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENJAMIN PELLETIER<br>CRYSTAL PELLETIER<br>683 LAUREL ST.<br>EAST HAVEN, CT 06512 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENJAMIN POPE<br>KACEY POPE<br>546 CENTER LANE<br>SANTA PAULA, CA 93060 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:23:34    Page 78 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BENNETT PENN<br>RENEE HOCH<br>619 SHOTWELL ST. APT. 5<br>SAN FRANCISCO, CA 94110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BILLY CHEUNG<br>THEODORE PAASKE<br>1800 ALAMEDA AVE.<br>ALAMEDA, CA 94501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES<br>CONNECTICUT | BLAIRE CORPORATION<br>SIX LANDMARK SQUARE, FOURTH FLOOR<br>STAMFORD, CT 06901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BOBBY DUONG<br>CHRISTOPHER KOONTZ<br>3842 E WILTON ST<br>LONG BEACH, CA 90804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BOBBY HUFFMAN<br>BETH HUFFMAN<br>5801 WINKLER<br>AMARILLO, TX 79109 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BONNIE BRUDERER<br>312 11TH AVE. 16F<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BOYD SUGIKI<br>LISA ZERKOWITZ<br>3237 SW GENESEE STREET<br>SEATTLE, WA 98126 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRAD BOCA<br>ANDREA PINAL-BOCA<br>4412 WEST STREET<br>OAKLAND, CA 94608 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRAD KOCH<br>LAURA KOCH<br>8701 DELGANY AVE. #208<br>PLAYA DEL REY, CA 90293 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRADLEY CHAD MCCORMACK<br>DEIRDRE NICOLE MOONEY-HOLMES<br>1599 SURREY LN<br>LEWISVILLE, TX 75077 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRADLEY FIELDS<br>JUSTIN MILES<br>19439 SNAFFLE BIT LN<br>BRISTOL, VA 24202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRADY CAMPBELL<br>LYNN CAMPBELL<br>8843 BETELGEUSE WAY<br>SAN DIEGO, CA 92126 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327　　Doc# 12　　Filed: 02/08/17　　Entered: 02/08/17 20:43:34　　Page 80 of 204

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |
|---|---|---|---|

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRADY ROOPE<br>ROBIN ROOPE<br>4512 WORKMAN MILL RD 204A<br>WHITTIER, CA 90601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRANDEN MARSHALL<br>OLIVIA MARSHALL<br>603 COUNTRY CLUB DRIVE APT 425<br>SIMI VALLEY, CA 93065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRANDON BARILE<br>BRANDON SWAIN<br>25 VERPLANCK ST.<br>GENEVA, NY 14456 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRANDON FALKENBURG<br>ASHLEY FALKENBURG<br>10501 ROBINWOOD CIRCLE<br>AUSTIN, TX 78758 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRANDON MITCHELL<br>HANNAH MITCHELL<br>705 TURTLE DRIVE<br>BRISTOL, IN 46507 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRANDON ROGERS<br>MELISSA ROGERS<br>1487 DEERWOOD DR.<br>DECATUR, GA 30030 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327 Doc# 12 Filed: 02/08/17 Entered: 02/08/17 20:24:34 Page 81 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRANDON SMITH<br>KRISTEN SMITH<br>7595 BAYMEADOWS CIR. WEST APT #1607<br>JACKSONVILLE, FL 32256 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRENT SWANSON<br>LISA SWANSON<br>1111 RUSTIC KNOLLS DR.<br>KATY, TX 77450 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | | BRENT SWANSON<br>LISA SWANSON<br>1111 RUSTIC KNOLLS DR.<br>KATY, TX 77450 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRETT BOUTWELL<br>LEAH HARTMAN<br>825 FLORENCE ST.<br>BATON ROUGE, LA 70806 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRETT CONNER<br>ANTHONY VALDIVIA<br>6575 ARLINGTON BLVD.<br>RICHMOND, CA 94805 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRETT HOREJSI<br>CURTIS WITCHER<br>1755 5TH AVE.<br>SACRAMENTO, CA 95818 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRETT MICHEL<br>ALICIA MICHEL<br>937 LEMONGRASS LN.<br>WAKE FOREST, NC 27587 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRETT OHLS<br>LORI OHLS<br>305 S. SYCAMORE<br>SANTA ANA, CA 92714 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN BUCK<br>JUSTINE SHER<br>5 OAK GROVE RD.<br>ATHENS, GA 30607 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN COCAGNE<br>HEATHER MANGUS<br>5510 AMBER FIELDS DR<br>SHINGLE SPRINGS, CA 95682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN GASPER<br>DANIEL PENA<br>11913 BLOOMINGTON WAY<br>DUBLIN, CA 94568 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN HORVITZ<br>KYLIE SCHULTZ<br>1104 MANOR STREET<br>KALAMAZOO, MI 49006 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN LASKOWSKI<br>SAMANTHA LASKOWSKI<br>42811 FLANNIGAN TERRACE<br>CHANTILLY, VA 20152 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN MANSELL<br>LORI KEMPTER-MANSELL<br>907 E 25TH ST<br>CHEYENNE, WY 82001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN MCKEE<br>JULIETTE MCKEE<br>2780 KENNEDY ST.<br>LIVERMORE, CA 94551 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN PACE<br>RAMIE PACE<br>401 S. BURNSIDE #MK<br>LOS ANGELES, CA 90036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN SCHMIDT<br>CHARLIANNE SCHMIDT<br>5380 W. 700 SOUTH<br>HUDSON, IN 46747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN WATSON<br>VICTORIA ALZAPIEDI<br>65 SEVEN BRIDGES ROAD<br>CHAPPAQUA, NY 10514 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:20:34    Page 84 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRIAN ZAMEK<br>JESSICA ZAMEK<br>255 JOHNSON ROAD<br>WINGDALE, NY 12594 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRUCE CUTHBERTSON<br>AMY HARTER<br>10410 AMBASSADOR DRIVE<br>RANCHO CORDOVA, CA 95670 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRUCE DAVIS<br>HEATHER DAVIS<br>11117 HATFORD FERN DR.<br>RIVERVIEW, FL 33569 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRUCE JENNINGS<br>1820 WHITLEY AVE #205<br>LOS ANGELES, CA 90028 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRUCE KALMAN<br>GINA KALMAN<br>1626 S. CARMELINA AVE.<br>LOS ANGELES, CA 90025 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | BRYAN PELLISSIER<br>SAMANTHA PELLISSIER<br>1616 FLORES WAY<br>WOODLAND, CA 95776 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 85 of
204

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** |
| | | BRYAN RAY |
| | | SARAH RAY |
| | | 2103 GLENWOOD AVE. |
| | | FT. WAYNE, IN 46805 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** |
| | | BRYAN WU |
| | | THY TRAN |
| | | 68 CUMBERLAND ST. |
| | | SAN FRANCISCO, CA 94110 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** |
| | | BRYCE CHATFIELD |
| | | JEFFREY ROBINSON |
| | | 11082 MALONE ST |
| | | RANCHO CUCAMONGA, CA 91701 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE LEASES** <br> **NORTH CAROLINA** |
| | | BYRON OFFICE SPACE SOLUTIONS LLC |
| | | 4801 GLENWOOD AVE. |
| | | RALEIGH, NC 27612 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** |
| | | CAITLIN CAHILL |
| | | 351 WEST 24TH STREET #8H |
| | | NEW YORK, NY 10011 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** |
| | | CALEB CLAXTON |
| | | KAROLINA SALOUN |
| | | 1614 CARVER ST. |
| | | REDONDO BEACH, CA 90278 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:44    Page 86 of 204

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                      State the name and mailing address for all other parties with
                                                                            whom the debtor has an executory contract or unexpired
                                                                            lease

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CALEB LAUX KIMBERLY CLEMENTE 323 WEST 89TH ST. APT. 2A NEW YORK, NY 10024 |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CAMERON GOWAN 625 S. IRVING STREET ARLINGTON, VA 22204 |
| | State the term remaining List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CAMERON HERNANDEZ TODD UNDERWOOD 761 DAWSON STREET BRONX, NY 10455 |
| | State the term remaining List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CAPLE DAVIS BERNICE DAVIS 220 STONELEIGH DRIVE ATLANTA, GA 30331 |
| | State the term remaining List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CARLO D'AUGUSTA ANNA TOTH 3460 KINGSBORO ROAD NE #646 ATLANTA, GA 30326 |
| | State the term remaining List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CARLOS LOPEZ KYLE SLEPINSKI 87 LAPLA ROAD KINGSTON, NY 12401 |
| | State the term remaining List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 87 of
204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CARLOS VASQUEZ<br>LUZ MARIA GUIJOSA<br>6017 SUSAN COURT<br>SAN JOSE, CA 95123 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CARLY BURDGE<br>GILLIAN BURDGE<br>428 YERBA BUENA STREET<br>MORRO BAY, CA 93442 |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CARMEN TORRES<br>1982 RIDGESTONE RUN SW<br>MARIETTA, GA 30008 |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CARRIE CASSANELLI<br>107 RIVER RD TOWNHOUSE E2<br>NUTLEY, NJ 07110 |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CASEY BRUCKEN<br>JOSEPH ROZSA<br>7734 SAN GABRIEL STREET<br>RALEIGH, NC 27613 |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CESAR ESTRADA<br>CLAUDIA ESTRADA<br>12468 HERITAGE SPRINGS DR.<br>SANTA FE SPRINGS, CA 90670 |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:44   Page 88 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHAD NAY<br>ANN GALLOWAY NAY<br>14555 CHERRY RIDGE ROAD<br>CARMEL, IN 46033 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES ALVAREZ<br>ANTHONY MAK<br>421 HUDSON STREET #708<br>NEW YORK, NY 10014 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES GRANNEMAN<br>ERIC GRANNEMAN<br>4944 SUTHERLAND AVE.<br>ST. LOUIS, MO 63109 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES HALL<br>JESSICA STAIR<br>3400 STEVENSON BLVD. APT T38<br>FREMONT, CA 94538 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES JUDICE<br>JAMES JUDICE<br>1327 SAN BERNARDINO AVE.<br>SPRING VALLEY, CA 91977 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES MEANS<br>ROBERT MIKETA<br>6910 ROLANDO KNOLLS DRIVE<br>LA MESA, CA 91942 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES MILLER<br>ALLISON MILLER<br>26212 GRAYSLAKE RD.<br>RANCHO PALOS VERDES, CA 90275 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHARLES TEDESCHI<br>PAMELA TEDESCHI<br>266 HUDSON AVENUE<br>LAKE GROVE, NY 11755 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHEE WAH CHONG<br>DANIEL LEE<br>67 ELDRIDGE ST APT 14<br>NEW YORK, NY 10002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHEETO BARRERA<br>JESSICA SHILLINGS-BARRERA<br>1125 SAGE HILL DRIVE<br>GILROY, CA 95020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHERYL CLEMENTS<br>CHRISTINE HUFFMAN<br>4861 ALTERRA WAY<br>SACRAMENTO, CA 95835 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHESSIE GREEN<br>2604 CLERESTORY PL.<br>RALEIGH, NC 27615 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40337   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:23:34   Page 90 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHET NELSON<br>LESLIE NELSON<br>6115 VAN NOORD AVE.<br>VALLEY GLEN, CA 91401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHICO GUY<br>LEIGH ANN DOOLEY<br>418 GLENN CIRCLE<br>DECATUR, GA 30030 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHIMERA BREW<br>BRANDI JORDAN<br>401 BRAXTON PL<br>TUCKER, GA 30084 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHIP DOEDEN<br>MICHELLE DOEDEN<br>6105 GUILFORD AVE<br>INDIANAPOLIS, IN 46220 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRIS BRYAN<br>MARY BETH BRYAN<br>11311 LEGACY CANYON PL.<br>SAN DIEGO, CA 92131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRIS CURRY<br>JASON PHOEBUS<br>908 SCOTT CIRCLE<br>DECATUR, GA 30033 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:24:34   Page 91 of 204

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRIS LACEY<br>JOHN MOONEY<br>1944 FALLING CREEK CIRCLE<br>MOUNT PLEASANT, SC 29464 |
|---|---|---|---|
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRIS LINSER<br>DAISY CAMPOS LINSER<br>9812 KARMONT AVE.<br>SOUTH GATE, CA 90280 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRIS MULLINS<br>MANDY MULLINS<br>2568 THREE BARS DRIVE<br>GRAYSON, GA 30017 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRIS RUSSELL<br>AMITA RUSSELL<br>408 MADISON ST.<br>HERNDON, VA 20170 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTINA CAMPBELL<br>3069 STANTONDALE DR.<br>ATLANTA, GA 30341 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTINE VOGEL<br>1 WASHINGTON SQUARE VILLAGE APT. 9K<br>NEW YORK, NY 10012 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 12:43:34    Page 92 of
204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER BARRETT<br>FAYE BARRETT<br>312 BROUGHTON DRIVE<br>BEVERLY, MA 01915 |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER BONCHA<br>ALISON BONCHA<br>1200 DALE AVE. #64<br>MOUNTAIN VIEW, CA 94040 |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER CALFEE<br>DANIEL TORRES<br>700 SWANSTON DR.<br>SACRAMENTO, CA 95818 |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER DAHLBERG<br>ERIC DAHLBERG<br>799 VALBROOK CT SW<br>LILBURN, GA 30047 |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER DEVITO<br>JOSHUA STONE<br>10712 CHELTONHAM COURT<br>RALEIGH, NC 27614 |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER EDWARDS<br>KAREN EDWARDS<br>120 ALDRICH ST. APT 3C<br>BRONX, NY 10475 |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER FELICIANO<br>LESLIE JOHNSON-FELICIANO<br>364 COVELLITE LANE<br>LIVERMORE, CA 94550 |
| --- | --- | --- | --- |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER HAYES<br>LYNN HAYES<br>7341 WELLINGTON AVE<br>UNIVERSITY CITY, MO 63130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER HEMBREE<br>KIM HEMBREE<br>240 MEADOWCLIFF TRAIL<br>CARROLLTON, GA 30116 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER JACKSON<br>HADLEY JACKSON<br>1665 RIVES ROAD<br>SPARTA, GA 31087 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER JONCZAK<br>MARK OCAMPO<br>331 WHITRIDGE AVENUE<br>BALTIMORE, MD 21218 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER KILLILEA<br>EMILY KILLILEA<br>411 WILDWOOD GLEN<br>VILLA RICA, GA 30180 |
| | State the term remaining<br>List the contract number of any government contract | | |

█ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER KORIATH SARAH KORIATH 1646 WEYMOUTH COURT TUCKER, GA 30084 |
| | State the term remaining List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER LINDSEY CHRISTINA LINDSEY 317 30TH STREET #211C SPRINGFIELD, OR 97478 |
| | State the term remaining List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER MORRIS MICHELLE MORRIS 706 PARKWOOD DR. CHICO, CA 95928 |
| | State the term remaining List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER QUIJANO REBECCA QUIJANO 2320 CULPEPPER LANE LINCOLN, CA 95648 |
| | State the term remaining List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER REYNOLDS MISTY REYNOLDS 105 VIRGINIA TRL. CARROLLTON, GA 30117 |
| | State the term remaining List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CHRISTOPHER TREDER STEPHANIE TREDER 711 BLACKFOOT COURT SAN JOSE, CA 95123 |
| | State the term remaining List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:44    Page 95 of 204

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CINDY DIVER<br>CHRISTY GOODWIN<br>5805 S. 130TH W AVE.<br>SAND SPRINGS, OK 74063 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CLAYTON FRASER<br>JESSICA FRASER<br>3081 DUNTON ST. SE<br>SMYRNA, GA 30080 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CLIFF SWAIN-SALOMON<br>DAVID SWAIN-SALOMON<br>1132 PRESCOTT AVE<br>SUNNYVALE, CA 94089 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CLIFFORD TEPPER<br>STEPHENIE LIU<br>1679 COLUMBUS ROAD<br>WEST SACRAMENTO, CA 95691 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CLIFTON BROWN<br>JILL BROWN<br>211 TARTAN TRAIL<br>SOUTHERN PINES, NC 28387 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | | COLIN AND AMY CAMPBELL<br>1321 E. GRAND AVE. UNIT C<br>EL SEGUNDO CA, 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:23:24   Page 96 of 204

███   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | COLIN CAMPBELL<br>AMY CAMPBELL<br>1321 E. GRAND AVE. #C<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | COLIN PURI<br>KRISTINE JOE<br>2076 ALAMEDA WAY APT. B<br>SAN JOSE, CA 95126 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | COLIN WILLIAMS<br>JOANNA WILLIAMS<br>1354 WHITACRE DRIVE<br>CLEARWATER, FL 33764 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES<br>CONCORD | CONCORD CENTER INVESTORS, LLC<br>260 CALIFORNIA STREET, SUITE 1100<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CONNIE FOLSE<br>600 MEADOW LEA DR.<br>AUSTIN, TX 78745 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | COREY KRAMER<br>DAWN KRAMER<br>19046 MAYBERRY DR.<br>CASTRO VALLEY, CA 94546 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 97 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | COREY LECLAIR REBECCA LECLAIR 2413 CRESTVIEW RD. WIMAUMA, FL 33598 |
| | State the term remaining List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | COURTNEY MILLER ANDREA MILLER 505 W MIDDLEBURY ST. SHIPSHEWANA, IN 46565 |
| | State the term remaining List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CRISTINA BLANCO KATHRYN BLANCO 914 CHANCELLOR ST. SW LEESBURG, VA 92175 |
| | State the term remaining List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | CRUZ DELEON SADA DELEON 900 BELL STREET SACRAMENTO, CA 95825 |
| | State the term remaining List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES COPIER HOUSTON | DAHILL (US BANK) PO BOX 790448 ST. LOUIS, MO 63179-0449 |
| | State the term remaining List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAHUA JIN LINGLI SU 4906 DANCER DR. INDIANAPOLIS, IN 46237 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DALE WEST<br>LARA WEST<br>7811 TALBERT AVE #36<br>HUNTINGTON BEACH, CA 92648 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANE MCINTOSH<br>NATASHA YANNACA_EDO<br>615 W. 143RD ST. APT. 65<br>NEW YORK, NY 10031 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL BAIRD<br>ALISSA BAIRD<br>1387 E. 3010 S.<br>SALT LAKE CITY, UT 94106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL BALLEW<br>ERIC DRABIUK<br>12804 SHORT HILLS DR<br>CLARKSBURG, MD 20871 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL DORATO<br>ANTHONY HANKINS<br>53 S. CORONA AVE.<br>VALLEY STREAM, NY 11580 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL JEWETT<br>YURIKO JEWETT<br>886 41ST ST.<br>OAKLAND, CA 94608 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL MCGRAW<br>ALLISON MCGRAW<br>3082 ABERDEEN COURT<br>MARIETTA, GA 30062 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL MYERS<br>AMY MYERS<br>406 SYCAMORE STREET<br>NORTH MANCHESTER, IN 46962 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL ORISTIAN<br>NICOLE ORISTIAN<br>245 EAGLE AVE.<br>NEW MILFORD, NJ 07646 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL SANZ-BAADE<br>ROBERT SANZ-BAADE<br>3845 GUNDRY AVE.<br>LONG BEACH, CA 90807 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIEL TOMPKINS<br>MAYRA TOMPKINS<br>22 CLAIR AVE<br>HOLBROOK, NY 11741 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DANIELLE ANDRASEK<br>JULIE KICKHAM<br>503 FARGO ST.<br>HOUSTON, TX 77006 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 100 of
204

■  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.204** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAREN BRABHAM<br>ANNA MAXFIELD<br>4018 SAWTELLE BLVD.<br>LOS ANGELES, CA 90066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.205** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DARNELL GADSON<br>JOSEPH GILL<br>4756 SOMERSET HILL LN.<br>RIVEWVIEW, FL 33578 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.206** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DARREN COYLE<br>EMILY PUGH<br>4924 TUJUNGA AVE APT 10<br>NORTH HOLLYWOOD, CA 91601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.207** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DARREN FRAZEE<br>HALLIE FRAZEE<br>14506 BIG SUR DRIVE<br>HOUSTON, TX 77095 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.208** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DARREN MICKAELS<br>JACKIE MICKAELS<br>1426 140TH AVE.<br>SAN LEANDRO, CA 94578 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVE AMBROSE<br>ROXANE AMBROSE<br>369 COVENTRY RD.<br>KENSINGTON, CA 94707 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 101 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID AYERS<br>JASON MAYBERRY<br>5224 WYNTERHALL DR.<br>DUNWOODY, GA 30338 |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID BALDOCK<br>KRISTIN BALDOCK<br>10629 KENSINGTON LANE<br>FORTVILLE, IN 46040 |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID BERGER<br>D'ROR CHANKIN-GOULD<br>928 W. DAKIN APT. 2<br>CHICAGO, IL 60613 |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID BUSH<br>MOLLY CASTEEL<br>1850 YALE DR.<br>LOUISVILLE, KY 40205 |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID CAUFIELD<br>ROBERT WILBERN<br>6765 W MELINDA LANE<br>GLENDALE, AZ 85308 |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID FORSYTH<br>JACQUELINE FORSYTH<br>7123 BRANDYWINE DR.<br>PANAMA CITY BEACH, FL 32407 |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:23:24   Page 102 of 204

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                State the name and mailing address for all other parties with
                                                                        whom the debtor has an executory contract or unexpired
                                                                        lease

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID GUZZONE<br>ELEANOR TRILLANA<br>9309 3RD AVE. #1<br>BROOKLYN, NY 11209 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID HALE<br>EMILY HALE<br>2389 TALLASSEE RD.<br>ATHENS, GA 30607 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID PEITCHEL<br>NICOLE PEITCHEL<br>13902 YORK AVENUE<br>POWAY, CA 92064 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID PETTIGROVE<br>MARIA GUALLAR-YEBENES<br>5 ROEBLING ST. APT. 1B<br>BROOKLYN, NY 11211 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID SHOLER<br>KELLI SHOLER<br>2640 FARMERS CENTRAL ROAD<br>WOODLAND, CA 95776 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID STATMITOLES<br>ALISON STAMITOLES<br>6840 DARLINGTON CT.<br>CUMMING, GA 30040 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 22:43:34   Page 103 of
205

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID TAYLOR SIEGEL<br>MATTHEW TAYLOR SIEGEL<br>1914 STAFFORD ST.<br>SANTA CLARA, CA 95050 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAVID WELLS<br>MARIELA AZCUY<br>211 23RD STREET #2<br>BROOKLYN, NY 11232 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAWN BROWN<br>1330 POWDERHORN WAY<br>SACRAMENTO, CA 95834 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DAWN CHRISTINE ABERSON-VANDEN BROECKE<br>CANDICE VANDEN BROECKE<br>6081 MOUNT PLEASANT ROAD SOUTH<br>CONCORD, NC 28025 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DEBORA IGLESIAS RODRIGUEZ<br>802 OLIVE STREET<br>SANTA BARBARA, CA 93101 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DEBORAH GOLDER<br>CHEALSEA NATHER<br>611 OLMSTED ROAD<br>STANFORD, CA 94305 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |
|---|---|---|

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DENNIS NEGORO<br>KIM NEGORO<br>5252 GARLANGER TRAIL<br>OVIEDO, FL 32765 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DENNIS RODRIGUEZ<br>EILEEN CRISTOBAL-RODRIGUEZ<br>2568 CRAIG CT.<br>CASTRO VALLEY, CA 94546 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DERON BEAR<br>TONI BEAR<br>10752 ESCOBAR DRIVE<br>SAN DIEGO, CA 92124 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DETLEV WOLFF<br>PLEASANTS STATON<br>1533 N HAYWORTH AVENUE #201<br>LOS ANGELES, CA 90046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DEVON KELLY AND TIM SIMONE<br>1313 MALTMAN AVE<br>LOS ANGELES, CA 90026 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DON WHITNEY<br>COURTNEY WHITNEY<br>649 N. LAFONTAINE ST.<br>HUNTINGTON, IN 46750 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DONALD DAVIS<br>NICOLE DAVIS<br>4402 WEST TAPPS DR E<br>LAKE TAPPS, WA 98391-9196 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DONALD KING<br>MARY ANN KING<br>2039 WANDERING RD<br>ENCINITAS, CA 92024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DONALD SIMMONS<br>CHRISTINE DUQUE<br>108 CHESSINGTON CT.<br>CARY, NC 27513 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DORIAN REYNA<br>ISABEL REYNA<br>8815 LEADORE DR<br>HOUSTON, TX 77040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DORON GIVONI<br>KEREN GIVONI<br>2465 WHITETHORNE DR.<br>SAN JOSE, CA 95128 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DORON WEBER<br>SHARON COHEN<br>4313 AVENUE D.<br>AUSTIN, TX 78751 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DOUG BONCZEK<br>MORGAN BONCZEK<br>807 CHICKORY DR.<br>CHAMPAIGN, IL 61822 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DOUG LONG<br>LISSETTE LONG<br>395 GRAPE VINE TRAIL<br>OSWEGO, IL 60543 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DOUGLAS CATTERALL<br>KRISTEN BURKHOLDER<br>2229 NW 27TH ST.<br>OKLAHOMA CITY, OK 73107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DOUGLAS MARRONE<br>JENNIFER WICKS-MARRONE<br>1005 MONTEREY BLVD<br>HERMOSA BEACH, CA 90254 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DUSTIN CLARK<br>TIMOTHY MICHAELS<br>9407 ODYSSEY COURT<br>BURKE, VA 22015 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DUSTIN LAWRENCE<br>EMMA LAWRENCE<br>701 W COUNTY ROAD 600 S<br>CLAYTON, IN 46118 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/06/17    Entered: 02/06/17 20:43:34    Page 107 of
205

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | DYLAN PERALTA<br>WILL PERALTA<br>661 HAWK DR.<br>VACAVILLE, CA 95687 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | | DYLAN PERALTA<br>WILLIAM PERALTA<br>661 HAWK DR.<br>VACAVILLE, CA 95687 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EAN MERING<br>VANESSA MERING<br>1445 BRUCE AVE.<br>GLENDALE, CA 91202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EASTON AGNEW-BRACKETT<br>MATTHEW AGNEW-BRACKETT<br>2446 46TH AVE.<br>SAN FRANCISCO, CA 94116 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EDDY KARAM<br>JEAN KARAM<br>1367 GARLINGFORD ST.<br>COSTA MESA, CA 92626 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EDWARD DRUMMOND<br>CYRA-LEA DRUMMOND<br>8519 BRODIE COURT<br>CHARLESTON, IN 47111 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:24:34    Page 108 of 204

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EDWARD SCANNELL SARAH SCANNELL 918 HAVENHURST DR. APT 310 WEST HOLLYWOOD, CA 90046 |
| | State the term remaining List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ELENA OLKHOVSKAYA 501 LAKE ST. #203 SAN FRANCISCO, CA 94118 |
| | State the term remaining List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ELI LOWY BAYLA LOWY 230 MAYFLOWER DRIVE ROCHESTER, NY 14618 |
| | State the term remaining List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ELIZABETH GILL CHRISTINE SUN 1487 GREENWICH STREET #20 SAN FRANCISCO, CA 94109 |
| | State the term remaining List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ELLA HERETH SHOSHANNA SPECTOR 5347 CLARENDON RD. INDIANAPOLIS, IN 46208 |
| | State the term remaining List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ELLEN BURKE 1925-A NEVADA COURT LOS OSOS, CA 93402 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EMILIO PACK<br>JANETTE RODRIGUEZ-PACK<br>1524 LOMA DRIVE<br>HERMOSA BEACH, CA 90254 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EMILY BOSWELL<br>KATE LIVERGOOD<br>4701 MONTEREY OAK BLVD. #6110<br>AUSTIN, TX 78749 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EMILY LOVEJOY<br>RACHEL LOVEJOY<br>2631 PENNINGTON AVE<br>NASHVILLE, TN 37216 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ENDA KING<br>NIALL O'NEILL<br>ONE HANSON PLACE, APT 19E<br>BROOKLYN, NY 11243 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC BARBUS<br>BRIAN TOLLE<br>2963 24TH ST.<br>SAN FRANCISCO, CA 94110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC BIBER<br>ELIZABETH ALLISON<br>1024 NEILSON STREET<br>ALBANY, CA 94706 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC BURGESS<br>QUENTIN BURGESS<br>65 AIKEN ST. UNIT A<br>NORWALK, CT 06851 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC CUNNINGHAM<br>AKI CUNNINGHAM<br>919 N PENNSYLVANIA ST., #204<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC ESBY<br>JILLIAN ESBY<br>4240 LOST HILLS RD. UNIT 203<br>CALABASAS, CA 91301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC HARTILL<br>ADRIENNE HARTILL<br>116 SOUTH HAMILTON AVENUE<br>LINDENHURST, NY 11757 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC LEE<br>STACIE KIZZIAR<br>2321 MOSLEY AVE.<br>ALAMEDA, CA 94501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC MAU<br>KAYDA MCCORD<br>16 RED DOG COURT<br>BELTON, TX 76513 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                              State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC SHATZKIN<br>MELISSA MARCUS<br>5718 EAST SCRIVENER ST.<br>LONG BEACH, CA 90808 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIC WELBORN<br>DIANE WOODIN<br>1645 JAMESTOWNE PLACE<br>CHAPEL HILL, NC 27517 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIK BARNES<br>RACHEL RIVENC<br>1071 MARCO PLACE<br>VENICE, CA 90291 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERIK RIKARD<br>SANDY ALEXANDER<br>2020 SPENCER AVENUE<br>OROVILLE, CA 95966 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ERNEST GALLO<br>JILL GALLO<br>21810 MARJORIE AVE<br>TORRANCE, CA 90503 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ETHAN BROOKS-LIVINGSTON<br>ANGELA BROOKS-LIVINGSTON<br>916 F STREET<br>NORTH WILKESBORO, NC 28659 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:23:34    Page 112 of
205

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ETHAN FRYE<br>SUZANNE FRYE<br>1062 BELVEDERE PLACE<br>WESTFIELD, IN 46074 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ETHAN SIMCOX<br>MARIA SIMCOX<br>34 PARKWOOD AVE.<br>BLACK MOUNTAIN, NC 28804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | | ETHAN SIMCOX<br>MARIA SIMCOX<br>34 PARKWOOD AVE.<br>BLACK MOUNTAIN, NC 28804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | EUGENE HUTCHINS<br>MARIA ZUCCARELLO<br>679 W. HARRIET ST.<br>ALTADENA, CA 91001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>COPIER<br>INDIANA | EVERBANK<br>PO BOX 911608<br>DENVER, CO 80291-1608 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | FIRAS QUDDOS<br>NAUSHEEN SHAIK<br>4303 STAGHORN LN.<br>FRIENDSWOOD, TX 77546 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | FRANK AFOA<br>APRIL AFOA<br>652 ORANGE GROVE AVE. #N<br>SOUTH PASADENA, CA 91030 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GARETH BOWLES<br>CORINNA BEARDSLEY<br>170 PRYCE ST<br>SANTA CRUZ, CA 95060 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GARY MERRITT<br>THYDA MERRITT<br>14911 WINDMILL COVE LN<br>CYPRESS, TX 77429 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GARY TRENTHAM<br>AMANDA TRENTHAM<br>11852 S. BLUE HERON<br>DRAPER, UT 84020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GENA VERNON-DAVIS<br>PO BOX 819<br>BRONX, NY 10465 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GEOFFREY BORYS<br>SPENCER COLLINS<br>335 RUBERTA AVE.<br>GLENDALE, CA 91201 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 114 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GEOFFREY DEHAVEN KRISTEN CARON 6227 GREEN VALLEY CIRCLE CULVER CITY, CA 90230 |
| | State the term remaining List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GERARD ALLEN LAUREN ALLEN 25 KINNEY DR. EWING, NJ 08618 |
| | State the term remaining List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GERARDO ALANIZ ELIZABETH ALANIZ 305 ANTELOPE CREEK AVE. CHICO, CA 95973 |
| | State the term remaining List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GIDEON CAYANAN LOGAN ELDRIDGE 569 STAPLES AVENUE SAN FRANCISCO, CA 94112 |
| | State the term remaining List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GIJU GEORGE SHEEBA GEORGE 17729 VIERRA AVE. CERRITOS, CA 90703 |
| | State the term remaining List the contract number of any government contract | | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GINA SHANNON LAURAN WHITWORTH 3667 LANTERN CREST COVE SCOTTDALE, GA 30079 |
| | State the term remaining List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 115 of 204

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GIUSY GALEOTTI<br>888 MYRTLE AVENUE APT. 2B<br>BROOKLYN, NY 11206 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GRANT HOLLOWAY<br>JASON HUBBARD<br>9775 DIANE ST.<br>BATON ROUGE, LA 70815 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GRANT TURNER<br>JENNIFER TURNER<br>2005 TOPHILL DR.<br>FLOWER MOUND, TX 75022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GREG SMEDLEY-WARREN<br>JASON WARREN<br>4331 BARNES COVE DR<br>NASHVILLE, TN 37211 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | | GREG SMEDLEY-WARREN<br>JASON WARREN<br>4331 BARNES COVE DR<br>NASHVILLE, TN 37211 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GREG THIEMENS<br>STACEY THIEMENS<br>5421 NE 54TH ST<br>VANCOUVER, WA 98661 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 116 of 204

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GREG WILSON<br>LEAH WILSON<br>480 VIEWMONT ST<br>BENICIA, CA 94510 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GREGORY NICHOLL<br>BRIAN NORMAN<br>404 WINSTON AVE.<br>BALTIMORE, MD 21212 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GREGORY SIGNALL<br>JACQUELINE SIGNALL<br>10005 EDGECOVE DR.<br>DALLAS, TX 75238 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GREGORY SINGLETON<br>MICHAEL SINGLETON<br>2301 N. TALBOTT ST<br>INDIANAPOLIS, IN 46205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GUILLAUME DE WALQUE<br>ARNAUD MAHEAS<br>2 FALLON PLACE #35<br>SAN FRANCISCO, CA 94133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GUILLAUME EGLES<br>ELEANOR EGLES<br>222 BROADWAY, #1110<br>OAKLAND, CA 94607 |
| | State the term remaining<br>List the contract number of any government contract | | |

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GUILLERMO SAADE<br>SIVARATANA SAADE<br>1292 S. MUIRFIELD RD.<br>LOS ANGELES, CA 90019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | GUSTAVO ALBERO<br>AMY SPENCER<br>527 VERNON AVE.<br>VENICE, CA 90291 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HAI HONG<br>MARIA HONG<br>1304 ASHCROFT LN.<br>SAN JOSE, CA 95118 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HANS WALSER<br>LISA WALSER<br>4150 HEATHER LANE<br>SEBASTOPOL, CA 95472 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HEATH ARMSTRONG<br>DANIELLE ARMSTRONG<br>2013 CACTUS VALLEY DR.<br>LEANDER, TX 78641 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HEATH BIRDSONG<br>DANA BIRDSONG<br>1706 CHESTNUT STREET<br>APEX, NC 27502 |
| | State the term remaining<br>List the contract number of any government contract | | |

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HEIDI DAUGHERTY<br>661 ROBIN DR.<br>ELLETTSVILLE, IN 47429 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HELEN SAPON<br>10619 LEAWOOD BLVD.<br>HOUSTON, TX 77099 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HENRY VOIGTSBERGER<br>JESSICA ALMARAZ<br>29659 KINGS CANYON PLACE<br>CANYON COUNTRY, CA 91387 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HILARY ABELL<br>SANDRA SANTANA-MORA<br>2030 9TH AVENUE<br>OAKLAND, CA 94606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HOLLY COUNTS<br>SHANA VAN HOOSE<br>3933 WOODSTOCK RD.<br>WHITE RIVER JUNCTION, XT 05001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | HOWARD GROVEMAN<br>RANDEE GROVEMAN<br>1395 BROADWAY APT A2<br>HEWLETT, NY 11557 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | HOWARD STANTON<br>KATE STANTON<br>3350 MILHAVEN RD.<br>WINSTON-SALEM, NC 27106 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | IAN POWERS<br>JENNIFER POWERS<br>433 W. 43RD ST. #5A<br>NEW YORK, NY 10036 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | IAN SUTHERLAND<br>VICTORIA BOWDEN<br>320 NORTHLANDS DR.<br>CARY, NC 27519 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | ISAAC YANGUEZ<br>KATIE YANGUEZ<br>4602 SOUTH RUSSELL ST.<br>HOLLADAY, UT 84117 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | JACOB GARCIA<br>ALBERT WITTEN<br>412 SAGE BRUSH RD<br>YUKON, OK 73099 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | JACQUELINE CORRY<br>13623 SMALLWOOD COURT<br>CHANTILLY, VA 20151 |
| | State the term remaining<br>List the contract number of any government contract | |

Case: 17-40327   Doc# 112   Filed: 02/06/17   Entered: 02/06/17 20:43:34   Page 120 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JACQUELYN GALLIHER<br>8232 FRENCHORN LANE<br>FAYETTEVILLE, NC 28314 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JACQUELYN JENKINS<br>404 EDGEWOOD BLVD<br>HOMEWOOD, AL 35209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JACQUES DUPLANTIER<br>RYAN ENTZMINGER<br>355 LELAND TERRACE NE<br>ATLANTA, GA 30317 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAIME VALLE<br>THOMAS VALLE<br>419 W. 6TH AVE.<br>ESCONDIDO, CA 92025 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES AVENELL<br>JASON POOLE<br>45 PARK TERRACE WEST #4E<br>NEW YORK, NY 10034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES BOYLAN<br>JAMES KUBIK<br>138 BLYDENBURG AVE<br>SMITHTOWN, NY 11787 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/06/17   Entered: 02/06/17 20:43:34   Page 121 of
205

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES BRADFORD<br>KIMBERLY BRADFORD<br>307 ALAMEDA COURT<br>VACAVILLE, CA 95687 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES GARZIA<br>STEVEN RENTZ<br>4189 SOUTH FOUR MILE RUN DRIVE UNIT 401<br>ARLINGTON, VA 22204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES GRITZ<br>KAREY GRITZ<br>5017 HEIDELBURY COURT<br>WINSTON SALEM, NC 27106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES HARARI<br>HEATHER HARARI<br>5048 HILLCREST WAY<br>PLEASANTON, CA 94588 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES JENSEN<br>CANDACE JENSEN<br>263 LASATA DRIVE<br>TRACY, CA 95377 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES LEE<br>VERONICA LEE<br>28 BELINDA CRES<br>FAIRPORT, NY 14450 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 122 of
205

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES LUNSFORD<br>MICHON LUNSFORD<br>857 PARK CHASE DRIVE<br>EVANS, GA 30809 |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES MEZEY<br>JENNIFER MEZEY<br>27 HIDDEN LANE<br>WESTBURY, NY 11590 |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES NOWLIN<br>JOHN SHELDON<br>3302 FAR VIEW DRIVE<br>AUSTIN, TX 78730 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES ROGERS<br>TRACY ROGERS<br>18042 PRIBBLE ROAD<br>LAWRENCEBURG, IN 47025 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES SCOTT KELLY<br>JOSHUA KIRK<br>6183 SHADYGROVE RIDGE<br>AUSTELL, GA 30168 |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMES STEFANKIEWICZ<br>CHRIS ZETTLE<br>2001 LINCOLN ST. UNIT 1813<br>DENVER, CO 80202 |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 123 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMIE CACCIOLA-PRICE<br>NICHOLAS CACCIOLA-PRICE<br>111 KINGS HWY<br>WARWICK, NY 10990 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMIE COLEMAN<br>COURTNEY COLEMAN<br>25472 OVERLOOK DR<br>LOXLEY, AL 36551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | | JAMIE COLEMAN<br>COURTNEY COLEMAN<br>25472 OVERLOOK DR<br>LOXLEY, AL 36551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMIE HASKINS<br>SARAH KLAASSEN<br>108 RIPLEY ST.<br>COLUMBIA, MO 65201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAMIL NIMEH<br>DINA KURKTCHI<br>PO BOX 881<br>DEL MAR, CA 92014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JANELL HARRIS<br>PO BOX 802<br>HUGHSON, CA 95326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JANG KIM<br>KAREN MIAO<br>25 LEWIS AVE.<br>MILLBRAE, CA 94030 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JANINE RIERSON<br>4865 LANCE RIDGE LANE<br>WINSTON-SALEM, NC 27127 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JARED BROWN<br>VIRGILIA BROWN<br>1 NORAH LANE<br>HYDE PARK, NY 12538 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JARED HONEYCUTT<br>WENDY QUAY<br>756 CALIFORNIA AVE.<br>PALO ALTO, CA 94306 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JARROD SPRAGUE<br>JAMIE SPRAGUE<br>100 SUMIDA GARDENS LANE APT. #206<br>SANTA BARBARA, CA 93111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON AGUILAR<br>MICHELLE AGUILAR<br>17950 DEL MONTE AVE.<br>MORGAN HILL, CA 95037 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON ALFONSO<br>JENNIFER DIAZ<br>2857 DUNE CIRCLE<br>HAYWARD, CA 94545 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON ARONNE<br>KUNAL GHOSE<br>2751 CHALAR ST<br>SAN DIEGO, CA 92123 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON BLACKWELL<br>OLIVER BLACKWELL<br>2029 BENCAL DR. SE<br>ATLANTA, GA 30316 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON CURRA<br>LISA CURRA<br>35 CHESTNUT ST.<br>MOUNT SINAI, NY 11766 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON GEORGE<br>KATRINA MORAN<br>2105 SUNSET CREST DRIVE<br>LOS ANGELES, CA 90046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON GOOGASH<br>HILLIARY GOOGASH<br>5517 WESTCOTT CIR.<br>FREDERICK, MD 21703 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON HEDDEN<br>DANNY YUSKA<br>1611 W. DIVISION #902<br>CHICAGO, IL 60622 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON HUNT<br>ALEJANDRO SUAREZ<br>12750 SW 19 ST.<br>MIAMI, FL 33175 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON KNUDSEN<br>CLAUDIA RODRIGUEZ<br>1618 SAND HILL RD.<br>PALO ALTO, CA 94304 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON MADDOX<br>HEATHER MADDOX<br>3416 PEACHWILLOW LANE<br>WALNUT CREEK, CA 94598 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON MIKS<br>TRENTON TRUITT<br>3986 47TH ST. APT. B-31<br>SUNNYSIDE, NY 11104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON ROARK<br>KASIE ROARK<br>6624 SPRUCE LANE<br>DUBLIN, CA 94568 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JASON SHEPHERD<br>JESSIE SHEPHERD<br>1137 HIGH CT. APT. C<br>BERKELEY, CA 94708 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JAVIER FLORES-TORRES<br>STEVEN SUMNER<br>6102 TARRAGONA DR.<br>SAN DIEGO, CA 92115 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEAN MURPHY<br>370 VERMILLION MARBLE TRAIL<br>BUDA, TX 78610 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEAN-NOEL "GIANNI" JETZER<br>BARBARA CORTI<br>45 WEST 89TH STREET APT 3A<br>NEW YORK, NY 10024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEFFERY SPICER<br>ERIN SPICER<br>3456 PAISLEY POINTE<br>WHITESTOWN, IN 46075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEFFREY CATES-ELSASSER<br>STANLEY ELSASSER<br>15311 T.C. JESTER BLVD<br>HOUSTON, TX 77068 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/06/17   Entered: 02/06/17 20:43:34   Page 128 of
205

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEFFREY DUNKEL<br>JAMIE DUNKEL<br>4209 HORSESHOE BEND<br>WEDDINGTON, NC 28104 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEFFREY NIEBAUM<br>INDEPENDENCE BROWN<br>145 SANDCASTLE<br>ALISO VIEJO, CA 92656 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIE DOAN<br>ELENA QUAN<br>1701 S CORDOVA ST.<br>ALHAMBRA, CA 91801 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER BRADY<br>STEPHANIE GILLAIN<br>1603 DANCING FOX ROAD<br>DECATUR, GA 30032 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER FENN-CASTELLO<br>NIRUPA FENN-CASTELLO<br>763 PACIFIC AVE<br>ALAMEDA, CA 94501 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER GROCHOWSKI<br>18-03 MORLOT AVE.<br>FAIR LAWN, NJ 07410 |
|  | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER REED<br>4208 FAWN GLEN DR<br>RALEIGH, NC 27616 |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER RUTH<br>9912 TYLER<br>MCKINNEY, TX 75070 |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER TURCOTTE<br>4772 NICOL CMN #105<br>LIVERMORE, CA 94550 |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JENNIFER WIRZ<br>3375 MANDARIN GLEN CIRCLE SOUTH<br>JACKSONVILLE, FL 32223 |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY AILES<br>KAREN AILES<br>603 LAKEWOOD DR.<br>ALLEN, TX 75002 |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY BAILEY<br>RHODRI DIERST-DAVIES<br>781 HOEN CT.<br>SANTA ROSA, CA 95405 |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY CAVOLO<br>KIMBERLY CAVOLO<br>34 LORRAINE LOOP<br>STATEN ISLAND, NY 10309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY DAGGETT<br>JANELLE DAGGETT<br>4130 CESAR CHAVEZ ST. APT. #60<br>SAN FRANCISCO, CA 94131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY JONES<br>GIRIDHAR PARAMESWARAN<br>34 ECKFORD ST. APT. 1B<br>BROOKLYN, NY 11222 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY LONG<br>KAYLA LONG<br>1848 4TH STREET<br>INGLESIDE, TX 78362 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEREMY WILLINGHAM<br>JACKIE WILLINGHAM<br>40 TRACKER COURT<br>CLAYTON, NC 27529 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JEROME DOTSON<br>TYRINA STEPTOE<br>3849 E. EDISON PL<br>TUCSON, AZ 85716 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/06/17    Entered: 02/06/17 20:43:34    Page 131 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JESSICA CROWDER<br>CASSIE SEARLE<br>1368 RED EAGLE PLACE<br>HELENA, MT 59602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JESSICA GOEHRING<br>KELLY ROBINSON<br>2120 INDEPENDENCE DR.<br>AUSTIN, TX 78745 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JESSICA MOORE<br>SONYA ROBINSON<br>7062 WARWICK RD.<br>INDIANAPOLIS, IN 46220 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JESSIE ENGBROCK<br>CINDY ENGBROCK<br>15715 ROXTON RIDGE DR.<br>WEBSTER, TX 77598 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JETTA JACOBSON<br>1291 38TH AVE.<br>SAN FRANCISCO, CA 94122 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JIMMY DE PABLO<br>NOEMI DE PABLO<br>2603 ZIRCON STREET<br>IMPERIAL, CA 92251 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JIMMY FLOYD<br>419 WEST 56TH STREET APT. 4B<br>NEW YORK, NY 10019 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JIMMY MARCHESO<br>JOSEPH MARCHESO<br>898 SPRUCE ST.<br>BERKELEY, CA 94707 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JINA PANEBIANCO<br>4318 GLENCOE AVE. #1<br>MARINA DEL REY, CA 90292 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOE FELLINGHAM<br>MARCUS WALLY<br>3341 N WHITNEY AVE<br>HAPEVILLE, GA 30354 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOEL BRADLEY<br>TERRY BROWN<br>444 S. WESTGATE AVE.<br>COLUMBUS, OH 43204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHANN LARKIN<br>KATE LARKIN<br>37 BIRCH STREET<br>WEST ORANGE, NJ 07052 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN ENNEKING<br>EMMA ENENKING<br>50 HENRY ST.<br>BATESVILLE, IN 47006 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN MAYNARD<br>KRISTAN WAGNER<br>6877 GLENLAKE PARKWAY APT E<br>SANDY SPRINGS, GA 30328 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN MELENA<br>CRAIG WETHERBEE<br>12586 MAPLE LANE PO BOX 1197<br>COBB, CA 95426 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN OSBORN<br>AVANI PATEL<br>2540 PETALUMA AVENUE<br>LONG BEACH, CA 90815 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN WAITZMAN<br>TOSHA WAITZMAN<br>9604 DOMINION BLVD<br>RALEIGH, NC 27617 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN WOHRLE<br>KYLE WOHRLE<br>2707 BISHOP RD<br>JEFFERSONVILLE, IN 47130 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 134 of
204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN YEE<br>NANCY YEE<br>905 MADEIRA DR.<br>PLEASANTON, CA 94566 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOHN ZIBELL<br>HEATHER NOLAN<br>2604 AMAPOLA DRIVE<br>DAVIS, CA 95616 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JONATHAN APPLE<br>HAYLI APPLE<br>299 N HIGHLAND AVE NE #3001<br>ATLANTA, GA 30307 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JONATHAN CHANNELL<br>NICHOLAS NATARIO<br>1980 MARE AVENUE<br>INDIANAPOLIS, IN 46203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JONATHAN COHEN<br>JOHANNA MASSE<br>1231 BIRD AVE.<br>SAN JOSE, CA 95125 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JONATHAN EOLOFF<br>ITAI HIMELBOIM<br>488 GRANT STREET SE<br>ATLANTA, GA 30312 |
| | State the term remaining<br>List the contract number of any government contract | | |

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
| :--- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| :--- | :--- | :--- |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JORGE LORENZO<br>TODD MORITZ<br>16442 NW 77TH PL.<br>MIAMI LAKES, FL 33016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSE ALEMAN<br>SYED HUSSAIN<br>156 E. VISTA AVENUE<br>DALY CITY, CA 94014 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSE GUILLEN<br>STEVEN LAMBERT<br>71 LUCKY ST. UNIT 2<br>ATLANTA, GA 30312 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSE SALAZAR<br>ANGELA SALAZAR<br>2689 W PLUM TREE LANE<br>ANAHEIM, CA 92801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH BIGHAM<br>GWEN FAY LEE<br>10637 CREEL COURT<br>ORLANDO, FL 32825 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH CHEN<br>SURUCHI CHEN<br>139 LA PERDIZ COURT<br>SAN RAFAEL, CA 94903 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH CHOUINARD<br>ALEJANDRO PEREZ DE LEON<br>ONE RIVER PLACE APT 424<br>NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH CIANCIOLO<br>DAN THRAILKILL<br>5040 EUBANKS RD.<br>WOODSTOCK, GA 30188 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH FRAZETTA<br>MARIA FRAZETTA<br>3230 38TH ST.<br>ASTORIA, NY 11103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH GREAVES<br>BENJAMIN PITHER<br>6106 SHATTUCK AVE.<br>OAKLAND, CA 94609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH HINSON<br>AMITY HINSON<br>114 STAR COURT<br>GALLATIN, TN 37066 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH HOGANS<br>264 GOODSON WAY NW<br>ATLANTA, GA 30309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/06/17    Entered: 02/06/17 20:43:34    Page 137 of 204

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH HOWELL<br>ADAM SMITH<br>1404 CEDAR LN<br>NORFOLK, VA 23508 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPH KELLER<br>RANDY PRESCOTT<br>3105 28TH ST<br>NORTHPORT, AL 35476 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSEPHINE MINARDO<br>10 FIELDSTONE DR. UNIT #332<br>HARTSDALE, NY 10530 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSH BROWN<br>ROBIN BROWN<br>2256 TORRANCE BLVD.<br>TORRANCE, CA 90501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSH CAINE<br>MARIA CAINE<br>8019 ARROYO WAY<br>STOCKTON, CA 95209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | | JOSHUA AND CRISTINA COSTANTINO DIAZ<br>26 HAYWARD AVE. #109<br>SAN MATEO, CA 94401 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 138 of
205

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSHUA DIAZ<br>CRISTINA COSTANTINO<br>26 HAYWARD AVE APT 109<br>SAN MATEO, CA 94401-4327 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSHUA DORMONT<br>KATHERINE DORMONT<br>358 EASTERN PARKWAY #2<br>BROOKLYN, NY 11225 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSHUA GREENBAUM<br>SUZANNE HECKER<br>99 JOHN ST. APT 304<br>NEW YORK, NY 10038 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JOSHUA O'GEEN<br>TANYA O'GEEN<br>864 DOWNING CIRCLE<br>LINCOLN, CA 95648 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JT BEISSEL<br>LISA BEVILACQUA<br>25 BROAD ST. APT. 7N<br>NEW YORK, NY 10004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUAN BETULAR<br>ALEX DORN<br>242 NEVADA ST<br>SAN FRANCISCO, CA 94110 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 139 of 204

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | JUAN CARLOS CADENA<br>JEANNETTE RUIZ<br>2099 DARYLVIEW COURT<br>SAN JOSE, CA 95138 |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | JUAN GUTIERREZ<br>LOURDES TABULLO<br>2931 E. FIRECREST COURT<br>ONTARIO, CA 91761 |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | JUAN MIGUEL PALMA<br>PATRICIA GONZALEZ-HERRERO<br>2225 SAN ANTONIO AVE. APT A<br>ALAMEDA, CA 94501 |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | JULIE FRANCE<br>952 SHADOW HILL DRIVE<br>MARTINEZ, CA 94553 |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | JULIE LORENZEN<br>SARAH LORENZEN<br>2441 WHITMAN WAY<br>SAN BRUNO, CA 94066 |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | JULIE VARNADOE<br>MELISSA VARNADOE<br>631 GRANT STREET SE<br>ATLANTA, GA 30312 |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:24:34   Page 140 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN ANDERSEN<br>CARISSIA ANDERSEN<br>1728 CAMPTON LANE<br>FORTUNA, CA 95540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN DAVIS<br>CHERYL DAVIS<br>10216 20TH AVE NE<br>SEATTLE, WA 98125 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN DEABLER<br>MARK O'CONNELL<br>135 PROSPECT PARK SW #B10<br>BROOKLYN, NY 11218 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN DEMAYO<br>BRIDGET MCKAY<br>PO BOX 22792<br>CARMEL, CA 93922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN DESURRA<br>MELISSA DESURRA<br>1066 RANCHO LINDA DR.<br>PETALUMA, CA 94952 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN FANSLER<br>RUDY KLEYSTEUBER<br>184 KENT AVE APT A602<br>BROOKLYN, NY 11249 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN GHAN<br>JOE WICHIRAMALA<br>1389 JEFFERSON ST. APT. C504<br>OAKLAND, CA 94612 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN JONES<br>HILLARIE JONES<br>5115 KRUEGER DR<br>DICKINSON, TX 77539 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | JUSTIN REMAIS<br>ELENA CONIS<br>2768 SHASTA RD.<br>BERKELEY, CA 94708 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KARA IMM<br>315 8TH AVENUE, #3<br>BROOKLYN, NY 11215 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KARA KAVANAGH<br>LAURA KAVANAGH<br>2144 AVINITY LOOP<br>CHARLOTTESVILLE, VA 22902 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KAREN BARBU<br>28513 RUSTIC GLEN STREET<br>MENIFEE, CA 92584 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 142 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KAREN KAPLAN<br>73-23 210 STREET #213<br>BAYSIDE, NY 11364 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KAREN PINKOS<br>100 GRAND AVENUE #2102<br>OAKLAND, CA 94612 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KAREN VAUGHAN<br>1111 BRICKELL BAY DR. #203<br>MIAMI, FL 33131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KAREN WIGGINS<br>1639 ELM AVENUE<br>TORRANCE, CA 90503 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KARIN BLEN<br>2202 GATES AVE UNIT 2<br>REDONDO BEACH, CA 90278 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KARL ANDERSON<br>DAWN ESHELMAN<br>537 BERGEN ST. #1L<br>BROOKLYN, NY 11217 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KATHERINE SOBEL<br>327 MACDONOUGH ST. APT. #3<br>BROOKLYN, NY 11233 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KATJA BROSE<br>1226 ORDWAY STREET<br>BERKELEY, CA 94706 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KATRIN PFITZENREITER<br>HEATHER THOMSON<br>3794 BOCA POINTE DR.<br>SARASOTA, FL 34238 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KATRINA BABB<br>JESSICA BEELER-BABB<br>609 NEW MOON ST.<br>AVON, IN 46123 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KELLY DUKE<br>779 GAY DR.<br>MACON, GA 31210 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KEN JOHNS<br>HEATHER JOHNS<br>1307 S. DUKANE WAY<br>INDIANAPOLIS, IN 46241 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/06/17    Entered: 02/06/17 20:43:34    Page 144 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | State the term remaining | KEN VANATTI<br>HOLLY VANATTI<br>1524 E. SUGAR RIDGE DR.<br>CENTER POINT, IN 47840 |
| | List the contract number of any government contract | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | State the term remaining | KEN WRIGHT<br>THERESA WRIGHT<br>247 SARATOGA AVENUE<br>SANTA CLARA, CA 95050 |
| | List the contract number of any government contract | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | State the term remaining | KENDALL BLUE<br>78 MANGER RD.<br>WEST ORANGE, NJ 07052 |
| | List the contract number of any government contract | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | State the term remaining | KENNETH MACLEISH<br>RACHAEL POMERANTZ<br>2110 EARLY AVE.<br>NASHVILLE, TN 37206 |
| | List the contract number of any government contract | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | State the term remaining | KENNETH MAHON<br>BONNI MASSA<br>311 SAUSALITO ST.<br>CORTE MADERA, CA 94925 |
| | List the contract number of any government contract | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | State the term remaining | KENNY BUELTERMAN<br>JACKIE BUELTERMAN<br>4418 MILLCROFT DR.<br>SAINT CHARLES, MO 63304 |
| | List the contract number of any government contract | |

Case: 17-40327     Doc# 112     Filed: 02/08/17     Entered: 02/08/17 20:43:34     Page 145 of 204

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KEON CONERLY<br>JUSTIN QUINN<br>2104 MADISON CT<br>CHAMPAIGN, IL 61820 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KERRY MARSH<br>1872 CLEMENS ROAD<br>OAKLAND, CA 94602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KHANH (NICK) LU<br>CHET MCCAULEY<br>3411 GERANIUM STREET<br>COSTA MESA, CA 92626 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KIEL CANTERBURY<br>TORI CANTERBURY<br>315 N. ASSOCIATED RD APT 803<br>BREA, CA 92821 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KIM SPARROW<br>LISA STARACE<br>3545 ARIZONA STREET<br>SAN DIEGO, CA 92104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KIMBERLY GOODWIN<br>BRENDA MCCORMICK<br>3719 DOE RUN<br>PANAMA CITY, FL 32409 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KIPP SAVOIE<br>GIANNA SAVOIE<br>216 S. BRAND AVE.<br>BOZEMAN, MT 59715 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KIRBIE SMALLEY<br>JACOB WARREN<br>512 CRESTVIEW DR.<br>STATESBORO, GA 30458 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KNUT EICHHORN<br>DAVID MAYNARD<br>713 BAY ST.<br>SANTA MONICA, CA 90405 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KRIS KAHLIG<br>BRANDY KAHLIG<br>1130 JAMES AVE.<br>REDWOOD CITY, CA 94062 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KRISTIAN ERIKSSON<br>SEVERINE BLOND<br>21 WILLETT AVENUE PH01<br>PORT CHESTER, NY 10573 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KURIEN JACOB<br>SULAKSHANA JAIN<br>330 EAST 38TH STREET, APT. 43L<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KURT WEBER<br>HELEN KIM<br>331 ELMHURST PLACE<br>FULLERTON, CA 92835 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KURTLAND DEL ROSARIO<br>JONATHAN JUDY-DEL ROSARIO<br>2059 LINCOLN AVE.<br>ALAMEDA, CA 94501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KYLE CAROTHERS<br>ANNA CAROTHERS<br>10341 MEMORIAL KNOLL DR.<br>INDIANAPOLIS, IN 46234 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KYLE KOBE<br>KRISTINE KOBE<br>10761 LAWLER STREET #2<br>LOS ANGELES, CA 90034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KYLE MOTT-KANNENBERG<br>MICHAEL MOTT-KANNENBERG<br>371 NOLAN AVE.<br>GLENDALE, CA 91202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | KYLE ROSE<br>STEVEN SCHULLER<br>6704 ETHRIDGE COURT<br>COLLEYVILLE, TX 76034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Independent Adoption Center** | | Case number (if known): **A** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES<br>LA | L.A.T. INVESTMENTS<br>5777 W CENTURY BLVD, SUITE 950<br>LOS ANGELES, CA 90045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LANCE DUPRE<br>AMANDA DUPRE<br>2226 MAYLYNN DR<br>CAYCE, SC 29033 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LEE ALEKSICH<br>ADAM GRIMALDI<br>11760 SAN PABLO AVE #202<br>EL CERRITO, CA 94530 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LEIGH ANN MILLICAN<br>SHELLEY MILLICAN<br>4201 FONTANA CT.<br>ATLANTA, GA 30084 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LEO NIKOLOUZOS<br>HELEN NIKOLOUZOS<br>5 VINEGAR HILL DRIVE<br>SAUGUS, MA 01906 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LEON JEX<br>RICHARD JEX<br>4006 W FIG TREE LANE<br>FRESNO, CA 93722 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 149 of
205

█ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LEONARDO BONILLA BENJAMIN CARROLL 745 FOUNTAINHEAD LN NE 114 ATLANTA, GA 30324 |
| | State the term remaining List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LEVI CUMBIE SANDRA JARDIN 14358 MAGNOLIA BLVD. APT. 304 SHERMAN OAKS, CA 91423 |
| | State the term remaining List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LISA HOY 218521 NEWLAND ST. #45 HUNTINGTON BEACH, CA 92646 |
| | State the term remaining List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LOURDES SOUSS 2018 GRIFFITH PARK BLVD. #221 LOS ANGELES, CA 90039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LUIS CARRASCO GINGER DEASON 2319 STEVENS ROAD RALEIGH, NC 27610 |
| | State the term remaining List the contract number of any government contract | | |
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LUIS ORTIZ ELIZABETH ORTIZ 125 PARK AVENUE LONG BEACH, CA 90803 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | LUZ PENILLA<br>322 OLIVE HILL DR.<br>SAN JOSE, CA 95125 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MA DAIYAN IBRAHIM<br>ROZINA IBRAHIM<br>11508 CENTAUR WAY<br>LEHIGH LAKES, FL 33971 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MAEVE NAUGHTON<br>844 MIDVALE LANE<br>SAN JOSE, CA 95136 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MALACHI HARLAND<br>MICHELE HARLAND<br>365 TALBOT AVENUE P5<br>PACIFICA, CA 94044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MANU GARG<br>PATTIE HSU<br>82 LA CUESTA RD.<br>ORINDA, CA 94563 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MANUEL GARZA<br>MICHELLE GARZA<br>3775 BUTLER SPRINGS DRIVE<br>LOGANVILLE, GA 30052 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MANUEL MENDIOLA<br>DALE WHITE<br>10451 EAST LYLEWOOD WAY<br>CLOVIS, CA 93619 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARC FREDSON<br>RYAN ROMANESKI<br>402 VALLEJO ST.<br>SAN FRANCISCO, CA 94133 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARC LEGASPI<br>RICHARD PITTS<br>1363 PARK WALK SE<br>ATLANTA, GA 30315 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARCELA EGGLETON<br>CHRISTINE WEIGT<br>945 BROMLEY AVENUE<br>YUBA CITY, CA 95993 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARCO TORRES-WALTER<br>BEN WALTER<br>2485 BOOKSIN AVE<br>SAN JOSE, CA 95125 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARCUS AND DAWN SUCH<br>14127 NICHOLAS DRIVE<br>CARMEL, IN 46074 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40277    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:24    Page 152 of
205

■   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.516** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | **MARGARET WOOLIEVER**<br>**1520 FAIRVIEW ST. #A**<br>**BERKELEY, CA 94703** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.517** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | **MARIA FREYTSIS**<br>**239 W 10TH ST. #3B**<br>**NEW YORK, NY 10014** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.518** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | **MARIANNE PUECHL**<br>**CINDY SPROUL**<br>**194 ROCKY HOLLOW**<br>**WEAVERVILLE, NC 28787** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.519** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | **MARIO FARMER**<br>**STACEY FARMER**<br>**445 WINDING HOLLOW AVE**<br>**OCOEE, FL 34761** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.520** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | **MARISSA GLUCK**<br>**1633 N LAUREL AVE #5**<br>**LOS ANGELES, CA 90046** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.521** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | **MARJORIE RICHEMARD**<br>**415 CANANDAIGUA AVE.**<br>**WEST HEMPSTEAD, NY 11552** |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK FRIEDMAN KAREN FRIEDMAN 13331 MOORPARK ST. #110 SHERMAN OAKS, CA 91423 |
| | State the term remaining List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK GARDNER ELISABETH GARDNER 1913 BRACKENRIDGE ST. AUSTIN, TX 78704 |
| | State the term remaining List the contract number of any government contract | | |
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK GREEN STACEY GREEN 2371 BAINBRIDGE RD GREENWOOD, IN 46143 |
| | State the term remaining List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK HIGUCHI JENNIFER HIGUCHI 22606 JUNIPER AVENUE TORRANCE, CA 90505 |
| | State the term remaining List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK RAYCRAFT JAMES RAYCRAFT 1061 S. CLAREMONT STREET SAN MATEO, CA 94402 |
| | State the term remaining List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK SOCKELL SARIT HELMAN 41 OLYMPIA WAY NOVATO, CA 94949 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK VANHOUTEN<br>MELISSA VANHOUTEN<br>2691 JENKINS LAKE COURT<br>FUQUAY-VARINA, NC 27526 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARK WATSON<br>POLLY LEE<br>570 WESTMINSTER RD. APT C15<br>BROOKLYN, NY 11230 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARQUE OHMES<br>BECKY OHMES<br>1609 ALCOVY RIDGE XING<br>LOGANVILLE, GA 30052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARTA BOSCH-MARCE<br>CINDY TAM<br>2431 HENSLOWE DRIVE<br>POTOMAC, MD 20854 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARTHA KELLY<br>20852 WEST RAND COURT<br>PALATINE, IL 60047 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARTIN DROOG<br>CYNTHIA DROOG-LAKERVELD<br>201 50TH AVE. APT. 9H<br>LONG ISLAND CITY, NY 11101 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MARY FINN<br>3475 26TH ST. APT 2<br>SAN FRANCISCO, CA 94110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MASAKI NODA<br>ERIKA NODA<br>310 EAST 46TH ST. APT. 19E<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATIAS SANCHEZ<br>MARIA SANCHEZ<br>561 HUDSON STREET<br>REDWOOD CITY, CA 94062 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATT HARLAND<br>ANDREW REISER<br>1415 W BROOKLAKE DR<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATT JACKSON<br>DARA JACKSON<br>2101 HUGHES ST<br>MIDLAND, TX 79705 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATT KIRSCH<br>ALLISON KINGSLEY<br>2212 BRENTA PLACE<br>VENICE, CA 90291 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 156 of
205

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATT WARENZAK<br>VICTORIA TINSLEY<br>460 PATTERSON AVE SE<br>ATLANTA, GA 30316 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATTHEW AQUINO<br>JULIE KNAPP<br>555 PIERCE ST #834<br>ALBANY, CA 94706 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATTHEW BERGH<br>ERICA BERGH<br>2779 DOS RIOS DR<br>SAN RAMON, CA 94583 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATTHEW CALLISON<br>JOY CALLISON<br>7948 LEMONGRASS LANE<br>INDIANAPOLIS, IN 46227 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATTHEW IMAI<br>REYLYNN IMAI<br>547 DE MAR DRIVE<br>SACRAMENTO, CA 95831 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MATTHEW PARDON-SABE<br>ALEXANDER SABE<br>12995 SW 135 TER.<br>MIAMI, FL 33186 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 22:43:34    Page 157 of
204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                  State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | MATTHEW SPAIN<br>MANDY SPAIN<br>431 TERRACE DR.<br>SAN JOSE, CA 95112 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | MATTHEW WOOD<br>AMBER WOOD<br>720 PEGGY LANE<br>GUNTER, TX 75058 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | MEHRAN (JOSEPH) ABAIAN<br>AFSANEH (ANGELA) ABAIAN<br>4721 LARKWOOD AVENUE<br>WOODLAND HILLS, CA 91364 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | MEIGHAN ADAMS<br>289 THIRD AVE<br>AVONDALE ESTATES, GA 30002 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES<br>DALLAS |
| | | MERIDIAN BUSINESS CENTERS<br>555 REPUBLIC DR., SUITE 200<br>PLANO, TX 75074 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT |
| | | MICAH DYLAN<br>MICHELLE DYLAN<br>363 50TH ST.<br>OAKLAND, CA 94609 |
| | State the term remaining<br>List the contract number of any government contract | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 158 of
205

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

    Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICAH ZUORSKI<br>AMANDA BAKER<br>170 HARRISON AVE.<br>NAPA, CA 94558 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL ALDRIDGE<br>MATTHEW MADDEN<br>325 MEIGS AVE.<br>JEFFERSONVILLE, IN 47130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL BAKER<br>SUSAN RUHLIN<br>21 BLY STREET<br>ROCHESTER, NY 14620 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL BREIDEGAM<br>PAULETTE BORKOWSKI<br>22139 INGOMAR ST.<br>CANOGA PARK, CA 91304 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL BREWSTER<br>BRENDA BREWSTER<br>39950 WINDEMERE CT.<br>MURRIETA, CA 92562 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL BUTZEN<br>LAUREN BUTZEN<br>1090 SUNNYSIDE DR<br>ATHENS, GA 30606 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40337   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:24:34   Page 159 of
205

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL CHANDLER<br>WILLIAM STANLEY<br>998 WOODLAND AVE SE<br>ATLANTA, GA 30316 |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL CISNEROS<br>ALEX HANSON<br>875 W 181ST ST #3A<br>NEW YORK, NY 10033 |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL ELLOFF<br>JULIA ELLOFF<br>107 CANVAS PL<br>BEL AIR, MD 21015 |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL GORDON<br>KATHLEEN GORDON<br>1 LILAC CT.<br>SCHERERVILLE, IN 46375 |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL PASTKO<br>RONIE PASTKO<br>513 EAST 6TH STREET APT #5F<br>NEW YORK, NY 10009 |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL RICE<br>JOSEPH ROSS<br>13502 VILLA DI PRESERVE LANE<br>ESTERO, FL 33928 |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL RUDY<br>KAYLA RUDY<br>842 21ST ST.<br>SAN DIEGO, CA 92102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL RUMBAUA<br>SHERONDA RUMBAUA<br>4049 IVEY VISTA WAY<br>OCEANSIDE, CA 92057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL RUSOFF<br>SHANNON BOYLE<br>455 W MARKET ST<br>LONG BEACH, NY 11561 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL SAIGEON<br>JENNIFER DITHRIDGE-SAIGEON<br>2803 AUGUSTA WAY<br>ROCKLIN, CA 95765 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL SOBKOWIAK<br>ANNE HWANG<br>4325 MONTEITH DR.<br>LOS ANGELES, CA 90043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MICHAEL VASQUEZ, JR.<br>DANIEL WHITLEY<br>25115 FAIRWAY SPRINGS<br>SAN ANTONIO, TX 78260 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MIKE DEBERNARDI<br>HEATHER DEBERNARDI<br>2007 CEDAR STREET<br>GOSHEN, IN 46526 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MIKE GAGE<br>ANGIE GAGE<br>308 ANGUS DRIVE<br>CEDAR PARK, TX 78613 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MINDY EVANS<br>PAIGE PITTMAN<br>2360 OXBOW CIR.<br>STONE MOUNTAIN, GA 30087 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MINDY LEE<br>854 ANDROMEDA LANE<br>FOSTER CITY, CA 94404 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MINELVA WASHINGTON<br>3165 DECATUR AVE APT 4E<br>BRONX, NY 10467 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MIREN CREIXELL PLAZAS<br>4901 SARATOGA BLVD. #1023<br>CORPUS CHRISTI, TX 78413 |
| | State the term remaining<br>List the contract number of any government contract | | |

<div style="background:black; color:white;">██</div>   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MITCHELL BARKER<br>KERRIE BARKER<br>8100 CHAMIZAL DR.<br>FORT WORTH, TX 76137 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MITCHELL KONAZESKI<br>SHANNON KONASEZKI<br>263 ROANOKE ST.<br>WOODBRIDGE, NJ 07095 |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MYNDAH JENNINGS<br>VICTORIA JENNINGS<br>2186 ATLANTIC AVENUE<br>LONG BEACH, CA 90806 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | MYTRANG NGUYEN<br>ANNIE TRAN<br>12848 HESTON ST.<br>VICTORVILLE, CA 92392 |
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NADAV ZEIMER<br>TOMOI ZEIMER<br>2119 5TH AVE. #4<br>NEW YORK, NY 10035 |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NATASHA DALZELL-MARTINEZ<br>1539 10TH AVE<br>SAN FRANCISCO, CA 94122 |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NATHAN CAVANAUGH<br>JESSICA CAVANAUGH<br>4049 TANO ST.<br>CHINO, CA 91710 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NATHAN HO<br>VALERY HOLTOM<br>13011 MINDANAO WAY #1<br>MARINA DEL REY, CA 90292 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NATTAN HOLLANDER<br>ERIN HOLLANDER<br>10302 ILONA AVE. APT. 3<br>LOS ANGELES, CA 90064 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NEIL HOLCOMBE<br>KAREN MUCCI-HOLCOMBE<br>1331 LEXINGTON ROAD<br>CONCORD, CA 94520 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NEIL MORRISON<br>TOM MORRISON<br>5603 LAFOY BLVD.<br>DALLAS, TX 75209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NEIL SHERMAN<br>TAKAKO SHERMAN<br>469 CHERRY AVENUE<br>SAN BRUNO, CA 94066 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES POSTAGE METER NORTH CAROLINA | NEOPOST 25880 NETWORK PL. CHICAGO, IL 60673-1258 |
| | State the term remaining List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES POSTAGE METER HOUSTON | NEOPOST 25880 NETWORK PL. CHICAGO, IL 60673-1258 |
| | State the term remaining List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES POSTAGE METER NEW YORK | NEOPOST 25880 NETWORK PL. CHICAGO, IL 60673-1258 |
| | State the term remaining List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES POSTAGE METER CONCORD | NEOPOST (MAILFINANCE) DEPT. 3682 PO BOX 123682 DALLAS, TX 75312-3682 |
| | State the term remaining List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES POSTAGE METER GEORGIA | NEOPOST (MAILFINANCE) DEPT. 3682 PO BOX 123682 DALLAS, TX 75312-3682 |
| | State the term remaining List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NICHOLAS ENDRES TAMMY COOK-ENDRES 148 VALLEY ST. SAN FRANCISCO, CA 94131 |
| | State the term remaining List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 165 of
204

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NICHOLAS MITCHANER PATRICK SCROGGINS 5504 GRASSY BANK DR. INDIANAPOLIS, IN 46237 |
| | State the term remaining List the contract number of any government contract | | |

| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NICK JOHNSON EMILY JOHNSON 1232 ASHMOOR LANE WINTERVILLE, NC 28590 |
| | State the term remaining List the contract number of any government contract | | |

| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NICKEISHA MARSH 101 W 147TH ST. APT. 7F NEW YORK, NY 10039 |
| | State the term remaining List the contract number of any government contract | | |

| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NICOLE HAVER 71 AIKEN ST. APT. B3 NORWALK, CT 06851 |
| | State the term remaining List the contract number of any government contract | | |

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NOELLE TOLVE ELIZABETH UNDERWOOD 8995 DREAM WAY LARGO, FL 33773 |
| | State the term remaining List the contract number of any government contract | | |

| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | NORMAN FRANKLIN KARA FRANKLIN 4902 DUCK CREEK GARLAND, TX 75043 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | OCTAVIO CASAS<br>JESUS MEDINA<br>5712 S NASHVILLE AVE.<br>CHICAGO, IL 60630 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | OLIVIER SILVESTRE<br>SYBILLE SILVESTRE<br>24851 ABALAR WAY<br>RAMONA, CA 92065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | OLUWASETAN OLUFE<br>TAIWO OLUFE<br>3228 SWEETWATER RD. APT. 1918<br>LAWRENCEVILLE, GA 30044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES<br>TAMPA | ON POINT EXECUTIVE CENTER<br>3030 N. ROCKY POINT DR. W SUITE 150<br>TAMPA, FL 33607 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | OSCAR CESENA<br>MIGUELINA CESENA<br>2123 ROCK WOOD DR.<br>CARROLLTON, TX 75007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PARVA BEZRUTCZYK<br>PAMELA FORD<br>9495 W. PROSPECTOR DRIVE<br>QUEEN CREEK, AZ 85142 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PATRICIA CROSSMAN<br>1728 TERRY MILL RD. SE<br>ATLANTA, GA 30316 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PATRICK CROWELL<br>ANDREA CROWELL<br>5718 WINTHROP AVE.<br>INDIANAPOLIS, IN 46220 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PATRICK GALLAGHER<br>DIANE PUHALLA<br>12928 MAXELLA AVE.<br>LOS ANGELES, CA 90066 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PATRICK SHORT<br>JENNIFER SHORT<br>507 HOMESTEAD PARK DR.<br>APEX, NC 27502 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PATRICK YOUNG<br>JENNIFER YOUNG<br>5528 DWIGHT AVENUE<br>SAN JOSE, CA 95118 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PAUL GREGORY<br>KELLY GREGORY<br>1228 STILLMEADOW LANE<br>MENASHA, WI 54952 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/06/17   Entered: 02/06/17 20:43:24   Page 168 of
205

## ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PAUL LAMONTAGNE<br>NANCY LAMONTAGNE<br>393 OLD PIEDMONT CIRCLE<br>CHAPEL HILL, NC 27516 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PAUL ROBLES<br>JOHN SCROGGS<br>50 PROMONTORY DRIVE<br>RICHMOND, CA 94804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PAUL SCHWARTZ<br>ANGELA SCHWARTZ<br>1 MOUNT SNOW LANE<br>CORAM, NY 11727 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PAULO SANTANNA<br>SIMONE SARMET<br>642 ALLERTON LOOP<br>CAMPBELL, CA 95008 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PENELOPE PRIOR<br>2373 BROADWAY #635<br>NEW YORK, NY 10024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PETER JOSKI<br>KIM ADKINS<br>462 ANSLEY STREET<br>DECATUR, GA 30030 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:43:24   Page 169 of
205

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PETER LIEM<br>KATE REISS<br>223A MONROE STREET<br>BROOKLYN, NY 11216 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PETER SHULTZ<br>ALYSON MARKHAM-SHULTZ<br>4559 ENSENADA DRIVE<br>WOODLAND HILLS, CA 91364 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PHILIP ADAMS<br>RONALD RAKES<br>750 GRESHAM AVE SE<br>ATLANTA, GA 30316 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PHILIP BULLOCK<br>SAMANTHA BULLOCK<br>717 WEST 30TH ST<br>HOUSTON, TX 77018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PHILIP HARGER<br>MISTY HARGER<br>7 SYCAMORE CT.<br>NEW WHITELAND, IN 46184 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PHILLIP DEMANGONE<br>ANGELA DEMANGONE<br>1226 WOODHAVEN DR<br>OCEANSIDE, CA 92056 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PIERRE-LUC BEAUDOIN<br>GABRIEL MILLAIRE<br>2601 19TH ST.<br>SAN FRANCISCO, CA 94110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>POSTAGE METER<br>LOS ANGELES | PITNEY BOWES<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>POSTAGE METER<br>INDIANA | PITNEY BOWES<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PRAMOD SHARMA<br>MAMTA FULORIA<br>100 POLLARD ROAD<br>MOUNTAIN LAKES, NJ 07046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | PRASHANTH KOTHNUR<br>NIKHILA ARKALGUD<br>1620 FALLBROOK AVE.<br>SAN JOSE, CA 95130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RAFAEL BENCOSME<br>JEFFREY SANTIAGO<br>1230 CRESCENT DR.<br>TARRYTOWN, NY 10591-5831 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RAFAEL MEDINA<br>CHRISTOPHER WILD<br>193 CLINTON AVE. #3A<br>BROOKLYN, NY 11205 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RAJ RANDERI<br>SALLY RANDERI<br>2504 ROCKINGHAM DR.<br>AUSTIN, TX 78704 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RANDALL YARBROUGH<br>SARAH YARBROUGH<br>341 HIGHLAND CT<br>LA HABRA, CA 90631 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RANDY HORNER<br>KARA WIESS<br>475 EAST MANLEY AVE<br>SOUTHERN PINES, NC 28387 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RANJIT HENRY<br>CHAINCY KUO<br>2020 MANZANITA DR.<br>OAKLAND, CA 94611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RAY MCCALLUM<br>FELICIA MCCALLUM<br>900 CANA STREET<br>DURHAM, NC 27707 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                State the name and mailing address for all other parties with
                                                                       whom the debtor has an executory contract or unexpired
                                                                       lease

| | | | |
|---|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | REGINALD BOYER<br>MICKEY EVANS<br>11204 CHAUCERS RIDGE CT<br>LAUREL, MD 20723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICH RODRIGUEZ<br>KALIL VICIOSO<br>387 CORONADO AVE.<br>LONG BEACH, CA 90814 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICHARD BATEMAN<br>WILLIAM BERTOLOTTI<br>7 AMBY AVE.<br>PLAINVIEW, NY 11803 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICHARD HENDRICKSON<br>KATHY HENDRICKSON<br>252 LAKE DRIVE<br>BURGAW, NC 28425 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICHARD MORGART<br>GLEN NOBLE<br>139 WATSON MILL RD.<br>LANDENBERG, PA 19350 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICHARD ROSSOW<br>GEORJEAN ROSSOW<br>1706 CRESTWOOD DR. NW<br>WASHINGTON, DC 20011 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICK FORDYCE<br>KEVIN ROSENCRANCE<br>640 W 237TH ST. APT 8B<br>BRONX, NY 10463 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RICK VENA<br>EMILY VENA<br>334 CHICAGO WAY<br>SAN FRANCISCO, CA 94112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RIGO BEAS<br>ROBERT WEISLER<br>100 S. SANTA FE AVE. APT. 648<br>LOS ANGELES, CA 90013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RITA CHAWLA<br>4217 TERRACE ST. APT. 4<br>OAKLAND, CA 94611 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT CONLON<br>EILEEN CONLON<br>5540 EAST LAKE RD.<br>CONESUS, NY 14435 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT DEKROON<br>NATASA DEKROON<br>1250 REDGATE RD<br>MEBANE, NC 27302 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 174 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT DEMGENSKI REBECCA DEMGENSKI 163 PARKSIDE AVE. SYRACUSE, NY 13207 |
| | State the term remaining List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT DEVEREAUX AMY DEVEREAUX 5103 STURBRIDGE DRIVE TEMPLE, TX 76502 |
| | State the term remaining List the contract number of any government contract | | |
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT DREW THERESA DREW 14003 RAMONA DRIVE WHITTIER, CA 90605 |
| | State the term remaining List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT DURAN KELLY DURAN 237 GRAND AVE. WEST HEMPSTEAD, NY 11552 |
| | State the term remaining List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT HOFF KATHY HOFF 8110 60TH AVE SW LEITH, ND 58529 |
| | State the term remaining List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT KNIGHT KALIN MCGRAW 929 35TH AVE APT B SANTA CRUZ, CA 95062 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT LAWLESS<br>DEMELZA LAWLESS<br>532 B WINANS RD.<br>WEST POINT, NY 10096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT MURRELL<br>SHAYE MURRELL<br>2314 CAMBRIDGE CT N<br>LEAGUE CITY, TX 77573 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT NEWMARK<br>VICTORIA NEWMARK<br>801 TOYOPA DRIVE<br>PACIFIC PALISADES, CA 90272 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT SAULTERS<br>ERIC WOOD<br>4623 MAUREY ROAD<br>JACKSON, MS 39211 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT SCHIERER<br>CYNTHIA CLARK SCHIERER<br>4809 PEPPERWOOD AVE.<br>LONG BEACH, CA 90808 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT SWIFT<br>DAWN SWIFT<br>541 SUNRAY DRIVE<br>CLAYTON, NC 27520 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:24:34   Page 176 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBERT YAREM<br>NIMALIE STONE<br>2600 GLENROSE HILL<br>ATLANTA, GA 30341 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROBIN GLASER<br>KELLY ROY<br>6110 MARY ELLEN AVE.<br>VALLEY GLEN, CA 91401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROCHELLE LOFSTRAND<br>JEN SCHUCK<br>1625 GLENHURST DR.<br>SNELLVILLE, GA 30078 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ROWELL SADUMIANO<br>MELISSA SADUMIANO<br>1715 TYNEMOUTH DR.<br>PASADENA, TX 77504 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RUPESH MANE<br>REBECCA MANE<br>22459 VENIDO RD<br>WOODLAND HILLS, CA 91364 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RUSSELL FERRI<br>BENSON ZHOU<br>1706 MATTHEWS AVE.<br>BRONX, NY 10462 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RUSTY JOHNSON<br>MEGHAN JOHNSON<br>1472 BLACKSTONE AVE.<br>SAN JOSE, CA 95118 |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RYAN HESS<br>REBECCA HESS<br>4217 HOFFMEISTER DR.<br>WAXHAW, NC 28173 |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | RYAN YOUNG<br>LESLIE ENGLE-YOUNG<br>28-28 35TH ST. 5M<br>ASTORIA, NY 11103 |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SABRINA MICKEY<br>JAMIROSE WITHERS<br>1106 CHAMBERS LN.<br>MELISSA, TX 75454 |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SAEED SANATKAR<br>DANA SANATKAR<br>7349 BRIZA LOOP<br>SAN RAMON, CA 94582 |
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SAMANTHA WATERMAN<br>8411 DALLAS CIR.<br>HUNTINGTON BEACH, CA 92646 |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SAMEER UMRAO<br>ANEESA BAKSH-UMRAO<br>1322 MORRISON AVE. 1 FL.<br>BRONX, NY 10472 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SAMUEL POLITZINER<br>CAROLYN KING<br>56 E. 126TH ST. #1<br>NEW YORK, NY 10035 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SANDEE HACKNEY<br>605 HILLANDALE LANE<br>GARNER, NC 27529 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SANDEEP GOPALAKRISHNAN<br>KARTHIK SETHURAM<br>731 S. CHAPEL AVE. UNIT D<br>ALHAMBRA, CA 91801 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SANDI BAILEY<br>6136 CRAYFORD DRIVE<br>RALEIGH, NC 27604 |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SAPNA PANDYA<br>SAHAR SHAFQAT<br>1626 OAK STREET NW<br>WASHINGTON, DC 20010 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:24    Page 179 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                           State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

| | | | |
|---|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SARA HEMMETER<br>34 CROOKE AVE. APT # 6B<br>BROOKLYN, NY 11226 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SARAH BLANCH<br>ELIZABETH SPENCER<br>712 FLOWER AVE<br>VENICE, CA 90291 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SARAH COURT<br>442 1/2 S. DETROIT ST.<br>LOS ANGELES, CA 90036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SARAH MILLER<br>612 WHILE LAUREL LANE<br>BOONE, NC 28607 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT ASKEW<br>SABRINA HERMOSILLA<br>455 MAIN STREET APT. 5B<br>NEW YORK, NY 10044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT HAMMOND<br>LINDSAY HAMMOND<br>98 N. TUCKER ST.<br>MEMPHIS, TN 38104 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT ITAL<br>TIFFANY ITAL<br>189 RAMBLER LN<br>BLACKSBURG, SC 29702 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT MAYNARD<br>MELANNIE MAYNARD<br>120 JOSCOLO VIEW<br>CONCORD, CA 94517 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT PLIMPTON<br>VALERIE PLIMPTON<br>3306 HONEY PINE CT<br>SIMI VALLEY, CA 93065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT ROGNLIEN<br>MAIA PETERS<br>607 MARIE AVE<br>LOS ANGELES, CA 90042 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SCOTT RUDD<br>ERIKA RUDD<br>PO BOX 602 625 LOCUST LANE<br>NASHVILLE, IN 47448 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SEAN FRITZ<br>TIMOTHY MCQUILLAN<br>429 KEARNEY STREET<br>EL CERRITO, CA 94530 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Independent Adoption Center**                    Case number (if known): **A**

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| No. | | Contract | Party |
|---|---|---|---|
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SEAN IVIE<br>SARAH IVIE<br>3015 FOXTON COVE<br>AUSTIN, TX 78748 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SEAN WINNINGHAM<br>SARAH WINNINGHAM<br>1341 TOPP CREEK DR.<br>INDIANAPOLIS, IN 46214 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES<br>ATLANTA | SELIG ENTERPRISES<br>1100 SPRING ST. NW SUITE 550<br>ATLANTA, GA 30309-2848 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SENTHIL GOVINDARAJULU<br>SABARI SUNDARRAJ<br>7 COUGHTON CT.<br>THE WOODLANDS, TX 77382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SERGIO FURUSHIO<br>SILVIA GABILONDO<br>730 WESLEY WAY UNIT 4<br>OAKLAND, CA 94610 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHANA NAVARRO<br>3814 MAYPOP CIRCLE<br>MYRTLE BEACH, SC 29588 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHANE ROBERTS<br>YIMI TONG<br>446 SYLVIA WAY<br>SAN RAFAEL, CA 94903 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHANE STEVENS<br>ANGIE STEVENS<br>1022 ROXANNE ST.<br>LIVERMORE, CA 94550 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHANNON BALDWIN<br>ANITA WILLIAMS<br>15927 MAPLE SHORES<br>HOUSTON, TX 77044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHANNON FREDERICKSON<br>DAWN SENGSTACKEN<br>97 HICKORY ST.<br>WEST HAVEN, CT 06516 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHARON FULLER-NEHME<br>ZEINA NEHME<br>3611 ORANGE AVE.<br>LONG BEACH, CA 90807 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHATRUGHNA THIMMAPPA<br>GAYATHRI MURTHI<br>6059 CHINKAPIN DRIVE<br>COLUMBUS, IN 47201 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHERMAN PANG<br>MARCEL REYNOLDS<br>12 VALLETTA CT.<br>SAN FRANCISCO, CA 94131 |
|---|---|---|---|
| 2.702 | State the term remaining<br>List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHIKHA CHACKO<br>ELEANOR HILLIARD<br>2425 HAWTHORNE DR. NE<br>ATLANTA, GA 30345 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHIRA SOSNOWITZ<br>630 GRAMATAN AVE.<br>MOUNT VERNON, NY 10552 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHUN ABRAHAM<br>HOPE ABRAHAM<br>445 PITTMAN MILL COURT<br>LOGANVILLE, GA 30052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SHUQIANG FENG<br>DWIGHT PRICE<br>1221 SUMMER STREET<br>HOUSTON, TX 77007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SILVIO SOBALVARRO<br>JESSICA SOBALVARRO<br>318 MAGNOLIA AVE<br>SOUTH SAN FRANCISCO, CA 94080 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:24    Page 184 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES NY | SOHO OFFICE SUITES 116 W. 23RD STREET 5TH FLOOR NEW YORK, NY 10011 |
| | State the term remaining List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SOPHIA DA SILVA 2041 N. VERMONT AVE. #200 LOS ANGELES, CA 90027 |
| | State the term remaining List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SOREN PALMER SIERA CIOCCI 108 NORTH HASSEL STREET HILLSBOROUGH, NC 27278 |
| | State the term remaining List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASES IN | SOUTHPOINT PROFESSIONAL CENTER PO BOX 44127 INDIANAPOLIS, IN 46244 |
| | State the term remaining List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SPENCER CHAMBERLAIN PHYLLIS CHAMBERLAIN 5417 LONG BOAT COURT FAIRFAX, VA 22032 |
| | State the term remaining List the contract number of any government contract | | |
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SPENCER PIERCE HUNTER PIERCE 2406 NORWICH LN. TUCKER, GA 30084 |
| | State the term remaining List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 185 of
204

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STACY STEWART<br>8817 ESCABOSA DRIVE<br>AUSTIN, TX 78748 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHANIE PENDLEY<br>2564 OAKLAND SPRING DR.<br>SNELLVILLE, GA 30039 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN AIKEN<br>THIEN NGUYEN<br>3805 DOVE ST.<br>SAN DIEGO, CA 92103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN MAISCH<br>COLOUR MAISCH<br>448 EAST KENSINGTON AVE<br>SALT LAKE CITY, UT 84115 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN PARASTATIDES<br>JENNIFER SNOW<br>199 STATE STREET #9C<br>BROOKLYN, NY 11201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN RUSH<br>TRAVIS STERRETT<br>6343 BIRCHDALE COURT<br>CINCINNATI, OH 45230 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:34   Page 186 of 204

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.720** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN SCHWINDEL<br>KIMBERLY SCHWINDEL<br>28688 ORANGETOWN ROAD<br>ENGLISH, IN 47118 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.721** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN STONE<br>DONA STONE-FULLER<br>2372 PARKWAY DR.<br>CAMARILLO, CA 93010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.722** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN TERRACCIANO<br>MOHAN VINJAMURI<br>40 MEMORIAL HIGHWAY, APT. 7A<br>NEW ROCHELLE, NY 10801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.723** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEPHEN WHITE<br>BARBARA WHITE<br>3380 HIGH FALLS RD<br>GRIFFIN, GA 30224 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.724** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVE (ISTVAN) BUTTLER<br>SARA BUTTLER<br>83 WILLOW WOOD CIR. SE<br>ATLANTA, GA 30317 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.725** | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVE WILKERSON<br>MELINDA WILKERSON<br>1722 CHAMPIONSHIP BLVD<br>FRANKLIN, TN 37064 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases            State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN ALLISON<br>JENNIFER STERNER-ALLISON<br>4250 BERKFORD CIR. NE<br>ATLANTA, GA 30319 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN DEUTSCH<br>NANCY BATES<br>57 AUBURN AVE.<br>STATEN ISLAND, NY 10314 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN GARRISON<br>PHAN GARRISON<br>5913 VISTA SANTA CATARINA<br>SAN DIEGO, CA 92154 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN HARKNESS<br>VIRGINIA SERPA<br>5425 DEMARCUS BLVD #203<br>DUBLIN, CA 94568 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN LALIBERTE<br>BRIAN LEWIS<br>3935 18TH STREET<br>SAN FRANCISCO, CA 94114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN OHL<br>ERIN OHL<br>117 NORWALK ST.<br>HOLLY SPRINGS, NC 27540 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/06/17   Entered: 02/06/17 20:43:24   Page 188 of 204

███   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases            State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN STANZAK<br>KEITH TURPIN<br>4019 BANTA ROAD<br>BARGERSVILLE, IN 46106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN WIEGARD<br>REBECCA WIEGARD<br>7380 LAUREN LN.<br>OLIVE BRANCH, MS 38654 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STEVEN WILLIAMS<br>FRANCINE WILLIAMS<br>774 MYRTLE AVE. APT. 2R<br>BROOKLYN, NY 11206 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | STUART GORDON<br>DEBRAH DALY<br>87 LIVE OAK CIRCLE<br>TEQUESTA, FL 33469 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SUZANNE LEUPOLD<br>440 CAMDEN ROAD<br>ALAMEDA, CA 94501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SUZANNE YAZEL<br>5010 WEST CAMBRIDGE DRIVE<br>MCHENRY, IL 60050 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 112   Filed: 02/08/17   Entered: 02/08/17 20:43:24   Page 189 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                      State the name and mailing address for all other parties with
                                                                            whom the debtor has an executory contract or unexpired
                                                                            lease

| | | | |
|---|---|---|---|
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | SYNDA GAGLIO JESSIE MAKENZIE 16413 AVENTURA AVE. PFLUGERVILLE, TX 78660 |
| | State the term remaining List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TAI TOKESHI ABBEY KERINS 8351 NEY AVE. OAKLAND, CA 94605 |
| | State the term remaining List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TAMARA DAVIS 5255 CANYON CREST DR. SAN RAMON, CA 94582 |
| | State the term remaining List the contract number of any government contract | | |
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TED FLATT BECCA FLATT 22812 SW MAIN ST. SHERWOOD, OR 97140 |
| | State the term remaining List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TEHANI COLLAZO 4905 SOMERSET RD RIVERDALE PARK, MD 20737 |
| | State the term remaining List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TENEDRIAN BASS CEDRICA JAMES 570 CHERRY BRANCH LANE FAIRBURN, GA 30213 |
| | State the term remaining List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TERESA KUNG<br>KRISTEN LINDSTROM<br>300 WOODLAND VISTA<br>LA HONDA, CA 94020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TERESA MADRIGAL<br>26462 HAMRE PLACE<br>HEMET, CA 92544 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TERRY BROWN<br>ROSEMARIE BROWN<br>137 BALD EAGLE DR.<br>VACAVILLE, CA 95688 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TERRY JONES<br>TRACY JONES<br>200 FALKIRK DR.<br>WARNER ROBINS, GA 31088 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THAD HARRIS<br>VALENCIA HARRIS<br>2124 LYNDHURST DRIVE<br>RALEIGH, NC 27610 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THADDEUS VOGLER<br>KATHERINE VOGLER<br>3380 22ND ST.<br>SAN FRANCISCO, CA 94110 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>COPIER<br>LOS ANGELES |
| | State the term remaining<br>List the contract number of any government contract | |
| | | |

THE SWENSON GROUP
PO BOX 660831
DALLAS, TX 75266-0831

| | | |
|---|---|---|
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>COPIER<br>GEORGIA |
| | State the term remaining<br>List the contract number of any government contract | |

THE SWENSON GROUP
PO BOX 660831
DALLAS, TX 75266-0831

| | | |
|---|---|---|
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>COPIER<br>NORTH CAROLINA |
| | State the term remaining<br>List the contract number of any government contract | |

THE SWENSON GROUP (US BANK)
PO BOX 790448
ST. LOUIS, MO 63179-0448

| | | |
|---|---|---|
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>COPIER<br>CONCORD |
| | State the term remaining<br>List the contract number of any government contract | |

THE SWENSON GROUP (US BANK)
PO BOX 790448
ST. LOUIS, MO 63179-0448

| | | |
|---|---|---|
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES<br>COPIER<br>CONCORD |
| | State the term remaining<br>List the contract number of any government contract | |

THE SWENSON GROUP (US BANK)
PO BOX 790448
ST. LOUIS, MO 63179-0448

| | | |
|---|---|---|
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining<br>List the contract number of any government contract | |

THEODORE FLATT
REBECCA FLATT
22812 SW MAIN ST.
SHERWOOD, OR 97140

Case: 17-40277   Doc# 12   Filed: 02/08/17   Entered: 02/08/17 20:23:34   Page 192 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THERON GOUDEAU<br>DANIELLE GOUDEAU<br>2208 WESTMORELAND COURT<br>WALNUT CREEK, CA 94596 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS DAMATO<br>DANNY FLORES<br>6211 PAT AVE<br>WEST HILLS, CA 91307 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS DAVEIGA<br>BRANDI DAVEIGA<br>2843 ECKLESON ST<br>LAKEWOOD, CA 90712 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS GRIFFIN<br>KRISTINA GRIFFIN<br>3415 OLYMPIC DR.<br>GREEN COVE SPRINGS, FL 32043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS HARPOLE<br>CHRISTOPHER WARD<br>4152 10TH AVE.<br>SAN DIEGO, CA 92103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS LEFTWICH<br>GREGORY MUDGE<br>2454 KINGS COURT<br>ATLANTA, GA 30345 |
| | State the term remaining<br>List the contract number of any government contract | | |

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS MAXHEIMER<br>E.K. TAN<br>148 TREMONT STREET<br>WESTBURY, NY 11590 |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS SHEFFER<br>REBECCA SHEFFER<br>5317 TUCKER PHILLIPS DR<br>WINGATE, NC 28174 |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMAS TWAY<br>BEVERLY TWAY<br>7321 JUDSON AVE.<br>WESTMINSTER, CA 92683 |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | THOMASINA MARSILI<br>JANET RUMMEL<br>7034 LOCUST LAKE ROAD<br>SPENCER, IN 47460 |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIBERIU GALIS<br>KERRY WHIGHAM<br>2200 8TH AVENUE APT. 4A<br>NEW YORK, NY 10026 |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIFFANY SWYGERT<br>MELISSA TURBEVILLE<br>180 HOOPERS CREEK RD.<br>FLETCHER, NC 28732 |

Case: 17-40327    Doc# 112    Filed: 02/08/17    Entered: 02/08/17 20:43:34    Page 194 of
205

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY BAKER<br>JESSICA BAKER<br>2601 ELLIS CHAPEL RD.<br>BAHAMA, NC 27503 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY BICIO<br>DAWN MARQUETTE<br>16711 FAYSMITH AVE<br>TORRANCE, CA 90504 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY EMGE-HOOG<br>RYAN HOOG<br>4210 RUSTIC MEADOWS<br>SAN ANTONIO, TX 78249 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY HODGE<br>KELLY HODGE<br>4704 CAPAY DR. #3<br>SAN JOSE, CA 95118 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY MENZEL<br>HOPE MENZEL<br>5261 SMOKE HOUSE CT.<br>GAINESVILLE, GA 30507 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY MICHALSKI<br>RHIANNON MICHALSKI<br>1813 MOREHEAD HILL CT.<br>DURHAM, NC 27560 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327   Doc# 12   Filed: 02/06/17   Entered: 02/06/17 20:43:24   Page 195 of 204

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY NEFF<br>BRIGID NEFF<br>2302 CARLMONT DR. #13<br>BELMONT, CA 94002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY PINCKERT<br>HELEN PINCKERT<br>31 GREENWOOD DR.<br>MOORESVILLE, IN 46158 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY POGUE<br>CHERYL POGUE<br>157 WEATHERSTONE DRIVE<br>WOODSTOCK, GA 30188 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TIMOTHY YOUNG<br>CORTNEY YOUNG<br>16511 SPRUELL ST.<br>HUNTERSVILLE, NC 28078 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TODD HENNEMAN<br>CRAIG NAKANO<br>4300 CALIFORNIA AVE.<br>LONG BEACH, CA 90807 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TONY FRAZIER<br>EMILY FRAZIER<br>1017 WELCH LANE<br>RALEIGH, NC 27614 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TRACY CHAPMAN<br>JENNIFER COTTER<br>5261 N. GUILFORD AVENUE<br>INDIANAPOLIS, IN 46220 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TRACY KRETZ<br>COURTNEY MASSA<br>515 PALM STREET<br>SANTA ROSA, CA 95404 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TRAVIS ELLSTON<br>CARY PIERCE<br>3917 23RD STREET<br>SAN FRANCISCO, CA 94114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TRAVIS MARTIN<br>KRISTI MARTIN<br>1014 MANCHESTER DR.<br>CARY, NC 27511 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TRENT ARROWOOD<br>HANK FIELDS JR.<br>200 SILVER BLUFF ST.<br>HOLLY SPRINGS, NC 27540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TREY HARDING<br>JAMIE HARDING<br>33926 LA SERENA DR<br>DANA POINT, CA 92629 |
| | State the term remaining<br>List the contract number of any government contract | | |

Case: 17-40327    Doc# 112    Filed: 02/06/17    Entered: 02/06/17 20:43:34    Page 197 of
204

| Debtor Name | **Independent Adoption Center** | Case number (if known): **A** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TREY LANZA-CHURCH<br>BJ LANZA-CHURCH<br>3621 COLBY CHASE DRIVE<br>APEX, NC 27539 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TRIG GREETAN<br>SUSAN GREETAN<br>340 COUNTY RD. 1451<br>BONHAM, TX 75418 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TROY STEERE<br>STEPHANIE STEERE<br>5353 OAK HILL DR<br>EATON RAPIDS, MI 48827 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | TYLER SEE<br>TIFFANY SEE<br>14375 PHEASANT CT<br>MISHAWAKA, IN 46545 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | VANESSA RICE<br>SUSANNAH WOOD<br>5955 JOFFA PLACE<br>SPRINGFIELD, VA 22150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | VIKRAM ADUKIA<br>LISA ADUKIA<br>95 KEYSTONE WAY<br>SAN FRANCISCO, CA 94127 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 17-40327    Doc# 12    Filed: 02/06/17    Entered: 02/06/17 20:43:44    Page 198 of
204

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | VISHWA GOUDAR<br>NOYA GOUDAR<br>3261 S. SEPULVEDA BLVD. #106<br>LOS ANGELES, CA 90034 |
|---|---|---|---|
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WALTER MCDOUGAL<br>SCOTT YAGODZINSKIE<br>3616 MORNINGSIDE DRIVE<br>RALEIGH, NC 27607 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WALTER MORGAN<br>KRISTEN MORGAN<br>2305 ALTISMA WAY<br>CARLSBAD, CA 92009 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WAYNE PETEREIN<br>NOREEN PETEREIN<br>201 SISKIYOU CT.<br>WALNUT CREEK, CA 94598 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WAYNE ROGERS<br>JENNA ROGERS<br>113 STADIUM DRIVE<br>GUYTON, GA 31312 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WAYNE WALRATH<br>CHRISTA TRINLER<br>301 OLD ROUTE 28<br>PHOENICIA, NY 12464 |
|  | State the term remaining<br>List the contract number of any government contract |  |  |

Case: 17-40327   Doc# 112   Filed: 02/06/17   Entered: 02/06/17 20:43:34   Page 199 of 204

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILL LEONARD<br>KATHERINE BAGWELL<br>11227 HILLSIDE GLEN TRAIL<br>HOUSTON, TX 77065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM CANON<br>NELL CANON<br>6636 WHITAKER AVE.<br>LAKE BALBOA, CA 91406 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM COSTELLO<br>CARLENE COSTELLO<br>12161 BRISBIN PLACE<br>CINCINNATI, OH 45249 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM DOIG<br>BENJAMIN DONNER<br>546 E. 11TH ST., APT. 4B<br>NEW YORK, NY 10009 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM HECTOR<br>JENNIFER HECTOR<br>2865 DELAWARE STREET<br>OAKLAND, CA 94602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM LAMONTAGNE<br>DAWN KIRKER<br>1258 12TH AVENUE #3<br>SAN FRANCISCO, CA 94122 |
| | State the term remaining<br>List the contract number of any government contract | | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM RYAN CARDEN AMY CARDEN 9095 CLUB RIVER DR. ROSWELL, GA 30076 |
| | State the term remaining List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM SINGLETON ELENA SINGLETON 63 EAST CAMP ROAD GERMANTOWN, NY 12526 |
| | State the term remaining List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM SKINNER MONICA SKINNER 842 TYLER RD. HOOVER, AL 35226 |
| | State the term remaining List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILLIAM WILCOX YUAN XUE 1533 RICHARD STOKES DR. DECATUR, GA 30033 |
| | State the term remaining List the contract number of any government contract | | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | WILMAR BARRAMEDA YORKA RAMIREZ 2712 W ROBSON ST TAMPA, FL 33714 |
| | State the term remaining List the contract number of any government contract | | |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | CURRENT FULL SERVICE OR PARTIAL CONTRACT | ZACHARY KAHN DAVID PINCK 811 58TH ST. OAKLAND, CA 94608 |
| | State the term remaining List the contract number of any government contract | | |

<span style="background-color:black; color:white;">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | **CURRENT FULL SERVICE OR PARTIAL CONTRACT** | **ZACHARY MARISCAL<br>REBECCA MARISCAL<br>1267 AYALA DRIVE APT 3<br>SUNNYVALE, CA 94086** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Independent Adoption Center** |
|---|---|

**United States Bankruptcy Court for the Northern District of California**

Case number (if known): **A**

☐ Check if this is an amended filing

<u>Official Form 206H</u>

**Schedule H: Codebtors**                                                                                                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

[X] No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |
| **NONE** | | | |

Official Form 206H                    **Schedule H: Codebtors**                    Page 1 of 1

| Debtor Name | Independent Adoption Center |
| --- | --- |
| **United States Bankruptcy Court for the Northern District of California** | |
| Case Number: | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Executory Contracts and Unexpired Leases*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*     (Official Form 204)

☐ *Other document that requires a declaration*

I, the President, Board of Directors of the Independent Adoption Center, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 205 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  02/03/2017                    Signature    /s/ Gregory Kuhl
                MM / DD / YYYY

                                         Gregory Kuhl
                                         Printed Name

                                         President, Board of Directors
                                         Title