Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for MARLENE G. WEINSTEIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re | Case No. 17-40327 RLE<br>Chapter 7 |
|---|---|
| INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Date: February 15, 2017<br>Time: 2:00 p.m.<br>Court: 1300 Clay Street, 2nd Floor<br>Courtroom 201<br>Hon. Roger L. Efremsky<br>Oakland, CA 94612 |

## NOTICE OF STATUS CONFERENCE IN CHAPTER 7 CASE

**TO THE DEBTOR IN CARE OF ITS COUNSEL AND TO THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that a Status Conference has been scheduled by the Court to be held on February 15, 2017, at 2:00 p.m. before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, in his Courtroom 201 situated at 1300 Clay Street, 2nd Floor, Oakland, California.

DATED: February 9, 2017     RINCON LAW LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Marlene G. Weinstein, Chapter 7 Trustee