MARTHA J. SIMON (STATE BAR NO. 98251)
LESLIE KANE (STATE BAR NO.1149320)
LAW OFFICES OF MARTHA J. SIMON
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 434.1888 Telephone
(415) 434.1880 Facsimile
mjs@mjsimonlaw.com

Counsel for Debtor
Independent Adoption Center

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Independent Adoption Center,<br><br>        Debtor | Case No. 17-40327<br><br>Chapter 7<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>Date: February 15, 2017<br>Time: 2:00 p.m.<br>Place: 1300 Clay St. 2nd Fl.<br>    Courtroom 201<br>    The Hon. Roger L. Efremsky<br>    Oakland CA 94612 |

Debtor Independent Adoption Agency ("IAC" or "Debtor") hereby submits the following Status Conference Statement:

## BACKROUND

Debtor was a private adoption agency operating in eight states, headquartered in Concord, California. For over 34 years, IAC served thousands of individuals and families who might not otherwise have been served. It was one of the few adoption agencies in the country that never discriminated against prospective parents on the basis of age, sexual orientation, gender identity or expression, marital status, religion, ethnic background, color, or race.

The demographics of adoption has changed radically in recent years with the closure of international adoption programs, a decline in the number of birth mothers and an increase in the number of parents seeking to adopt domestically. Although IAC sought to adapt to this changing environment, the efforts it implemented were ultimately unsuccessful and IAC was forced to close its doors and file the instant Chapter 7 case.

On January 31, 2017 IAC paid its final payroll, released employees and notified families and birth mothers, by email, that it had ceased operations. IAC posted a closing notice on its website and provided a list of contact information of state agencies in the states in which it operated and posted a list of potential referral agencies, by state, that client families might choose to contact. Thereafter, on February 3, 2017 IAC file the instant Chapter 7 case.

## SCHEDULES AND MATRIX

Concurrent with the filing of its Voluntary Petition and Schedules on February 3, 2017, IAC filed a Motion to File Redacted Creditor Matrix. This Court entered its Order on Debtor's Motion on February 6, 2017 (Dkt. #6). Debtor filed its Redacted Creditor Matrix on February 8, 2017 (Dkt. #13).

Upon subsequent and further review of its records, Debtor determined that it had omitted the names of a significant number of individuals and families who still had active relationships with IAC in connection with the adoption process. Some were waiting to adopt and others were in the post-adoption stages. Consequently, on February 10, 2017, Debtor filed an Amended Schedule G (Dkt. #23), increasing the number of those individuals and families from approximately 800 to approximately 3225. On February 13, 2017, Debtor filed its Amendment to Redacted Creditor Matrix (Dkt. #27).

## DISPOSITION OF CLIENT FILES

Immediately following the filing of the case, counsel for the Debtor contacted the Trustee to discuss the case. Debtor, through counsel and with the assistance of IAC's former employees and in

2

In re Independent Adoption Center  Chapter 7 Case No. 17-40327
Debtor's Status Conference Statement

Case: 17-40327    Doc# 29    Filed: 02/14/17    Entered: 02/14/17 16:46:49    Page 2 of 3

cooperation with the Trustee and her counsel, has coordinated efforts with various state agencies and private adoption services for the appropriate disposition of client files. The following list sets forth the status of client files in the states where IAC operated:

- Indiana: Files were picked up by the Indiana Department of Child Services prior to the filing.
- Texas: Most of the files were picked up or sent to clients prior to the filing.
- California: Files were picked up the California Department of Social Services prior to the filing.
- Georgia: An IAC Board member arranged for the delivery of all files to the Georgia Department of Human Services. Active clients have received their files. The Georgia office was a separately incorporated entity and is not subject to the jurisdiction of this court.

The Debtor is informed that the Trustee is working with state agencies and with other adoption services in the states of Connecticut, New York, North Carolina and Florida regarding the appropriate transfer of files and former IAC employees and board members are assisting in those efforts.

## **CLOSURE OF CORPORATE OFFICE**

On Sunday, February 12, 2017, former employees of the Debtor spent approximately six hours at IAC's corporate office in Concord, CA, assisting the Trustee in her review and disposition of files and records and other administrative matters. Former employees have been cooperative in responding to the Trustee and her counsel since the filing of the case.

## **TRUSTEE'S APPLICATION FOR ORDER SHORTENING TIME**

The Debtor has no objection to Trustee's request for an order shortening time.

Dated: February 14, 2017              Law Offices of Martha J. Simon

                                             /s/ Martha J. Simon
                                             Martha J. Simon
                                             Attorneys for Debtor Independent Adoption Center