XAVIER BECERRA
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General
HAMSA M. MURTHY
Deputy Attorney General
State Bar No. 274745
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5598
  Fax: (415) 703-5480
  E-mail: Hamsa.Murthy@doj.ca.gov
*Attorneys for the California Department of Social Services*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **In re:**<br><br>**INDEPENDENT ADOPTION CENTER,** | Chapter 7<br><br>CASE NO. 17-40327 RLE |

### THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for the California Department of Social Services pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rule</u>"). The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following Deputy Attorneys General:

///

| | |
|---|---|
| 1 | Hamsa Murthy, Deputy Attorney General |
| 2 | Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000 |
| 3 | San Francisco, CA 94102<br>(415) 703-5598 |
| 4 | hamsa.murthy@doj.ca.gov |
| 5 | Cheryl L. Feiner, Supervising Deputy Attorney General |
| 6 | Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000 |
| 7 | San Francisco, CA 94102<br>(415) 703-5626 |
| 8 | cheryl.feiner@doj.ca.gov |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rule specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: March 6, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General

/s/*Hamsa M. Murthy*
HAMSA M. MURTHY
Deputy Attorney General
*Attorneys for the California Department of Social Services*

2