Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for MARLENE G. WEINSTEIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

INDEPENDENT ADOPTION CENTER,

Debtor.

Case No. 17-40327 RLE
Chapter 7

Date: March 15, 2017
Time: 2:00 p.m.
Court: 1300 Clay Street, 2nd Floor
Courtroom 201
Hon. Roger L. Efremsky
Oakland, CA 94612

### NOTICE OF HEARING

**TO THE CALIFORNIA ATTORNEY GENERAL AND ABBY L. GASKINS**

**PLEASE TAKE NOTICE** that on March 15, 2017, at 2:00 p.m., the Honorable Roger L. Efremsky, United States Bankruptcy Judge, will consider the objections that you filed to the relief described in the Trustee's February 22, 2017, notice regarding abandonment and destruction of certain records and other relief.

The hearing will take place in Courtroom 201 situated at 1300 Clay Street, 2nd Floor, Oakland, California. Telephone appearances at your cost may be arranged through Court Call (866-582-6878).

DATED: March 7, 2017             RINCON LAW LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Marlene G. Weinstein, Chapter 7 Trustee