UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

INDEPENDENT ADOPTION CENTER,

    Debtor.

Case No. 17-40327 RLE
Chapter 7

## NOTICE OF PARTIAL TRANSFER OF NEW YORK FILES

TO THE NEW YORK OFFICE OF CHILDREN AND FAMILY SERVICES, THE UNITED STATES TRUSTEE, DEBTOR AND OTHER PARTIES TO WHOM THIS NOTICE IS DIRECTED:

**PLEASE TAKE NOTICE THAT** Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, has entered into an agreement to transfer a limited number of files maintained by Independent Adoption Center in its New York office to Spence-Chapin Adoption Services. The agreement is subject to Bankruptcy Court approval.

The parties on whom this notice is served are aware from previous notices served by the Trustee that Independent Adoption Center ("IAC") suddenly ceased business and filed a voluntary bankruptcy petition on February 3, 2017. Marlene G. Weinstein was appointed Chapter 7 Trustee. The Trustee is attempting to negotiate the appropriate transfer of adoption files to private or state agencies.

The Debtor maintained approximately 200 files in its New York office. Of those files, 25 were characterized as "Alumni," which the Debtor described as families with completed adoptions; 8 were characterized as "Current-With-Baby;" which the Debtor described as persons in physical custody of children with adoptions not yet finalized; and 8 were characterized as "Home Study" families, which the Debtor defined as persons whose home studies are in process. The Trustee is informed and believes that these numbers are accurate.

The Trustee has been attempting to find an agency that will accept all files maintained by the Debtor in its New York office, including the files described above. The Trustee has been unable to find an agency willing to take responsibility for all files.

Spence-Chapin Adoption Services has come forward and has agreed to take the Alumni, Current-With-Baby, and Home Study files and to assist those families to the extent possible. If issues arise in connection with the transfer that require documents to be filed in the New York courts relating to the Current-With-Baby category, such as transfer of legal custody, the Trustee may seek authority on an *ex parte* basis to resolve those issues.

By this notice, the Trustee is notifying the 41 families of the transfer of their files to Spence-Chapin Adoption Services. The Trustee has obtained an order shortening time for objections to the proposed transfer to be filed. The order shortening time limits notice to 10 days. The 10th day following service of this notice falls on a weekend, which makes the last day for filing and serving objections Monday, March 20, 2017.

**PLEASE TAKE FURTHER NOTICE THAT** anyone who wishes to object to the transfer of files described above must do so in conformity with Rule 9014-1 of the Bankruptcy Local Rules for the Northern District of California specified above, as modified by an Order Shortening Time entered by the Bankruptcy Court. Rule 9014-1 prescribes the following procedure: any objection to the requested relief, or request for hearing on the matter, must be filed and served upon the Trustee's counsel identified below within 10 days of the date of this notice. If there is no timely objection to the request for relief or request for hearing, the Court may enter an order granting the relief by default. In the event of a timely-filed objection or request for hearing, the hearing on the objection will take place on March 29, 2017, or such earlier date that may be set on adequate notice. Objecting parties will receive separate notice of any hearing. Any objection will be heard by the Honorable Roger L. Efremsky in his courtroom located at 1300 Clay Street, 2nd Floor, Oakland, California at a time and date to be provided to the objecting party on appropriate notice. For purposes of filing with the Court, documents shall be filed with the United States Bankruptcy Court, 1300 Clay Street, Oakland, CA 94612, and served on counsel for the Trustee at the address below.

DATED: March 8, 2017     RINCON LAW LLP

By: */s/Charles P. Maher*
     Charles P. Maher
     Counsel for Marlene G. Weinstein, Trustee

Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com