Xavier Becerra
Attorney General of California
Cheryl L. Feiner
Supervising Deputy Attorney General
State Bar No. 170774
Hamsa M. Murthy
Deputy Attorney General
State Bar No. 274745
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5598
 Fax: (415) 703-5480
 E-mail: hamsa.murthy@doj.ca.gov

*Attorneys for California Department of Social
Services and Will Lightbourne, Director, California
Department of Social Services*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**INDEPENDENT ADOPTION CENTER,**<br><br><br><br>**Debtor** | CASE NO. 17-40327 RLE<br>Chapter 7<br><br>Judge     The Honorable Roger L. Efremsky<br><br>[No Hearing Requested] |

**WITHDRAWAL OF OPPOSITION TO MOTION TO ABANDON NON-CONFIDENTIAL GENERAL BUSINESS RECORDS, DESTROY CONFIDENTIAL GENERAL BUSINESS RECORDS, AND SELL CONCORD TANGIBLE ASSETS CONTAINING BUSINESS RECORDS (Dkt. No. 57)**

Will Lightbourne, the Director of the California Department of Social Services, and the California Department of Social Services (collectively "CDSS") hereby withdraw its Opposition to Motion to Abandon Non-Confidential General Business Records, Destroy Confidential General Business Records, and Sell Concord Tangible Assets Containing Business Records ("Opposition" [Dkt. No. 57]). Consequently, CDSS no longer plans to appear at the hearing on the motion currently scheduled for March 15, 2017 at 2:00 p.m.

1

On February 22, 2017, the Trustee filed a Motion to Abandon Non-Confidential General Business Records, Destroy Confidential General Business Records, Sell Concord Tangible Personal Property, Abandon Tangible Personal Property in Other Locations, and Incur and Pay Expense ("Motion to Abandon" [Dkt. No. 43].) On March 6, 2017, CDSS filed an Opposition to the Motion in order to obtain IAC's confidential and non-confidential business records (collectively, "records"). Because CDSS is the single state agency responsible for the oversight of adoption programs in California, CDSS sought the records to determine whether IAC's owners or Board of Governors has violated California laws and regulations governing adoptions, including but not limited to laws and regulations governing the licensing and financial management of adoption agencies. See, e.g., Cal. Code Regs. tit. 22, § 89001; Cal. Health & Saf. Code § 1502(a)(10); Cal. Code Regs. tit. 22, § 89134.

Since the filing of its Opposition, CDSS has worked with the Trustee to obtain the records it sought. A substantial number of records have already been transferred to the custody and control of CDSS. CDSS expects that the remaining documents and electronically stored information it seeks at this time will be transferred to it from IAS's former offices in Concord, California by the close of business on March 15, 2017.

In light of receiving the relief it sought, CDSS withdraws its Opposition to the Motion to Abandon.

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General

/s/*Hamsa M. Murthy*
HAMSA M. MURTHY
Deputy Attorney General

2

Case: 17-40327   Doc# 77   Filed: 03/13/17   Entered: 03/13/17 14:39:24   Page 2 of 2