Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for MARLENE G. WEINSTEIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

INDEPENDENT ADOPTION CENTER,

Debtor.

Case No. 17-40327 RLE
Chapter 7

[No Hearing Requested]

**STIPULATION TO ENTRY OF ORDER CONFIRMING REJECTION OF
<u>NON-RESIDENTIAL REAL PROPERTY LEASE OR LICENSE</u>**

Marlene G. Weinstein, Chapter 7 trustee of the estate of the above Debtor and Concord Center Investors, LLC, stipulate as follows:

1. The above debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on February 3, 2017. Marlene G. Weinstein was appointed Chapter 7 Trustee.

2. At the time the Debtor filed its Chapter 7 petition, it was the lessee of real property commonly known as 2300 Clayton Rd., Suite 1150, Concord, California. The lessor was Concord Center Investors, LLC.

3. The Trustee and Concord Center Investors, LLC hereby stipulate to entry of an order confirming rejection of the lease of 2300 Clayton Rd., Suite 1150, Concord, California, effective at 11:59 p.m. on March 15, 2017.

/ / /

DATED: March 15, 2017        RINCON LAW LLP

By: _____
Charles P. Maher,
Counsel for Marlene G. Weinstein, Chapter 7 Trustee

DATED: March 15, 2017        MONTEE & ASSOCIATES

By: _____
Kevin P. Montee