Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for MARLENE G. WEINSTEIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br><br>Date: March 15, 2017<br>Time: 2:00 p.m.<br>Court: 1300 Clay Street, 2nd Floor<br>Courtroom 201<br>Hon. Roger L. Efremsky<br>Oakland, CA 94612 |

## REQUEST FOR ENTRY OF ORDER

Marlene G. Weinstein, Chapter 7 Trustee, respectfully represents:

1. A hearing was held on March 15, 2017, on the proposed destruction or abandonment of certain records maintained by the Debtor. The proposed destruction and abandonment was described in the Trustee's February 22, 2017, notice to creditors, a copy of which is attached as Exhibit A to the Declaration of Charles P. Maher

2. The February 22, 2017, notice also informed creditors and other parties in interest of the Trustee's intent to seek other relief, including a sale of tangible property located at the Debtor's Concord, California office to its landlord with the consideration being waiver of administrative rent, abandonment of tangible personal property in offices maintained by the Debtor other than the Concord office, and the Trustee's intent to incur and pay certain expenses in connection with the disposition of records and to cover the cost of postage for the February 22, 2017, notice.

3. Attached to the Maher Declaration as Exhibit B is an authentic copy of the declaration of service signed by counsel, certifying that the notice was served on all parties identified in the Debtor's mailing matrix. The Trustee has been concerned about the confidentiality of names and addresses of the Debtor's clients in the public record and thus has not filed a complete certificate of service. However, counsel for the Trustee has maintained a complete certificate of service in its records with all parties served and has provided a copy of that certificate of service to Margaret H. McGee of the United States Trustee's Office.

4. Notice of the records abandonment and the sale of tangible personal property to the Concord landlord was done on 10 days' time as authorized by prior order.

5. At the March 15, 2017, hearing, the Court noted that the California Attorney General had withdrawn its objection to the disposition of records and that the only outstanding objection had been filed by Abby L. Gaskins.

6. No one objected to the proposed sale of assets to the Concord landlord in exchange for waiver of rent.

7. The other relief sought in the notice was provided on 21 days' notice. The last day for parties to object to the additional relief sought (abandonment of tangible personal property and payment of certain expenses) was February 15, 2017. No objections were filed to these two aspects of the Trustee's notice.

8. Counsel for the Trustee has indicated that the cost of postage for serving the February 22, 2017, notice was $1,548.18.

WHEREFORE, the Trustee requests entry of an order authorizing the relief requested in the Trustee's February 22, 2017, notice and motion as modified on the record on March 15, 2017.

DATED: March 17, 2017                    RINCON LAW LLP

                                         By: */s/Charles P. Maher*
                                             Charles P. Maher
                                             Counsel for Marlene G. Weinstein,
                                             Chapter 7 Trustee