Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for MARLENE G. WEINSTEIN,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br><br>[No Hearing Requested] |

**TRUSTEE'S REPORT ON TRANSFER OF NORTH CAROLINA FILES
AND WITHDRAWAL OF MOTION**

On March 1, 2017, the Trustee served on all parties identified in the Debtor's mailing matrix notice of her intent to transfer in electronic format all files situated in the Debtor's North Carolina office to another agency and for authority to pay related expenses. For the reasons below, the Trustee is withdrawing the corresponding motion. The hearing tentatively scheduled for March 22, 2017, may be removed from the calendar.

One day following service of the notice, the North Carolina Department of Health and Human Services objected by e-mail to the destruction of physical files, citing a North Carolina statute that requires independent agencies to maintain certain files in physical format. The objection of the State of North Carolina caused the Nathanson Adoption Agency, which had agreed to accept all files in electronic format, to withdraw from the tentative agreement with the Trustee. The Trustee was hopeful that the State would change its position in light of what appeared to be the best solution for the North Carolina clients and their files or that the Nathanson Adoption Agency and the Trustee

would be able to work an arrangement that satisfied the State. Neither event occurred and, as of the date of this statement, there is no solution for the North Carolina files.

The representative of the North Carolina Department of Health and Human Services who presented the objection to destruction of files indicated in an e-mail on March 3, 2017, that the State would attempt to find an agency to accept all of the files. The Trustee has not received any communication from the Department of Health and Human Services since March 3, 2017. The Trustee's counsel sent an e-mail to the representative on March 10, 2017, but has not received a response.

The last day for objections to the notice was March 13, 2017. The Trustee received three informal objections: the objection of the North Carolina Department of Health and Human Services; an e-mail from a former employee who objected to the proposed expense on the grounds that many files had been transferred to electronic format previously; and a couple that demanded return of original documents and objected to destruction of them.

Because of the expense of serving a notice on all parties on the mailing matrix, the Trustee has not served a general notice of the collapse of discussion with the Nathanson Adoption Agency.

DATED: March 17, 2017        RINCON LAW LLP

By: */s/Charles P. Maher*
     Charles P. Maher
     Counsel for Marlene G. Weinstein, Chapter 7 Trustee