Charles P. Maher, State Bar No. 124748
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8280
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for MARLENE G. WEINSTEIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky |

**CERTIFICATE OF SERVICE**

I, Charles P. Maher, declare as follows:

1. I am a partner at the law firm Rincon Law LLP, which is situated at 90 New Montgomery Street, Suite 1400, San Francisco, California. I am over the age of 18 years and am not a party to the above-entitled action. I am admitted to practice before this Court.

2. On this date, I served the following documents by e-mail and by the Court via the Notice of Electronic Filing to all those person(s) listed on the Electronic Mail Notice List:

Second *Ex Parte* Application for Order Limiting Notice
for Single Transaction (F.R.B.P. 2002(m))

Declaration of Charles P. Maher in Support of
Second *Ex Parte* Application for Order Limiting Notice
for Single Transaction (F.R.B.P. 2002(m))

[proposed] Second Order Limiting Notice for Single Transaction

///

| | |
|---|---|
| 1 | E-mail service was effected on Margaret McGee, Office of The United States Trustee at |
| 2 | Maggie.McGee@usdoj.gov. |
| 3 |      I declare under penalty of perjury that the above statements are true and that if called as a |
| 4 | witness I could and would testify to their truthfulness. This certificate is executed on the 22nd day |
| 5 | of March 2017 in San Francisco, California. |
| 6 | |
| 7 |                                 */s/Charles P. Maher*<br>                                Charles P. Maher |