Charles P. Maher, State Bar No. 124748
Jeffrey L. Fillerup, State Bar No. 120543
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com
jfillerup@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremksy<br><br>[No Hearing Requested] |

### *EX PARTE* APPLICATION FOR ORDER FOR EXAMINATION UNDER RULE 2004

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, hereby applies for an order requiring Rubian Moss to appear for examination by the Trustee or her counsel under Rule 2004 of the Federal Rules of Bankruptcy Procedure.

Rubian Moss is the owner of Moss CPA which prepared the Debtor's IRS Form 990s and conducted audits of its books and records in the years before the Debtor filed its Chapter 7 petition.

The Trustee is informed and believes that Moss CPA and Rubian Moss, who personally signed the Debtor's Form 990s for 2014 and 2015, are familiar with the Debtor's financial affairs in all respects and have information regarding the Debtor's financial affairs that will be useful to the Trustee in her administration of the bankruptcy estate. The information may also be useful in connection with the Trustee's prosecution of her adversary proceeding against the directors and officer.

The Trustee is requesting entry of an order under Rule 2004 requiring Rubian Moss to appear for examination by the Trustee in the offices of her counsel at the address above at a date and time selected by the Trustee that is no fewer than 15 days after service of the order on Rubian Moss, or at such date that is mutually convenient for the Trustee and Rubian Moss.

The Trustee is serving this application on counsel for the defendants in the adversary proceeding against the directors and officer as a courtesy and will serve the order and subpoena on them also as a courtesy. Counsel for the defendants will be invited to attend the examination on the date set by the Trustee or the date on which the Trustee and Mr. Moss mutually agree to hold the examination.

WHEREFORE the Trustee requests entry of an order requiring Rubian Moss to appear for examination under Rule 2004.

DATED: November 7, 2018          RINCON LAW, LLP


                                 By: /s/Charles P. Maher
                                     Charles P. Maher
                                     Counsel for Marlene G. Weinstein, Chapter 7 Trustee