```
Entered on Docket
November 07, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Charles P. Maher (SBN 124748)
Jeffrey L. Fillerup (SBN 120543)
RINCON LAW, LLP
200 California St., Ste. 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com
jfillerup@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: November 7, 2018

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremksy |

## **ORDER FOR EXAMINATION**

TO: RUBIAN MOSS

YOU ARE HEREBY ORDERED to appear for examination by Marlene G. Weinstein, Chapter 7 Trustee, or her counsel Rincon Law, LLP, at the offices of Rincon Law, LLP, situated at the address above on the date set forth in the Trustee's accompanying subpoena or on such other mutually agreed upon date that is no fewer than 15 days after service of this order.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.