
Charles P. Maher (SBN 124748)
Jeffrey L. Fillerup (SBN 120543)
RINCON LAW, LLP
200 California St., Ste. 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Marlene G. Weinstein,
Chapter 7 Trustee

The following constitutes the order of the Court.
Signed: June 11, 2020

_____
**Roger L. Efremsky
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br><br>Date: June 10, 2020<br>Time: 2:00 p.m.<br>Place: 1300 Clay Street, 2nd Floor,<br>Oakland, CA 94612<br>Hon. Roger L. Efremsky |

### ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION IN CONNECTION WITH KUHL/WRIXON SETTLEMENTS

On May 4, 2020, Marlene G. Weinstein ("Trustee") filed a Motion for Good Faith Settlement Determination (Doc#274) in connection with the Trustee's settlement of two adversary proceedings: *Weinstein v. Ann Wrixon* (A.P. No. 19-04010 RLE) and *Weinstein v. Gregory S. Kuhl* (A.P. No. 17-04020 RLE). No opposition was filed. The motion came on for hearing via a Zoom hearing on June 10, 2020 at 2:00 p.m. Based on the Trustee's motion, the lack of any opposition, and for good cause appearing:

IT IS HEREBY ORDERED that the motion (Doc#274) is granted. The settlements with Mr. Kuhl and Ms. Wrixon (which settlements were approved by the Court on May 7, 2020 (Doc#278)), are good faith settlements under Section 877.6 of the California Code of Civil

Procedure, and they are entitled to all of the protections to which a good faith settlement determination is entitled under Section 877.6(c) of the California Code of Civil Procedure.

**\*\*END OF ORDER\*\***

***COURT SERVICE LIST***

**NO MAIL SERVICE REQUIRED**